Michael Shipley (SBN 233674)
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, California 90071
Telephone:    +1 213 680-8348
Facsimile:    +1 213 680-8500
michael.shipley@kirkland.com

Attorney for Defendants Amneal Pharmaceuticals, LLC,
Lupin Pharmaceuticals Inc., Lupin Inc., Lupin Ltd.,
Sun Pharmaceutical Holdings USA, Inc., and
Sun Pharmaceutical Industries, Inc.
[Submitting Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION | Case No. 5:20-md-02966-LHK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE MANAGEMENT CONFERENCE** |

1  The parties jointly stipulate and agree, subject to the Court's approval, to a modest
2  extension of the date for the Initial Case Management Conference, currently set for Friday, January
3  22, 2021 at 2:00 p.m.
4  WHEREAS, on January 5, 2021, the Court set the Initial Case Management Conference for
5  Friday, January 22, 2021 at 2:00 p.m. (Dkt. No. 3);
6  WHEREAS, counsel for certain parties are unavailable at this time;
7  WHEREAS, the Court's Weekly Court Calendar Schedule instructs that Civil Case
8  Management conferences are held on Wednesdays at 2:00 p.m.;
9  WHEREAS, the parties met and conferred and have agreed, subject to the Court's approval,
10  to extend the Initial Case Management Conference until another date as directed by the Court.  The
11  parties are available at the Court's regularly scheduled times for case management conferences,
12  including Wednesday, February 3, 2021 at 2:00 p.m., but are not available on Wednesday, January
13  27, 2021;
14  **NOW THEREFORE**, the parties, though their undersigned counsel, hereby stipulate,
15  agree and respectfully request that the Court enter an Order rescheduling the Initial Case
16  Management Conference.
17
18  Dated: January 12, 2021

19  By: */s/ Michael Shipley*  
Michael Shipley  
20  **KIRKLAND & ELLIS LLP**  
KIRKLAND & ELLIS LLP  
21  555 South Flower Street  
22  Los Angeles, California  90071  
Telephone:     +1 213 680-8348  
23  Facsimile:      +1 213 680-8500  
michael.shipley@kirkland.com  
24

25  *Attorney for Defendants Amneal*  
*Pharmaceuticals, LLC, Lupin*  
26  *Pharmaceuticals Inc., Lupin Inc., Lupin Ltd.,*  
*Sun Pharmaceutical Holdings USA, Inc., and*  
27  *Sun Pharmaceutical Industries, Inc.*

By: */s/ Devora W. Allon*  
Devora W. Allon, P.C. (*Pro hac vice forthcoming*)  
Jay P. Lefkowitz, P.C. (*Pro hac vice forthcoming*)  
**KIRKLAND & ELLIS LLP**  
601 Lexington Avenue  
New York, New York 10022  
Tel:  212-446-4800  
devora.allon@kirkland.com  
lefkowitz@kirkland.com

*Attorney for Defendants Amneal Pharmaceuticals,*  
*LLC, Lupin Pharmaceuticals Inc., Lupin Inc.,*  
*Lupin Ltd., Sun Pharmaceutical Holdings USA,*  
*Inc., and Sun Pharmaceutical Industries, Inc.*

28

2

Case No. 5:20-md-02966-LHK  JOINT STIPULATION AND [PROPOSED] ORDER  
TO EXTEND CASE MANAGEMENT CONFERENCE

By: */s/ Dena C. Sharp*
Dena C. Sharp (State Bar No. 245869)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com

*Attorneys for Plaintiff New York State Teamsters Council Health and Hospital Fund*

By: */s/ Michael M. Buchman*
Michael M. Buchman
Michelle C. Clerkin
777 Third Avenue, 27th Floor
New York, NY 10017
(212) 577-0050
mbuchman@motleyrice.com
mclerkin@motleyrice.com

*Attorneys for Plaintiff The City of Providence, Rhode Island*

By: */s/ Thomas M. Sobol*
Thomas M. Sobol
Jessica MacAuley
**HAGENS BERMAN SOBOL SHAPIRO LLP**
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
jessicam@hbsslaw.com

*Attorneys for Plaintiffs Blue Cross Blue Shield Association and Government Employees Health Association*

By: */s/ Jeffrey Faucette*
Jeffrey Faucette (State Bar No. 193066)
**SKAGGS FAUCETTE LLP**
Four Embarcadero Center
Suite 1400 PMB #72
San Francisco CA 94111
Tel: (415) 295-1197
Fax: (888) 980-6547
jeff@skaggsfaucette.com

By: */s/ Heidi K. Hubbard*
Heidi K. Hubbard (*pro hac vice forthcoming*)
Stephen Andrews (State Bar No. 205961)
Stanley E. Fisher (*pro hac vice forthcoming*)
Benjamin M. Greenblum (*pro hac vice forthcoming)*
**WILLIAMS & CONNOLLY LLP**
725 12th Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
hhubbard@wc.com
sandrews@wc.com
sfisher@wc.com
bgreenblum@wc.com

*Attorneys for Defendants Jazz Pharmaceuticals, Inc. and Jazz Pharmaceuticals Ireland Limited*

By:  */s/ Benjamin G. Bradshaw*
Benjamin G. Bradshaw
Stephen McIntyre
Brett J. Williamson
Monsura A. Sirajee
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW, 10th Floor
Washington, DC 20006
Tel: (203) 383-5300
Fax: (203) 383-5414
bbradshaw@omm.com
smcintyre@omm.com
bwilliamson@omm.com
msirajee@omm.com

*Attorneys for Defendant Par Pharmaceutical, Inc.*

| | |
|---|---|
| By: */s/ Greg S. Asciolla*<br>Gregory S. Asciolla<br>**LABATON SUCHAROW LLP**<br>140 Broadway<br>New York, NY 10005<br>Tel: (212) 907-0700<br>Fax: (212) 818-0477<br>gasciolla@labaton.com<br><br>*Attorneys for Plaintiff UFCW Local 1500 Welfare Fund*<br><br>By: /s/ Thomas M. Loper<br>Thomas M. Loper (*Pro hac vice*)<br>**LOPER LAW LLC**<br>452 Government Street, Suite E<br>Mobile, AL 36602<br>Phone: (251) 288-8308<br>tloper@loperlawllc.com<br><br>*Attorneys for Plaintiff A.F. of L. – A.G.C. Building Trades Welfare Plan*<br><br>By: */s/ Joseph R. Saveri*<br>Joseph R. Saveri (State Bar No. 130064)<br>Steven N. Williams (State Bar No. 175489)<br>Kyle P. Quackenbush (State Bar No. 322401)<br>Anupama K. Reddy (State Bar No. 324873)<br>**JOSEPH SAVERI LAW FIRM, INC.**<br>601 California Street, Suite 1000<br>San Francisco, California 94108<br>Telephone:  (415) 500-6800<br>Facsimile:   (415) 395-9940<br>jsaveri@saverilawfirm.com<br>swilliams@saverilawfirm.com<br>kquackenbush@saverilawfirm.com<br>areddy@saverilawfirm.com<br><br>*Attorneys for Plaintiff Self-Insured Schools of California* | By: */s/ Heather M. Burke*<br>Heather M. Burke (SBN 284100)<br>**WHITE & CASE LLP**<br>3000 El Camino Real<br>2 Palo Alto Square, Suite 900<br>Palo Alto, CA 94306-2109<br>Tel: (650) 213-0300<br>Fax: (650) 213-8158<br>hburke@whitecase.com<br><br>Jack E. Pace III (*pro hac vice*)<br>**WHITE & CASE LLP**<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Fax: (212) 354-8113<br>jpace@whitecase.com<br><br>Kathryn J. Mims (*pro hac vice*)<br>**WHITE & CASE LLP**<br>701 Thirteenth Street, NW<br>Washington, District of Columbia 20005<br>Telephone: (202) 626-3600<br>Fax: (202) 639-9355<br>kmims@whitecase.com<br><br>*Attorneys for Defendants Hikma Pharmaceuticals USA Inc., Eurohealth (U.S.A.), Inc., Roxane Laboratories, Inc., and West-Ward Pharmaceuticals Corp.*<br><br>*/s/ Christopher T. Holding*<br>Christopher T. Holding<br>**GOODWIN PROCTER LLP**<br>100 Northern Avenue<br>Boston, MA 02210<br>Tel.: (617) 570-1000<br>Fax: (617) 523-1231<br>cholding@goodwinlaw.com<br><br>*Attorney for Defendants Watson Laboratories, Inc. and Teva Pharmaceuticals USA, Inc.* |

4

Case No. 5:20-md-02966-LHK   JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| By: */s/ John Macoretta* <br> John Macoretta <br> **SPECTOR ROSEMAN & KODROFF PC** <br> 2001 Market Street, Suite 3420 <br> Philadelphia, PA 19103 <br> Tel: (215) 496-0300 <br> Fax: (215) 496-6611 <br> jmacoretta@skrattorneys.com <br><br> *Attorneys for Ruth Hollman* | */s/ Jane E. Willis* <br> Jane E. Willis <br> Janine Paré <br> **ROPES & GRAY LLP** <br> Prudential Tower <br> 800 Boylston Street <br> Boston, MA 02199 <br> Tel.: (617) 951-7000 <br> Fax: (617) 951-7050 <br> jane.willis@ropesgray.com <br> janine.pare@ropesgray.com <br><br> *Attorneys for Defendant Mallinckrodt LLC* |

## ATTORNEY ATTESTATION

I, Michael Shipley, hereby attest that the concurrence in the filing of this document has been obtained from the above signatories.

*/s/ Michael Shipley*
Michael Shipley


**PURSUANT TO STIPULATION AND GOOD CAUSE SHOWING, IT IS SO ORDERED:**

The Initial Case Management Conference is rescheduled to _____.


Date: _____, 2021


_____
HONORABLE LUCY H. KOH
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2021, I electronically filed the with the clerk of the court by using the CM/ECF system, which will automatically send an e-mail notification of such filing to all registered CM/ECF users.

January 12, 2021                              Respectfully submitted,

                                                  KIRKLAND & ELLIS LLP


                                                  */s/ Michael Shipley*
                                                  Michael Shipley