Michael Shipley (SBN 233674)
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, California  90071
Telephone:     +1 213 680-8348
Facsimile:      +1 213 680-8500
michael.shipley@kirkland.com

Attorney for Defendants Amneal Pharmaceuticals, LLC,
Lupin Pharmaceuticals Inc., Lupin Inc., Lupin Ltd.,
Sun Pharmaceutical Holdings USA, Inc., and
Sun Pharmaceutical Industries, Inc.
[Submitting Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION | Case No. 5:20-md-02966-LHK <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE MANAGEMENT CONFERENCE** |

1    The parties jointly stipulate and agree, subject to the Court's approval, to a modest
2 extension of the date for the Initial Case Management Conference, currently set for Friday, January
3 22, 2021 at 2:00 p.m.
4    WHEREAS, on January 5, 2021, the Court set the Initial Case Management Conference for
5 Friday, January 22, 2021 at 2:00 p.m. (Dkt. No. 3);
6    WHEREAS, counsel for certain parties are unavailable at this time;
7    WHEREAS, the Court's Weekly Court Calendar Schedule instructs that Civil Case
8 Management conferences are held on Wednesdays at 2:00 p.m.;
9    WHEREAS, the parties met and conferred and have agreed, subject to the Court's approval,
10 to extend the Initial Case Management Conference until another date as directed by the Court.  The
11 parties are available at the Court's regularly scheduled times for case management conferences,
12 including Wednesday, February 3, 2021 at 2:00 p.m., but are not available on Wednesday, January
13 27, 2021;
14    **NOW THEREFORE**, the parties, though their undersigned counsel, hereby stipulate,
15 agree and respectfully request that the Court enter an Order rescheduling the Initial Case
16 Management Conference.
17
18 Dated: January 12, 2021

19 By: /s/ Michael Shipley                By: /s/ Devora W. Allon
   Michael Shipley                        Devora W. Allon, P.C. (*Pro hac vice forthcoming*)
20 **KIRKLAND & ELLIS LLP**               Jay P. Lefkowitz, P.C. (*Pro hac vice forthcoming*)
   KIRKLAND & ELLIS LLP                   **KIRKLAND & ELLIS LLP**
21 555 South Flower Street                601 Lexington Avenue
22 Los Angeles, California  90071         New York, New York 10022
   Telephone:     +1 213 680-8348         Tel: 212-446-4800
23 Facsimile:     +1 213 680-8500         devora.allon@kirkland.com
   michael.shipley@kirkland.com           lefkowitz@kirkland.com
24
25 *Attorney for Defendants Amneal        Attorney for Defendants Amneal Pharmaceuticals,
   Pharmaceuticals, LLC, Lupin            LLC, Lupin Pharmaceuticals Inc., Lupin Inc.,
26 Pharmaceuticals Inc., Lupin Inc., Lupin Ltd.,  Lupin Ltd., Sun Pharmaceutical Holdings USA,
   Sun Pharmaceutical Holdings USA, Inc., and   Inc., and Sun Pharmaceutical Industries, Inc.*
27 *Sun Pharmaceutical Industries, Inc.*
28

2

Case No. 5:20-md-02966-LHK         JOINT STIPULATION AND [PROPOSED] ORDER
                                   TO EXTEND CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| By: */s/ Dena C. Sharp*<br>Dena C. Sharp (State Bar No. 245869)<br>**GIRARD SHARP LLP**<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Tel: (415) 981-4800<br>Fax: (415) 981-4846<br>dsharp@girardsharp.com<br><br>*Attorneys for Plaintiff New York State Teamsters Council Health and Hospital Fund*<br><br>By: */s/ Michael M. Buchman*<br>Michael M. Buchman<br>Michelle C. Clerkin<br>777 Third Avenue, 27th Floor<br>New York, NY 10017<br>(212) 577-0050<br>mbuchman@motleyrice.com<br>mclerkin@motleyrice.com<br><br>*Attorneys for Plaintiff The City of Providence, Rhode Island*<br><br><br><br>By: */s/ Thomas M. Sobol*<br>Thomas M. Sobol<br>Jessica MacAuley<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>55 Cambridge Parkway, Suite 301<br>Cambridge, MA 02142<br>Tel: (617) 482-3700<br>Fax: (617) 482-3003<br>tom@hbsslaw.com<br>jessicam@hbsslaw.com<br><br>*Attorneys for Plaintiffs Blue Cross Blue Shield Association and Government Employees Health Association* | By: */s/ Jeffrey Faucette*<br>Jeffrey Faucette (State Bar No. 193066)<br>**SKAGGS FAUCETTE LLP**<br>Four Embarcadero Center<br>Suite 1400 PMB #72<br>San Francisco CA 94111<br>Tel: (415) 295-1197<br>Fax: (888) 980-6547<br>jeff@skaggsfaucette.com<br><br>By: */s/ Heidi K. Hubbard*<br>Heidi K. Hubbard (*pro hac vice forthcoming*)<br>Stephen Andrews (State Bar No. 205961)<br>Stanley E. Fisher (*pro hac vice forthcoming*)<br>Benjamin M. Greenblum (*pro hac vice forthcoming)*<br>**WILLIAMS & CONNOLLY LLP**<br>725 12th Street, N.W.<br>Washington, D.C. 20005<br>Tel: (202) 434-5000<br>Fax: (202) 434-5029<br>hhubbard@wc.com<br>sandrews@wc.com<br>sfisher@wc.com<br>bgreenblum@wc.com<br><br>*Attorneys for Defendants Jazz Pharmaceuticals, Inc. and Jazz Pharmaceuticals Ireland Limited*<br><br>By:  */s/ Benjamin G. Bradshaw*<br>Benjamin G. Bradshaw<br>Stephen McIntyre<br>Brett J. Williamson<br>Monsura A. Sirajee<br>**O'MELVENY & MYERS LLP**<br>1625 Eye Street, NW, 10th Floor<br>Washington, DC 20006<br>Tel: (203) 383-5300<br>Fax: (203) 383-5414<br>bbradshaw@omm.com<br>smcintyre@omm.com<br>bwilliamson@omm.com<br>msirajee@omm.com<br><br>*Attorneys for Defendant Par Pharmaceutical, Inc.* |

3

Case No. 5:20-md-02966-LHK   JOINT STIPULATION AND [PROPOSED] ORDER
                             TO EXTEND CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| By: */s/ Greg S. Asciolla*<br>Gregory S. Asciolla<br>**LABATON SUCHAROW LLP**<br>140 Broadway<br>New York, NY 10005<br>Tel: (212) 907-0700<br>Fax: (212) 818-0477<br>gasciolla@labaton.com<br><br>*Attorneys for Plaintiff UFCW Local 1500 Welfare Fund*<br><br>By: /s/ Thomas M. Loper<br>Thomas M. Loper (*Pro hac vice*)<br>**LOPER LAW LLC**<br>452 Government Street, Suite E<br>Mobile, AL 36602<br>Phone: (251) 288-8308<br>tloper@loperlawllc.com<br><br>*Attorneys for Plaintiff A.F. of L. – A.G.C. Building Trades Welfare Plan*<br><br>By: */s/ Joseph R. Saveri*<br>Joseph R. Saveri (State Bar No. 130064)<br>Steven N. Williams (State Bar No. 175489)<br>Kyle P. Quackenbush (State Bar No. 322401)<br>Anupama K. Reddy (State Bar No. 324873)<br>**JOSEPH SAVERI LAW FIRM, INC.**<br>601 California Street, Suite 1000<br>San Francisco, California 94108<br>Telephone:  (415) 500-6800<br>Facsimile:   (415) 395-9940<br>jsaveri@saverilawfirm.com<br>swilliams@saverilawfirm.com<br>kquackenbush@saverilawfirm.com<br>areddy@saverilawfirm.com<br><br>*Attorneys for Plaintiff Self-Insured Schools of California* | By: */s/ Heather M. Burke*<br>Heather M. Burke (SBN 284100)<br>**WHITE & CASE LLP**<br>3000 El Camino Real<br>2 Palo Alto Square, Suite 900<br>Palo Alto, CA 94306-2109<br>Tel: (650) 213-0300<br>Fax: (650) 213-8158<br>hburke@whitecase.com<br><br>Jack E. Pace III (*pro hac vice*)<br>**WHITE & CASE LLP**<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Fax: (212) 354-8113<br>jpace@whitecase.com<br><br>Kathryn J. Mims (*pro hac vice*)<br>**WHITE & CASE LLP**<br>701 Thirteenth Street, NW<br>Washington, District of Columbia 20005<br>Telephone: (202) 626-3600<br>Fax: (202) 639-9355<br>kmims@whitecase.com<br><br>*Attorneys for Defendants Hikma Pharmaceuticals USA Inc., Eurohealth (U.S.A.), Inc., Roxane Laboratories, Inc., and West-Ward Pharmaceuticals Corp.*<br><br>*/s/ Christopher T. Holding*<br>Christopher T. Holding<br>**GOODWIN PROCTER LLP**<br>100 Northern Avenue<br>Boston, MA 02210<br>Tel.: (617) 570-1000<br>Fax: (617) 523-1231<br>cholding@goodwinlaw.com<br><br>*Attorney for Defendants Watson Laboratories, Inc. and Teva Pharmaceuticals USA, Inc.* |

| | |
|---|---|
| By: /s/ John Macoretta<br>John Macoretta<br>**SPECTOR ROSEMAN & KODROFF PC**<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>Tel: (215) 496-0300<br>Fax: (215) 496-6611<br>jmacoretta@skrattorneys.com<br><br>*Attorneys for Ruth Hollman* | /s/ Jane E. Willis<br>Jane E. Willis<br>Janine Paré<br>**ROPES & GRAY LLP**<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br>Tel.: (617) 951-7000<br>Fax: (617) 951-7050<br>jane.willis@ropesgray.com<br>janine.pare@ropesgray.com<br><br>*Attorneys for Defendant Mallinckrodt LLC* |

### **ATTORNEY ATTESTATION**

I, Michael Shipley, hereby attest that the concurrence in the filing of this document has been obtained from the above signatories.

/s/ Michael Shipley
Michael Shipley

**PURSUANT TO STIPULATION AND GOOD CAUSE SHOWING, IT IS SO ORDERED:**

The Initial Case Management Conference is rescheduled to **Wednesday, February 3, 2021 at 2:00 PM.**

Date: January 15, 2021

*Lucy H. Koh*
HONORABLE LUCY H. KOH
United States District Judge

5
Case No. 5:20-md-02966-LHK    JOINT STIPULATION AND [PROPOSED] ORDER
                              TO EXTEND CASE MANAGEMENT CONFERENCE