Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Kyle P. Quackenbush (State Bar No. 322401)
Anupama K. Reddy (State Bar No. 324873)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:     jsaveri@saverilawfirm.com
           swilliams@saverilawfirm.com
           kquackenbush@saverilawfirm.com
           areddy@saverilawfirm.com

*Counsel for Individual and Representative Plaintiff*
*Self-Insured Schools of California, on behalf of itself and*
*all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION | Master File No. 5:20-md-02966-LHK<br>Civil Action No. 5:21-cv-00020-LHK<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF WOCKHARDT LTD, MORTON GROVE PHARMACEUTICALS, INC., AND WOCKHARDT USA LLC** |

Master File No. 5:20-md-02966-LHK
Civil Action No. 5:21-cv-00020-LHK

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF WOCKHARDT LTD, MORTON GROVE PHARMACEUTICALS, INC., AND WOCKHARDT USA LLC

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and in accordance with the terms of a tolling agreement between Plaintiff Self-Insured Schools of California and Defendants Wockhardt LTD, Morton Grove Pharmaceuticals, Inc., and Wockhardt USA LLC, dated January 26, 2021, Plaintiff hereby gives notice that the above captioned action Civil Action No. 5:21-cv-00020-LHK is voluntarily dismissed without prejudice against Defendants Wockhardt LTD, Morton Grove Pharmaceuticals, Inc., and Wockhardt USA LLC.

Dated:  January 27, 2021

Respectfully Submitted,

JOSEPH SAVERI LAW FIRM, INC.

By:   */s/ Joseph R. Saveri*
            Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Kyle P. Quackenbush (State Bar No. 322401)
Anupama K. Reddy (State Bar No. 324873)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:  (415) 500-6800
Facsimile:   (415) 395-9940

*Counsel for Individual and Representative Plaintiff Self-Insured Schools of California, on behalf of itself and all others similarly situated*

Master File No. 5:20-md-02966-LHK
Civil Action No. 5:21-cv-00020-LHK

1

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF WOCKHARDT LTD, MORTON GROVE PHARMACEUTICALS, INC., AND WOCKHARDT USA LLC