UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEW YORK STATE TEAMSTERS COUNCIL HEALTH AND HOSPITAL FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JAZZ PHARMACEUTICALS, INC., et al.,<br><br>Defendants. | Case No. 20-MD-02966-LHK<br><br>**CASE MANAGEMENT ORDER** |

The parties filed their initial joint case management statement ("JCMS") on January 15, 2021. ECF No. 21. The Court continues the February 3, 2021 case management conference to March 24, 2021 at 2:00 p.m. The parties shall file their next JCMS by March 17, 2021.

In their initial JCMS, the parties ask the Court to (1) resolve their dispute on whether discovery should be stayed, *id.* at 18–20; (2) and set a case schedule, *id.* at 22–24. First, the Court denies Defendants' request "to stay discovery pending the disposition of a dispositive [Rule 12] motion." *Id.* at 19. Discovery shall proceed according to the schedule set below.

Second, having considered the parties' proposed case schedules, the Court sets the following case schedule:

1

Case No. 20-MD-02966-LHK
CASE MANAGEMENT ORDER

| Scheduled Event | Date |
| --- | --- |
| Last Day to File Applications for Appointment of Interim Lead Counsel | February 5, 2021 |
| Last Day to Respond to Applications for Appointment of Interim Lead Counsel | February 10, 2021 |
| Last Day to File Consolidated Class Action Complaint | 14 days after appointment of Interim Lead Counsel |
| Last Day to Finish Meeting and Conferring on ESI and Confidentiality Orders | 30 days after appointment of Interim Lead Counsel |
| Last Day to File Joint Case Management Statement | March 17, 2021 |
| Further Case Management Conference | March 24, 2021 |
| Last Day to File Defendants' Motion to Dismiss the Consolidated Class Action Complaint | 45 days after filing of the Consolidated Class Action Complaint |
| Preliminary Document Productions Due | April 30, 2021 |
| Last Day to File Plaintiffs' Opposition to Defendants' Motion to Dismiss | 28 days after filing of Defendants' Motion to Dismiss |
| Last Day to File Defendants' Reply in Support of Motion to Dismiss | 21 days after filing of Plaintiffs' Opposition to Defendants' Motion to Dismiss |
| Hearing on Motion to Dismiss | June 24, 2021 at 2:00 p.m. |
| Start of Full Discovery | 7 days after a decision on Defendants' Motion to Dismiss if the Motion is denied in whole or in part |
| Last Day to File Motion for Class Certification | March 4, 2022 |
| Substantial Completion of Fact Discovery | March 25, 2022 |
| Last Day to File Opposition to Class Certification | April 8, 2022 |
| Last Day to File Reply in Support of Class Certification | May 6, 2022 |
| Opening Expert Reports | May 20, 2022 |
| Hearing on Motion for Class Certification | May 26, 2022 at 1:30 p.m. |
| Rebuttal Expert Reports | June 24, 2022 |
| Reply Expert Reports | July 22, 2022 |
| Close of Fact and Expert Discovery | August 12, 2022 |

2

Case No. 20-MD-02966-LHK
CASE MANAGEMENT ORDER

| | |
|---|---|
| Last Day to File Dispositive Motions and *Daubert* Motions (one per side in the entire case) | September 2, 2022 |
| Last Day to File Responses to Dispositive Motions and *Daubert* Motions | September 30, 2022 |
| Last Day to File Replies to Dispositive Motions and *Daubert* Motions | October 21, 2022 |
| Hearing on Dispositive Motions | November 17, 2022 at 1:30 p.m. |
| Final Pretrial Conference | January 26, 2023 at 1:30 p.m. |
| Jury Trial | February 13, 2023 at 9:00 a.m. |
| Length of Trial | 12 days |

**IT IS SO ORDERED.**

Dated: January 28, 2021

*Lucy H. Koh*
LUCY H. KOH
United States District Judge