[Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION | Case No. 5:20-md-02966-LHK |

**JOINT CASE MANAGEMENT STATEMENT**

Pursuant to this Court's Standing Order for All Judges of the Northern District of California, Federal Rule of Civil Procedure 16, and Civil Local Rules 16-9 and 16-10, and in advance of the Case Management Conference set by the Court for October 13, 2021 at 2:00 p.m. PDT, the parties in these actions have met and conferred on certain issues and hereby submit this Joint Case Management Statement to report the parties' progress since the last Further Joint Case Management Statement was filed on August 3, 2021 (Dkt. No. 135).

## I. COMPLAINTS AND ANSWERS

On August 13, 2021, the Court entered an Order (Dkt. No. 138) denying the Motion to Dismiss in part and granting it in part. The Court granted leave to file a consolidated amended complaint within 30 days. Plaintiffs gave notice that they do not intend to file a consolidated amended complaint at this time, but sought permission to revisit the issue of amending their federal antitrust claims for damages with Defendants or the Court pursuant to Rule 15(a)(2) if discovery clarifies and adds facts sufficient to plausibly allege an established *Illinois Brick* exception (Dkt. No. 152).

On September 13, 2021 Defendants timely filed Answers to the complaints. (Dkt. Nos. 141-51).

On September 30, 2021, the parties stipulated to extending the deadline for Plaintiffs to file a Rule 12(f) motion to strike with respect to Defendants' affirmative defenses. (Dkt. No. 156).

## II. ORDERS

On September 28, 2021, the Court entered the parties' Stipulated Order Re: Expert Discovery (Dkt. No. 154).

The parties are meeting and conferring concerning a remote deposition protocol and will submit an agreed-upon protocol or their competing positions on contested provisions by October 15, 2021.

## III. MOTIONS

The parties have not filed any motions following the last Joint Case Management Statement. There are no pending motions.

-1-
JOINT CASE MANAGEMENT STATEMENT
Case No. 5:20-md-02966-LHK

IV. **DISCLOSURES**

The parties exchanged initial disclosures and Plaintiffs and the Jazz Defendants exchanged their initial lists of proposed custodians on September 20, 2021.  The parties are meeting-and-conferring regarding these disclosures and custodians.  In the event that the parties reach an impasse, they will promptly advise the Court.

V. **DISCOVERY**

Pursuant to the Court's Case Management Order (Dkt. No. 66), full discovery started on August 20, 2021.

A. **Documents**

Defendants served their first requests for production on Plaintiffs on August 20, 2021. Plaintiffs timely responded.  The parties held their first meet-and-confer regarding these requests on October 5, 2021.

Plaintiffs served their first requests for production on the Jazz Defendants on August 20, 2021, and the Jazz Defendants timely responded.  The parties held their first meet-and-confer regarding these requests on October 5, 2021.

Plaintiffs served their first requests for production on the Generic Defendants on September 2, 2021.

The parties are discussing a process or processes for identifying custodians and to ensure an efficient negotiation regarding collection and production of custodial ESI (consistent with the Court's guidelines and the ESI Protocol (Dkt. No. 80)). Among the issues proposed for discussion are:  (a) production of organization charts or other documents that can be used to identify relevant custodians; (b) exchange of search term proposals; (c) requests for information regarding the criteria used to collect and produce documents in the patent litigation; (d) requests to preserve, collect, and produce text and instant messages for all custodians; and (e) identification of the servers used by each proposed custodian that may include responsive ESI.

Plaintiffs have proposed that the parties enter into a stipulation regarding the authenticity of documents produced from a party's files.  Plaintiffs believe that such a stipulation would

promote efficiency and inform discussions regarding discovery limits. Defendants believe that they cannot enter into any such stipulation at this stage of the case as any such stipulation would be too difficult to reach in the abstract before most documents have been produced. Defendants have expressed a willingness to consider such a stipulation in the future. The parties are continuing to discuss this issue.

The parties continue to negotiate issues surrounding the privilege logs produced by Defendants that were exchanged in the underlying patent litigations, along with limited lists identifying the employers of individuals appearing in the logs. Plaintiffs have identified what they believe are certain substantive and technical concerns with those logs, Defendants have responded, and the parties continue to confer on these issues.

### B. Interrogatories

The Class Plaintiffs served three interrogatories on all Defendants. Defendants timely responded. The parties will meet and confer regarding those responses.

The parties have discussed a proposed stipulation that would set a limit on total interrogatories beyond the limits set forth in Federal Rule of Civil Procedure 33(a)(1). Those discussions are ongoing.

### C. Depositions

No depositions have been noticed. The parties have discussed a proposed remote deposition protocol, limits on the number of depositions based on a cap of total deposition hours as opposed to depositions, and potential expansion of the presumptive seven-hour limit if warranted. Those discussions are ongoing.

## VI. SETTLEMENT AND ADR

The parties do not believe ADR efforts would be productive at this time. As stated in the Initial Joint Case Management Statement (Dkt. No. 21 at 21), the parties have complied with ADR Local Rule 3-5, and the parties in the underlying cases filed in this District filed ADR Certifications pursuant to ADR L.R. 3-5(b) in their individual actions prior to centralization by the JPML.

| | | |
|---|---|---|
|1| DATED: October 6, 2021 | Respectfully submitted, |
|2| | |
|3| /s/ Jeffrey Faucette | /s/ Dena C. Sharp |
| | Jeffrey Faucette (State Bar No. 193066) | Dena C. Sharp (State Bar No. 245869) |
|4| **SKAGGS FAUCETTE LLP** | Scott Grzenczyk (State Bar No. 279309) |
| | Four Embarcadero Center | Tom Watts (State Bar No. 308853) |
|5| Suite 1400 PMB #72 | **GIRARD SHARP LLP** |
| | San Francisco CA 94111 | 601 California Street, Suite 1400 |
|6| Tel: (415) 295-1197 | San Francisco, CA 94108 |
| | Fax: (888) 980-6547 | Tel: (415) 981-4800 |
|7| jeff@skaggsfaucette.com | dsharp@girardsharp.com |
|8| | scottg@girardsharp.com |
| | /s/ Heidi K. Hubbard | tomw@girardsharp.com |
|9| Heidi K. Hubbard (*pro hac vice*) | |
| | Stephen Andrews (State Bar No. 205961) | /s/ Michael M. Buchman |
|10| Stanley E. Fisher (*pro hac vice*) | Michael M. Buchman (*pro hac vice*) |
| | Benjamin M. Greenblum (*pro hac vice)* | Michelle C. Clerkin (*pro hac vice*) |
|11| **WILLIAMS & CONNOLLY LLP** | Jacob Onile-Ere (*pro hac vice*) |
| | 725 12th Street, N.W. | **MOTLEY RICE LLC** |
|12| Washington, D.C. 20005 | 777 Third Avenue, 27th Floor |
|13| Tel: (202) 434-5000 | New York, NY 10017 |
| | Fax: (202) 434-5029 | Tel: (212) 577-0050 |
|14| hhubbard@wc.com | mbuchman@motleyrice.com |
| | sandrews@wc.com | mclerkin@motleyrice.com |
|15| sfisher@wc.com | jonileere@motleyrice.com |
|16| bgreenblum@wc.com | |
| | | *Interim Co-Lead Class Counsel* |
|17| *Attorneys for Defendants Jazz* | |
| | *Pharmaceuticals, Inc. and Jazz* | /s/ Judith A. Zahid |
|18| *Pharmaceuticals Ireland Limited* | Judith A. Zahid (State Bar No. 215418) |
| | | Eric W. Buetzow (State Bar No. 253803) |
|19| /s/ Devora W. Allon | Heather T. Rankie (State Bar No. 268002) |
|20| Devora W. Allon, P.C. (*pro hac vice*) | **ZELLE LLP** |
| | Jay P. Lefkowitz, P.C. (*pro hac vice*) | 555 12th Street, Suite 1230 |
|21| **KIRKLAND & ELLIS LLP** | Oakland, CA 94607 |
| | 601 Lexington Avenue | Tel: (415) 693-0700 |
|22| New York, New York 10022 | jzahid@zelle.com |
| | Tel: 212-446-4800 | ebuetzow@zelle.com |
|23| devora.allon@kirkland.com | hrankie@zelle.com |
|24| lefkowitz@kirkland.com | |
| | | James R. Martin (State Bar No. 173329) |
|25| *Attorney for Defendants Amneal* | Jennifer Duncan Hackett (*pro hac vice*) |
| | *Pharmaceuticals, LLC, Lupin* | John A. Carriel (*pro hac vice*) |
|26| *Pharmaceuticals Inc., Lupin Inc., Lupin* | **ZELLE LLP** |
| | *Ltd.,* | 1775 Pennsylvania Avenue, NW |
|27| | Suite 375 |
|28| -4- | |

| | | |
|---|---|---|
| 1 | */s/ Benjamin G. Bradshaw* | Washington, D.C. 20006 |
| 2 | Benjamin G. Bradshaw<br>Stephen McIntyre | Tel: (202) 899-4100<br>jmartin@zelle.com |
| 3 | Brett J. Williamson<br>Monsura A. Sirajee | jhackett@zelle.com<br>jcarriel@zelle.com |
| 4 | **O'MELVENY & MYERS LLP**<br>1625 Eye Street, NW | */s/ Hamish P.M. Hume* |
| 5 | 10th Floor<br>Washington, DC 20006 | Hamish P.M. Hume (*pro hac vice*)<br>Abby L. Dennis (*pro hac vice*) |
| 6 | Tel: (202) 383-5300 | **BOIES SCHILLER FLEXNER LLP** |
| 7 | Fax: (202) 383-5414<br>bbradshaw@omm.com | 1401 New York Avenue, NW<br>Washington, DC  20005 |
| 8 | smcintyre@omm.com<br>bwilliamson@omm.com | Tel: (202) 237-2727<br>hhume@bsflip.com |
| 9 | msirajee@omm.com | adennis@bsflip.com |
| 10 | *Attorneys for Defendant Par* | Edward H. Takashima |
| 11 | *Pharmaceutical, Inc.* | (State Bar No. 270945)<br>**BOIES SCHILLER FLEXNER LLP** |
| 12 | */s/ Elizabeth K. McCloskey* | 725 S. Figueroa Street, 31st Floor |
| 13 | Elizabeth K. McCloskey<br>Nicholas S. Goldberg | Los Angeles, CA  90017<br>Tel: (213) 629-9040 |
| 14 | **KEKER, VAN NEST & PETERS LLP**<br>633 Battery Street | etakashima@bsflip.com |
| 15 | San Francisco, CA 94111-1809<br>Tel: (415) 391-5400 | Beko O. Reblitz-Richardson<br>(State Bar No.238027) |
| 16 | Fax: (415) 397-7188 | **BOIES SCHILLER FLEXNER LLP** |
| 17 | emccloskey@keker.com<br>ngoldberg@keker.com | 44 Montgomery Street, 41st Floor<br>San Francisco, CA  94104 |
| 18 | | Tel:  (415) 293-6800 |
| 19 | *Attorneys for Defendant Par Pharmaceutical,*<br>*Inc. in United Healthcare Services, Inc.* | brichardson@bsflip.com |
| 20 | *Action* | *Attorneys for Plaintiff United HealthCare*<br>*Services, Inc.* |
| 21 | */s/ Jack E. Pace III* | |
| 22 | Jack E. Pace III (*pro hac vice*)<br>**WHITE & CASE LLP** | |
| 23 | 1221 Avenue of the Americas<br>New York, New York 10020 | |
| 24 | Telephone: (212) 819-8200<br>Fax: (212) 354-8113 | |
| 25 | jpace@whitecase.com | |
| 26 | Heather M. Burke (SBN 284100) | |
| 27 | **WHITE & CASE LLP**<br>3000 El Camino Real | |
| 28 | -5- | |

2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Tel: (650) 213-0300
Fax: (650) 213-8158
hburke@whitecase.com

Kathryn J. Mims (*pro hac vice*)
**WHITE & CASE LLP**
701 Thirteenth Street, NW
Washington, District of Columbia 20005
Telephone: (202) 626-3600
Fax: (202) 639-9355
kmims@whitecase.com

*Attorneys for Defendants Hikma Pharmaceuticals PLC, Eurohealth (U.S.A.), Inc., West-Ward Pharmaceuticals Corp. n/k/a Hikma Pharmaceuticals USA Inc., and Roxane Laboratories, Inc. n/k/a Hikma Labs Inc.*

### **FILER'S ATTESTATION**

I, Judith A. Zahid, am the ECF user whose identification and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

　　　　　　　　　　　　　　　　　　　/s/Judith A. Zahid