UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK STATE TEAMSTERS COUNCIL HEALTH AND HOSPITAL FUND, et al.,<br><br>             Plaintiffs,<br><br>      v.<br><br>JAZZ PHARMACEUTICALS, INC., et al.,<br><br>             Defendants. | Case No.  20-md-02966-LHK   (SVK)<br><br>**ORDER RE 11/29/21 JOINT DISCOVERY SUBMISSION**<br><br>Re: Dkt. No. 187 |

Having considered the Parties' Joint Discovery Letter related to the disputed Lupin custodians (Dkt. 187), the Amended Consolidated Complaint (Dkt. 62), the ESI Order (Dkt. 80) and the parameters of relevant, proportional discovery as provided in Fed. R. Civ. Proc. 26(b)(1), the Court has determined that this matter may be resolved without oral argument (Civ. L.R. 7-1(b)) and hereby **ORDERS** Defendants to include the following two individuals as document custodians: Robert Hoffman; Vinita Gupta.

**SO ORDERED.**

Dated: December 1, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge