UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK STATE TEAMSTERS COUNCIL HEALTH AND HOSPITAL FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JAZZ PHARMACEUTICALS, INC., et al.,<br><br>Defendants. | Case No. 20-md-02966-RS (SVK)<br><br>**ORDER RE DECEMBER 17, 2021 JOINT DISCOVERY SUBMISSION**<br><br>Re: Dkt. No. 195 |

The Court has reviewed the Parties Joint Submission regarding the search terms dispute and attendant exhibits. Dkt. 195. Set forth below are the Court's preliminary questions and **ORDER** for further meet and confer. This matter will be set for hearing as provided below.

- **Questions/Meet and Confer**
    - Have the Parties agreed on the cap and identification of 30 custodians?
    - Is there any overlap between Jazz's proposed terms set forth in Exhibit B and Plaintiffs' proposed terms set forth in Exhibit C?
    - Prior to the hearing, set below, the Parties are to meet and confer regarding the terms and hit counts set forth in Exhibit C to determine if an agreement can be reached which would be composed of a combination of the Parties' proposed terms, modified to reflect the Parties' compromises. The Parties' discussions must include, but not be limited to, the "facially unreasonable terms" identified at pp. 4-5 of the Joint Submission, the "terms Jazz originally agreed to add" identified at p. 3 of the Joint Submission as well as any potentially overlapping terms identified above. Meet and confer must be either in person or by video conference; telephonic and/or email exchanges are not sufficient. The Parties are to submit a

joint statement, not to exceed 4 pages, responding to the questions above and updating the Court **no later than January 6, 2022**.

- **Hearing:** The Court will hold a hearing on this matter by Zoom on **January 13, 2022 at 3:00 p.m**.

**SO ORDERED.**

Dated: December 29, 2021

SUSAN VAN KEULEN
United States Magistrate Judge