UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK STATE TEAMSTERS COUNCIL HEALTH AND HOSPITAL FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JAZZ PHARMACEUTICALS, INC., et al.,<br><br>Defendants. | Case No. 20-md-02966-RS  (SVK)<br><br>**ORDER ON DISCOVERY DISPUTE RE ESI SEARCH TERMS**<br><br>Re: Dkt. Nos. 212, 218 |

The Court held a hearing January 13, 2022, regarding Plaintiffs' proposed ESI search terms. Dkt. 212, 217. At the hearing, the Court tentatively adopted Defendants' proposed compromise as set forth in Exhibit D (Dkt. 212-4), except for the proposal as to terms 1 & 2. As to those terms the Court ordered the Parties to meet and confer further, taking into consideration the Court's tentative rulings regarding scope of the Parties' competing proposals. On January 19, 2022, the Court was very pleased to receive the Parties' filing at Dkt. 218, stating that the Parties' meet and confer efforts had been successful. The Parties have reached agreement as to the search terms to be applied by Defendant Jazz to its custodial document collections (in addition to those that Jazz previously affirmatively agreed to utilize). Dkt. 218 sets forth the specific agreed-upon search terms, which reflect further changes from Dkt. 212-4, and the Court incorporates the terms in Dkt. 218 herein by reference.

**SO ORDERED.**

Dated: January 20, 2022

SUSAN VAN KEULEN
United States Magistrate Judge