LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

LAUREN H. UHLIG
(202) 434-5897
Luhlig@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

February 17, 2022

<u>Via ECF</u>

Chief Judge Richard Seeborg
U.S. District Court for the Northern District of California
San Francisco Courthouse, Courtroom 3 – 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: <u>3:20-md-02966-RS *In re Xyrem (Sodium Oxybate) Antitrust Litigation*</u>

Dear Judge Seeborg:

      We represent Defendant Jazz Pharmaceuticals Inc. in the above-captioned case ("*In re Xyrem*"), and in the related cases captioned *Humana Inc. v. Jazz Pharmaceuticals Inc., et al.*, Case No. 3:21-CV-07934-RS (N.D. Cal.), and *Molina Healthcare, Inc. v. Jazz Pharmaceuticals Inc., et al.*, Case No. 3:21-CV-07935-RS (N.D. Cal.). We write on behalf of the Defendants in these cases in response to the letter docketed in *In re Xyrem* on February 11, 2022, by counsel for Plaintiffs Humana, Inc. and Molina Healthcare, Inc. *See* ECF No. 235. In that letter, Plaintiffs' counsel indicated that another client of theirs, Health Care Service Corporation ("HCSC"), intends to file a complaint this week and that Plaintiffs' counsel would designate that case as related to *In re Xyrem*. Plaintiffs' counsel also indicated that they expect "additional insurer clients" of theirs may decide to file additional related complaints in the near term.

      Given that the Rules for the Judicial Panel on Multidistrict Litigation provide that "Potential tag-along actions filed in the transferee district do not require Panel action. A party should request assignment of such actions to the Section 1407 transferee judge in accordance with applicable local rules," JPML Rule 7.2, Defendants do not currently intend to raise with the Judicial Panel on Multidistrict Litigation the forthcoming complaint by HCSC or other similar complaints that are filed in this district court, assigned to Your Honor, and deemed related to *In re Xyrem* under the local rules. If, however, Your Honor prefers that the parties notify the Judicial Panel on Multidistrict Litigation of these tag-along cases, we will readily work with Plaintiffs to do so.

WILLIAMS & CONNOLLY LLP

Chief Judge Richard Seeborg
February 17, 2022
Page 2

  We appreciate Plaintiffs' efforts to coordinate the related cases with the *In re Xyrem* case and assume that any new related cases also will be coordinated and follow the same schedule. We will continue to work with Plaintiffs' counsel to that end.

               Respectfully submitted,

               Lauren H. Uhlig (*pro hac vice*)
               Williams & Connolly LLP
               725 Twelfth Street, N.W.
               Washington, DC 20005
               P: 202-434-5897 / F: 202-434-5029
               E: LUhlig@wc.com

cc:  All Counsel of Record via ECF