UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION | Case No. 20-md-02966-RS   (SVK)<br><br>**ORDER SETTING BRIEFING SCHEDULE RE GENERIC DEFENDANTS' MOTION TO QUASH DEPOSITION SUBPOENAS**<br><br>Re: Dkt. No. 247 |

The Court sets the following schedule for the Motion to Quash Unretained Expert Subpoenas or, in the Alternative, Motion for Protective Order (Dkt. 247):

- Plaintiffs may file an opposition at any time on or before **April 26, 2022.**
- The moving parties' reply is due **7 days** after the opposition is filed.
- The Court will set a hearing if necessary.

Plaintiffs' administrative motion at Dkt. 244 is terminated as moot.

**SO ORDERED.**

Dated: April 12, 2022

SUSAN VAN KEULEN
United States Magistrate Judge