[Counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION<br><br>This Document Relates To: All Actions | Case Nos. 3:20-md-02966-RS-SVK<br>22-cv-00993-RS-SVK<br><br>**JOINT STIPULATION AND ORDER TO CHANGE THE TIME OF THE MAY 9, 2022 CASE MANAGEMENT CONFERENCES** |
|---|---|
| HEALTH CARE SERVICE CORPORATION,<br><br>           Plaintiff,<br><br>     v.<br><br>JAZZ PHARMACEUTICALS, INC., et al.,<br><br>           Defendants. | |

1   Pursuant to Northern District of California Civil Local Rule 6-2, the parties jointly stipulate and ask the Court to adjust the time of the next Case Management Conferences in the above-referenced matters, currently set for Monday, May 9, 2022 at 10:00 a.m., to the afternoon of May 9, 2022, after 1:30 p.m. at the Court's convenience;[1]

WHEREAS, the Case Management Conferences are currently scheduled for May 9, 2022 at 10:00 a.m., but all parties are not available at that time;

WHEREAS, the parties have conferred and agree, subject to this Court's approval, to reschedule the Case Management Conferences to the same afternoon, at a time after 1:30 p.m. on May 9, 2022 that may be convenient for the Court.

WHEREAS, the parties in *In re Xyrem (Sodium Oxybate) Antitrust Litigation,* have previously stipulated to and the Court has ordered modification to the case schedule on January 25, 2022 regarding the February Case Management Conference (Dkt. No. 222), and on February 24, 2022 regarding the case schedule through class certification (Dkt. No. 240).

WHEREAS, changing the date of the Case Management Conferences will not affect other dates on the current schedules;

NOW THEREFORE, the parties, through their undersigned counsel, hereby stipulate and respectfully request that the Court enter an Order rescheduling the next Case Management Conferences to the afternoon of May 9, 2022.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] Conferences are scheduled in both matters, and the parties had understood the Court to intend to convene one conference across both matters.

| | | |
|---|---|---|
| 1 | Dated: April 26, 2022 | Respectfully submitted, |
| 2 | By: */s/ Jeffrey Faucette* | By: */s/ Dena C. Sharp* |
| 3 | Jeffrey Faucette (State Bar No. 193066) | Dena C. Sharp (State Bar No. 245869) |
|   | **SKAGGS FAUCETTE LLP** | Scott Grzenczyk (State Bar No. 279309) |
| 4 | Four Embarcadero Center | Tom Watts (State Bar No. 308853) |
|   | Suite 1400 PMB #72 | Jordan Isern (State Bar No. 343159) |
| 5 | San Francisco CA 94111 | **GIRARD SHARP LLP** |
|   | Tel: (415) 295-1197 | 601 California Street, Suite 1400 |
| 6 | Fax: (888) 980-6547 | San Francisco, CA 94108 |
| 7 | jeff@skaggsfaucette.com | Tel: (415) 981-4800 |
|   |   | dsharp@girardsharp.com |
| 8 | By: */s/ Heidi K. Hubbard* | scottg@girardsharp.com |
|   | Heidi K. Hubbard (*pro hac vice*) | tomw@girardsharp.com |
| 9 | Stanley E. Fisher (*pro hac vice*) | jisern@girardsharp.com |
|   | Benjamin M. Greenblum (*pro hac vice*) |   |
| 10 | Charles L. McCloud (*pro hac vice*) | By: */s/ Michael M. Buchman* |
| 11 | **WILLIAMS & CONNOLLY LLP** | Michael M. Buchman |
|   | 725 12th Street, N.W. | Michelle C. Clerkin (*pro hac vice*) |
| 12 | Washington, D.C. 20005 | Jacob Onile-Ere (*pro hac vice*) |
|   | Tel: (202) 434-5000 | **MOTLEY RICE LLC** |
| 13 | Fax: (202) 434-5029 | 777 Third Avenue, 27th Floor |
|   | hhubbard@wc.com | New York, NY 10017 |
| 14 | sfisher@wc.com | Tel: (212) 577-0050 |
| 15 | bgreenblum@wc.com | mbuchman@motleyrice.com |
|   | lmccloud@wc.com | mclerkin@motleyrice.com |
| 16 |   | jonileere@motleyrice.com |
| 17 | *Attorneys for Defendants Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland Limited, and Jazz Pharmaceuticals Public Limited Company* | *Interim Co-Lead Class Counsel* |
| 18 |   |   |
| 19 |   | By: */s/ Judith Zahid* |
| 20 | By: */s/ Jack E. Pace III* | Judith A. Zahid (State Bar No. 215418) |
|   | Jack E. Pace III (*pro hac vice*) | Eric W. Beutzow (State Bar No. 253803) |
| 21 | **WHITE & CASE LLP** | Heather T. Rankie (State Bar No. 268002) |
|   | 1221 Avenue of the Americas | **ZELLE LLP** |
| 22 | New York, New York 10020 | 555 12th Street, Suite 1230 |
|   | Telephone: (212) 819-8200 | Oakland, CA 94607 |
| 23 | Fax: (212) 354-8113 | Tel: (415) 693-0700 |
|   | jpace@whitecase.com | jzahid@zelle.com |
| 24 |   | ebuetzow@zelle.com |
| 25 | Heather M. Burke (SBN 284100) | hrankie@zelle.com |
|   | **WHITE & CASE LLP** | James R. Martin (State Bar No. 173329) |
| 26 | 3000 El Camino Real | Jennifer Duncan Hackett (*pro hac vice*) |
|   | 2 Palo Alto Square, Suite 900 | John A. Carriel (*pro hac vice*) |
| 27 | Palo Alto, CA 94306-2109 |   |
| 28 | | |

| | |
|---|---|
| Tel: (650) 213-0300<br>Fax: (650) 213-8158<br>hburke@whitecase.com<br><br>Kathryn J. Mims (*pro hac vice*)<br>**WHITE & CASE LLP**<br>701 Thirteenth Street, NW<br>Washington, District of Columbia 20005<br>Telephone: (202) 626-3600<br>Fax: (202) 639-9355<br>kmims@whitecase.com<br><br>*Attorneys for Defendants Hikma Pharmaceuticals PLC, Eurohealth (U.S.A.), Inc., West-Ward Pharmaceuticals Corp. n/k/a Hikma Pharmaceuticals USA Inc., and Roxane Laboratories, Inc. n/k/a Hikma Labs Inc.*<br><br>By: */s/ Devora W. Allon*<br>Devora W. Allon, P.C. (*pro hac vice*)<br>Jay P. Lefkowitz, P.C. (*pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Tel: (212) 446-4800<br>devora.allon@kirkland.com<br>lefkowitz@kirkland.com<br><br>*Attorneys for Defendants Amneal Pharmaceuticals, LLC, Lupin Pharmaceuticals Inc., Lupin Inc., and Lupin Ltd.*<br><br>By: */s/ Benjamin G. Bradshaw*<br>Benjamin G. Bradshaw<br>Stephen J. McIntyre<br>Brett J. Williamson<br>Monsura A. Sirajee<br>**O'MELVENY & MYERS LLP**<br>1625 Eye Street, NW<br>10th Floor<br>Washington, DC 20006<br>Tel: (203) 383-5300<br>Fax: (203) 383-5414<br>bbradshaw@omm.com | **ZELLE LLP**<br>1775 Pennsylvania Avenue, NW,<br>Suite 375<br>Washington, D.C. 20006<br>Tel: (202) 899-4100<br>jmartin@zelle.com<br>jhackett@zelle.com<br>jcarriel@zelle.com<br><br><br>By: */s/ Hamish P.M. Hume*<br>Hamish P.M. Hume (*pro hac vice*)<br>Abby L. Dennis (*pro hac vice*)<br>**BOIES SCHILLER FLEXNER LLP**<br>1401 New York Ave, NW<br>Washington, D.C. 20005<br>Tel: (202) 237-2727<br>hhume@bsfllp.com<br>adennis@bsfllp.com<br><br>Beko O. Reblitz-Richardson (State Bar No. 238027)<br>**BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Tel: (415) 293-6800<br>brichardson@bsfllp.com<br><br>*Attorneys for United HealthCare Services, Inc.*<br><br>By: */s/ Todd M. Schneider*<br><br>Todd M. Schneider (SBN 158253)<br>Jason H. Kim (SBN 220279)<br>Matthew S. Weiler (SBN 236052)<br>2000 Powell Street<br>Suite 1400<br>Emeryville, CA 94608<br>(415) 421-7100<br>TSchneider@schneiderwallace.com<br>JKim@schneiderwallace.com<br>MWeiler@schneiderwallace.com<br>**LOWEY DANNENBERG, P.C.**<br>Peter D. St. Phillip (*admitted pro hac vice*)<br>Uriel Rabinovitz (*admitted pro hac vice*) |

4

JOINT STIPULATION AND ORDER TO CHANGE THE DATE OF THE MAY 9, 2022 CASE MANAGEMENT CONFERENCE
CASE NOS. 3:20-MD-02966-RS-SVK & 3:22-CV-00993

| | |
|---|---|
| 1 | smcintyre@omm.com |
| 2 | bwilliamson@omm.com |
|   | msirajee@omm.com |

*Attorneys for Defendant Par Pharmaceutical, Inc. in Consolidated Class Actions*

Noelle Ruggiero (*admitted pro hac vice*)
44 South Broadway, Suite 1100
White Plains, NY 10601
(914) 997-0500
PStPhillip@lowey.com
Urabinovtiz@lowey.com
Nruggiero@lowey.com

*Counsel for Plaintiffs Humana Inc., Molina Healthcare Inc. and Health Care Service Corp.*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

/s/ Dena Sharp
Dena Sharp

**ORDER**

The Case Management Conference currently scheduled for May 9, 2022, at 10:00 a.m., is rescheduled to ___1:30 p.m.___ .

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: __April 27, 2022__

_____
The Honorable Richard Seeborg
United States District Court