1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

9

10   IN RE: XYREM (SODIUM OXYBATE)                Case No. 3:20-md-02966-RS-SVK
     ANTITRUST LITIGATION
11

12   This Document Relates To: All Actions

13

14                                               Case No. 3:22-cv-00993-RS-SVK

15   HEALTH CARE SERVICE
     CORPORATION,
16
                Plaintiff,
17
          v.
18
     JAZZ PHARMACEUTICALS, INC., et al.,
19
                Defendants.
20

21

22

23   <u>ORDER REGARDING DISCOVERY AND CLASS CERTIFICATION SCHEDULE</u>

24

25

26

27

28

WHEREAS, pursuant to the Court's May 9, 2022, Case Management Scheduling Order, the parties jointly propose and stipulate to the below proposed case schedule that includes the Court's March 15, 2023, date for the class certification hearing and three weeks between the hearing and the final class certification related submissions.

WHEREAS the parties respectfully request that the Court approve and adopt the below schedule.

**IT IS SO ORDERED** that the below schedule is approved and adopted.

DATE: ___May 27, 2022___

Richard Seeborg
Chief United States District Judge

| Scheduled Event | Current Deadline | Revised Deadlines |
|---|---|---|
| Substantial Completion of Document Productions | May 20, 2022 | May 20, 2022 |
| Last Day to File (i) Motion for Class Certification and (ii) Class Certification Opening Reports[1] | July 29, 2022 | November 2, 2022 |
| Substantial Completion of Depositions; Last Day to Serve Written Discovery Under Rules 33 & 36[2] | August 31, 2022 | December 7, 2022 |
| Last Day to File (i) Opposition to Class Certification and (ii) Class Certification Rebuttal Reports | September 16, 2022 | December 21, 2022 |
| Close of Fact Discovery[3] | September 30, 2022 | January 28, 2023 |
| Last Day to File (i) Reply in Support of Class Certification and (ii) Class Certification Reply Reports | October 14, 2022 | February 1, 2023 |
| Last Day to File *Daubert* Motions for Class Certification Experts | October 21, 2022 | February 8, 2023 |
| Last Day to File Oppositions to *Daubert* Motions for Class Certification Experts | November 4, 2022 | February 22, 2023 |

[1] For all expert reports, the parties will provide two available dates for the deposition of each proposed expert at the time of serving the report.

[2] Absent good cause, written discovery under Rule 34 will be served well before the deadline for substantial completion of document productions.

[3] The parties reserve the right to move, upon good cause shown, for a limited reopening of fact discovery on particular topics based on the positions taken during class certification or the Court's decision on Plaintiffs' motion for class certification. The parties also reserve their right to oppose any such motion.

| Hearing on Class Certification | November 14, 2022 at 1:30 p.m. | March 15, 2023 at 1:30pm |
|---|---|---|

Dated: May 27, 2022

Respectfully submitted,

By: /s/ Dena C. Sharp
Dena C. Sharp (SBN 245869)
Scott Grzenczyk (SBN 279309)
Tom Watts (SBN 308853)
Jordan Isern (SBN 343159)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
dsharp@girardsharp.com
scottg@girardsharp.com
tomw@girardsharp.com
jisern@girardsharp.com

By: /s/ Michael M. Buchman
Michael M. Buchman (*pro hac vice*)
Michelle C. Clerkin (*pro hac vice*)
Jacob Onile-Ere (*pro hac vice*)
**MOTLEY RICE LLC**
777 Third Avenue, 27th Floor
New York, NY 10017
Tel: (212) 577-0050
mbuchman@motleyrice.com
mclerkin@motleyrice.com
jonileere@motleyrice.com

*Interim Co-Lead Class Counsel*

By: /s/ Judith Zahid
Judith A. Zahid (SBN 215418)
Eric W. Buetzow (SBN 253803)
Heather T. Rankie (SBN 268002)
**ZELLE LLP**
555 12th Street, Suite 1230
Oakland, CA 94607
Tel: (415) 693-0700
jzahid@zelle.com
ebuetzow@zelle.com
hrankie@zelle.com

By: /s/ Jeffrey Faucette
Jeffrey Faucette (SBN 193066)
**SKAGGS FAUCETTE LLP**
Four Embarcadero Center
Suite 1400 PMB #72
San Francisco CA 94111
Tel: (415) 295-1197
Fax: (888) 980-6547
jeff@skaggsfaucette.com

By: /s/ Heidi K. Hubbard
Heidi K. Hubbard (*pro hac vice*)
Stanley E. Fisher (*pro hac vice*)
Benjamin M. Greenblum (*pro hac vice*)
Charles L. McCloud (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, S.W.
Washington, D.C. 20024
Tel: (202) 434-5000
Fax: (202) 434-5029
hhubbard@wc.com
sfisher@wc.com
bgreenblum@wc.com
lmccloud@wc.com

*Attorneys for Defendants Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland Limited, and Jazz Pharmaceuticals Public Limited Company*

By: /s/ Benjamin G. Bradshaw
Benjamin G. Bradshaw
Brett J. Williamson
Stephen McIntyre
Monsura A. Sirajee
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW, 10th Floor
Washington, D.C. 20006
Tel: (203) 383-5300
Fax: (203) 383-5414
bbradshaw@omm.com

| | |
|---|---|
| 1 | James R. Martin (SBN 173329) |
| 2 | Jennifer Duncan Hackett (*pro hac vice*)<br>John A. Carriel (*pro hac vice*) |
| 3 | **ZELLE LLP** |
| 4 | 1775 Pennsylvania Avenue, NW,<br>Suite 375 |
| 5 | Washington, D.C. 20006<br>Tel: (202) 899-4100 |

1  James R. Martin (SBN 173329)
2  Jennifer Duncan Hackett (*pro hac vice*)
   John A. Carriel (*pro hac vice*)
3  **ZELLE LLP**
4  1775 Pennsylvania Avenue, NW,
   Suite 375
5  Washington, D.C. 20006
   Tel: (202) 899-4100
6  jmartin@zelle.com
   jhackett@zelle.com
7  jcarriel@zelle.com

8  By: */s/ Hamish P.M. Hume*
   Hamish P.M. Hume (*pro hac vice*)
9  **BOIES SCHILLER FLEXNER LLP**
10 1401 New York Ave, NW
   Washington, D.C. 20005
11 Tel: (202) 237-2727
   hhume@bsfllp.com
12
   Beko O. Reblitz-Richardson (SBN 238027)
13 **BOIES SCHILLER FLEXNER LLP**
14 44 Montgomery Street, 41st Floor
   San Francisco, CA 94104
15 Tel: (415) 293-6800
   brichardson@bsfllp.com
16
17 *Attorneys for Plaintiff United HealthCare*
   *Services, Inc.*
18
19
20
21
22
23 By: */s/ Matthew S. Weiler*
   Todd M. Schneider (State Bar No. 158253)
24 Jason H. Kim (State Bar No. 220279)
   Matthew S. Weiler (State Bar No. 236052)
25 **SCHNEIDER WALLACE**
   **COTTRELL KONECKY LLP**
26 2000 Powell Street, Suite 1400
   Emeryville, CA 94608
27 Tel: (415) 421-7100
28

smcintyre@omm.com
bwilliamson@omm.com
msirajee@omm.com

*Attorneys for Defendant Par Pharmaceutical, Inc.*
*in Consolidated Class Actions, Molina Action, and*
*HCSC Action*

By:  */s/ Elizabeth K. McCloskey*
Elizabeth K. McCloskey
Nicholas S. Goldberg
**KEKER, VAN NEST & PETERS LLP**
633 Battery Street
San Francisco, CA 94111-1809
Tel: (415) 391-5400
Fax: (415) 397-7188
emccloskey@keker.com
ngoldberg@keker.com

*Attorneys for Defendant Par Pharmaceutical, Inc.*
*in United HealthCare Services, Inc. Action and*
*Humana Action*

By:  */s/ Devora W. Allon*
Devora W. Allon, P.C. (*pro hac vice*)
Jay P. Lefkowitz, P.C. (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
devora.allon@kirkland.com
lefkowitz@kirkland.com

*Attorneys for Defendants Amneal*
*Pharmaceuticals, LLC, Lupin Pharmaceuticals*
*Inc., Lupin Inc., and Lupin Ltd.*

By:  */s/ Jack E. Pace III*
Jack E. Pace III (*pro hac vice*)
Kathryn Swisher (*pro hac vice*)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Fax: (212) 354-8113
jpace@whitecase.com

TSchneider@schneiderwallace.com
KJKim@schneiderwallace.com
MWeiler@schneiderwallace.com

Peter D. St. Phillip (admitted *pro hac vice*)
Noelle Ruggiero (admitted *pro hac vice*)
Uriel Rabinovitz (admitted *pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500
PStPhillip@lowey.com
NRuggiero@lowey.com
URabinovitz@lowey.com

*Attorneys for Plaintiffs Humana Inc.,*
*Molina Healthcare, Inc., and Health Care*
*Service Corporation, Inc.*

kathryn.swisher@whitecase.com

Kathryn J. Mims (*pro hac vice*)
**WHITE & CASE LLP**
701 Thirteenth Street, NW
Washington, D.C. 20005
Telephone: (202) 626-3600
Fax: (202) 639-9355
kmims@whitecase.com

Heather M. Burke (SBN 284100)
**WHITE & CASE LLP**
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Tel: (650) 213-0300
Fax: (650) 213-8158
hburke@whitecase.com

*Attorneys for Defendants Hikma Pharmaceuticals*
*Eurohealth (U.S.A.), Inc., West-Ward Pharmaceu*
*Corp. n/k/a Hikma Pharmaceuticals USA Inc., an*
*Roxane Laboratories, Inc. n/k/a Hikma Labs Inc.*

## **FILER'S ATTESTATION**

I, Dena C. Sharp, am the ECF user whose identification and password are being used to file this document.  In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

*/s/ Dena C. Sharp*