1  [Counsel listed on signature page]

*APPROVED*
*Judge Susan van Keulen*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION | Case No. 3:20-md-02966-RS-SVK<br><br>**JOINT STIPULATION REGARDING XYREM NDA DISCOVERY DISPUTE** |

Pursuant to Northern District of California Civil Local Rule 7-12, Plaintiffs in the Consolidated Class Actions ("Class Plaintiffs") and Plaintiffs United Healthcare Services, Humana Inc., Molina Healthcare Inc., Health Care Service Corp. (with Class Plaintiffs, the "Plaintiffs"), with Defendants Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland Limited, and Jazz Pharmaceuticals Public Limited Company (collectively "Jazz") (with Plaintiffs, the "Parties"), hereby stipulate as follows:

WHEREAS, on June 1, 2022, in response to Plaintiffs' submission regarding Jazz's production of the Xyrem NDA and related documents (Dkts. 273, 274), the Court ordered the Parties to file a submission in accordance with the Court's standing order regarding civil discovery by June 6, 2022 (Dkt. 282);

WHEREAS, on June 3, 2022, the Parties stipulated, and on June 6, 2022, the Court ordered, that the deadline to file a submission in accordance with the Court's standing order regarding civil

1  discovery was extended to June 13, 2022 (Dkt. 284);

2  WHEREAS, the Parties agreed, and the Court ordered, that the deadline to file their joint
3  discovery letter regarding the Xyrem NDA and related documents should be extended to July 8, 2022
4  so that the Parties could further meet and confer (Dkt. 288);

5  WHEREAS, on June 3, 2022 and July 1, 2022, Jazz produced documents responsive to
6  Plaintiffs' requests;

7  WHEREAS, on July 8, 2022, the Parties stipulated, and on July 11, 2022, the Court ordered,
8  that the deadline to file a submission in accordance with the Court's standing order regarding civil
9  discovery was extended to August 5, 2022 (Dkt. 293);

10  WHEREAS, the Parties met and conferred on July 27, 2022, and narrowed the scope of the
11  remaining dispute to Plaintiffs' request that Jazz produce the Xyrem Investigational New Drug
12  Application ("IND") and the New Drug Application ("NDA") and IND for the sodium oxybate
13  product with the brand name Rekinla;

14  WHEREAS, the Parties agree that on or before August 19, 2022, Jazz shall complete its
15  search for the Rekinla NDA and related FDA correspondence, the Rekinla IND, and the Xyrem IND
16  (the "Documents At Issue"), and shall produce any Documents At Issue located in Jazz's possession,
17  custody, or control upon a reasonable search;

18  NOW THEREFORE, the Parties, through their undersigned counsel, hereby stipulate and
19  respectfully submit that the Parties have resolved their dispute regarding Jazz's production of the
20  Xyrem NDA and related documents, and no judicial action is required at this time.

21
22  Dated: August 5, 2022                                    Respectfully submitted,
23
24
25
26
27
28

| | |
|---|---|
| By: /s/ Jeffrey Faucette<br>Jeffrey Faucette (State Bar No. 193066)<br>**SKAGGS FAUCETTE LLP**<br>Four Embarcadero Center<br>Suite 1400 PMB #72<br>San Francisco CA 94111<br>Tel: (415) 295-1197<br>Fax: (888) 980-6547<br>jeff@skaggsfaucette.com<br><br>By: /s/ Heidi K. Hubbard<br>Heidi K. Hubbard (*pro hac vice*)<br>Stanley E. Fisher (*pro hac vice*)<br>Benjamin M. Greenblum (*pro hac vice*)<br>Charles L. McCloud (*pro hac vice*)<br>**WILLIAMS & CONNOLLY LLP**<br>725 12th Street, N.W.<br>Washington, D.C. 20005<br>Tel: (202) 434-5000<br>Fax: (202) 434-5029<br>hhubbard@wc.com<br>sfisher@wc.com<br>bgreenblum@wc.com<br>lmccloud@wc.com<br><br>*Attorneys for Defendants Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland Limited, and Jazz Pharmaceuticals Public Limited Company* | By: /s/ Dena C. Sharp<br>Dena C. Sharp (State Bar No. 245869)<br>Scott Grzenczyk (State Bar No. 279309)<br>Tom Watts (State Bar No. 308853)<br>Jordan Isern (State Bar No. 343159)<br>**GIRARD SHARP LLP**<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Tel: (415) 981-4800<br>dsharp@girardsharp.com<br>scottg@girardsharp.com<br>tomw@girardsharp.com<br>jisern@girardsharp.com<br><br>By: /s/ Michael M. Buchman<br>Michael M. Buchman<br>Michelle C. Clerkin (*pro hac vice*)<br>Jacob Onile-Ere (*pro hac vice*)<br>**MOTLEY RICE LLC**<br>777 Third Avenue, 27th Floor<br>New York, NY 10017<br>Tel: (212) 577-0050<br>mbuchman@motleyrice.com<br>mclerkin@motleyrice.com<br>jonileere@motleyrice.com<br><br>*Interim Co-Lead Class Counsel*<br><br>By: /s/ Judith Zahid<br>Judith A. Zahid (State Bar No. 215418)<br>Eric W. Beutzow (State Bar No. 253803)<br>**ZELLE LLP**<br>555 12th Street, Suite 1230<br>Oakland, CA 94607<br>Tel: (415) 693-0700<br>jzahid@zelle.com<br>ebuetzow@zelle.com<br><br>James R. Martin (State Bar No. 173329)<br>Jennifer Duncan Hackett (*pro hac vice*)<br>John A. Carriel (*pro hac vice*)<br>**ZELLE LLP**<br>1775 Pennsylvania Avenue, NW,<br>Suite 375<br>Washington, D.C. 20006 |

Tel: (202) 899-4100
jmartin@zelle.com
jhackett@zelle.com
jcarriel@zelle.com

By: */s/ Hamish P.M. Hume*
Hamish P.M. Hume (*pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, D.C. 20005
Tel: (202) 237-2727
hhume@bsfllp.com

Beko O. Reblitz-Richardson (State Bar No. 238027)
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293-6800
brichardson@bsfllp.com

*Attorneys for United HealthCare Services, Inc.*


By: */s/ Matthew S. Weiler*
Todd M. Schneider (State Bar No. 158253)
Jason H. Kim (State Bar No. 220279)
Matthew S. Weiler (State Bar No. 236052)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Tel: (415) 421-7100
TSchneider@schneiderwallace.com
KJKim@schneiderwallace.com
MWeiler@schneiderwallace.com

Peter D. St. Phillip (admitted *pro hac vice*)
Noelle Ruggiero (admitted *pro hac vice*)
Uriel Rabinovitz (admitted *pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500
PStPhillip@lowey.com

4
JOINT STIPULATION REGARDING XYREM NDA DISCOVERY DISPUTE
CASE NO. 3:20-MD-02966-RS-SVK

NRuggiero@lowey.com
URabinovitz@lowey.com

*Attorneys for Plaintiffs Humana Inc. and Molina Healthcare, Inc.*

5
JOINT STIPULATION REGARDING XYREM NDA DISCOVERY DISPUTE
CASE NO. 3:20-MD-02966-RS-SVK

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

>   */s/ Lauren Uhlig*
>   Lauren Uhlig