# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION<br><br>This Document Relates To: All Actions | Case No. 3:20-md-02966-RS-SVK<br>3:22-cv-00993-RS-SVK<br>3:21-cv-07934-RS-SVK<br>3:21-cv-07935-RS-SVK<br><br>**STIPULATION AND ORDER CONSOLIDATING CASES FOR ALL PURPOSES** |
| HEALTH CARE SERVICE CORPORATION,<br><br>      Plaintiff,<br><br>    v.<br><br>JAZZ PHARMACEUTICALS, INC., et al.,<br><br>      Defendants. | |
| HUMANA INC.,<br><br>      Plaintiff,<br><br>    v.<br><br>JAZZ PHARMACEUTICALS, INC., et al.,<br><br>      Defendants. | |
| MOLINA HEALTHCARE INC.,<br><br>      Plaintiff,<br><br>    v.<br><br>JAZZ PHARMACEUTICALS, INC., et al.,<br><br>      Defendants. | |

CONSOLIDATION OF RELATED CASES

This Stipulation is entered into by and among plaintiffs Health Care Service Corporation, a Mutual Legal Reserve Company ("HCSC"), Humana Inc. ("Humana"), and Molina Healthcare Inc. ("Molina"), (collectively, the "Plan Plaintiffs"), and Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland Limited, Jazz Pharmaceuticals Public Limited Company, Hikma Pharmaceuticals plc, Hikma Pharmaceuticals USA Inc., Hikma Labs, Inc., Eurohealth (USA), Inc., Amneal Pharmaceuticals LLC, Par Pharmaceutical, Inc., Lupin Ltd., Lupin Pharmaceuticals Inc., and Lupin Inc., (collectively, "Defendants") by and through their respective counsel.

The undersigned Parties jointly stipulate and agree, subject to the Court's approval, as follows:

Whereas HCSC filed its complaint on February 17, 2022 and indicated that it was related to *In re Xyrem Antitrust Litigation*, Case No. 3:20-md-02966-RS ("*In re Xyrem*"), and the Court Ordered the cases related on August 10, 2022. *See Health Care Service Corporation v. Jazz Pharmaceuticals, Inc., et al.*, Case No. 3:22-cv-00993 (N.D. Cal.) (the "*HCSC Action*"), ECF No. 43; *In re Xyrem*, ECF No. 308.

Whereas Humana and Molina filed their complaints on October 8, 2021, and this Court Ordered their cases related to *In re Xyrem* on December 22, 2021. *See Humana Inc. v. Jazz Pharmaceuticals, Inc., et al.*, Case No. 3:21cv-07934 (N.D. Cal.) (the "*Humana Action*"), ECF No. 41; *Molina Healthcare Inc. v. Jazz Pharmaceuticals, Inc., et al.*, Case No. 3:21cv-07935 (N.D. Cal.) (the "*Molina Action*"), ECF No. 43; *In re Xyrem*, ECF No. 199.

Whereas the parties have previously agreed to coordinate discovery in these matters and have entered into agreements memorializing these agreements in the Humana, HCSC, and Molina Actions. *See In re Xyrem* ECF Nos. 215–216, 255–256.

Whereas counsel for the parties have conferred, and are in agreement that the Plan Plaintiffs' cases should be consolidated with *In re Xyrem* for all purposes because the cases involve similar complaints and common questions of law or fact, and because consolidation would advance the interests of judicial economy;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that:

1. Pursuant to Federal Rule of Civil Procedure 42(a), the above-listed actions of the Plan Plaintiffs are hereby consolidated for all purposes, including for trial, into *In re Xyrem*.
2. The Clerk of the Court shall administratively close the individual *Humana*, *Molina*, and *HCSC* Actions and the parties will file all pleadings in the *In re Xyrem* action.
3. All discovery responses and documents produced in *In re Xyrem*, to date and going forward, are deemed produced in these consolidated actions.
4. All depositions taken in *In re Xyrem*, to date and going forward, are deemed to have been taken in these consolidated actions.
5. All depositions of Defendants taken in *In re Xyrem*, to date and going forward, are deemed to be taken by Plan Plaintiffs in these consolidated actions, who may participate in depositions and are subject to the same rights and obligations as the other parties.
6. All discovery, to date and going forward, in these consolidated actions is consolidated generally into *In re Xyrem*.

**IT IS SO STIPULATED.**

Dated: September 2, 2022                                  Respectfully submitted,

| | |
|---|---|
| By: */s/ Matthew S. Weiler* <br> Todd M. Schneider (State Bar No. 158253) <br> Jason H. Kim (State Bar No. 220279) <br> Matthew S. Weiler (State Bar No. 236052) <br> **SCHNEIDER WALLACE COTTRELL KONECKY LLP** <br> 2000 Powell Street, Suite 1400 <br> Emeryville, CA 94608 <br> Tel: (415) 421-7100 <br> TSchneider@schneiderwallace.com <br> KJKim@schneiderwallace.com <br> MWeiler@schneiderwallace.com | By: */s/ Jeffrey Faucette* <br> Jeffrey Faucette (SBN 193066) <br> **SKAGGS FAUCETTE LLP** <br> Four Embarcadero Center <br> Suite 1400 PMB #72 <br> San Francisco CA 94111 <br> Tel: (415) 295-1197 <br> Fax: (888) 980-6547 <br> jeff@skaggsfaucette.com <br><br> By: */s/ Heidi K. Hubbard* <br> Heidi K. Hubbard (*pro hac vice*) <br> Stanley E. Fisher (*pro hac vice*) |

| | |
|---|---|
| Peter D. St. Phillip (admitted *pro hac vice*)<br>Noelle Ruggiero (admitted *pro hac vice*)<br>Uriel Rabinovitz (admitted *pro hac vice*)<br>**LOWEY DANNENBERG, P.C.**<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>Tel: (914) 997-0500<br>PStPhillip@lowey.com<br>NRuggiero@lowey.com<br>URabinovitz@lowey.com<br><br>*Attorneys for Plaintiffs Humana Inc., Molina Healthcare, Inc., and Health Care Service Corporation, Inc.* | Benjamin M. Greenblum (*pro hac vice*)<br>Charles L. McCloud (*pro hac vice*)<br>**WILLIAMS & CONNOLLY LLP**<br>680 Maine Avenue, S.W.<br>Washington, D.C. 20024<br>Tel: (202) 434-5000<br>Fax: (202) 434-5029<br>hhubbard@wc.com<br>sfisher@wc.com<br>bgreenblum@wc.com<br>lmccloud@wc.com<br><br>*Attorneys for Defendants Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland Limited, and Jazz Pharmaceuticals Public Limited Company* |
| | By: */s/ Benjamin G. Bradshaw*<br>Benjamin G. Bradshaw<br>Brett J. Williamson<br>Stephen McIntyre<br>Monsura A. Sirajee<br>**O'MELVENY & MYERS LLP**<br>1625 Eye Street, NW, 10th Floor<br>Washington, D.C. 20006<br>Tel: (203) 383-5300<br>Fax: (203) 383-5414<br>bbradshaw@omm.com<br>smcintyre@omm.com<br>bwilliamson@omm.com<br>msirajee@omm.com<br><br>*Attorneys for Defendant Par Pharmaceutical, Inc. in Consolidated Class Actions, Molina Action, and HCSC Action*<br><br>By: */s/ Elizabeth K. McCloskey*<br>Elizabeth K. McCloskey<br>Nicholas S. Goldberg<br>**KEKER, VAN NEST & PETERS LLP**<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Tel: (415) 391-5400<br>Fax: (415) 397-7188<br>emccloskey@keker.com<br>ngoldberg@keker.com<br><br>*Attorneys for Defendant Par Pharmaceutical, Inc.* |

|   |   |
|---|---|
|   | *in United HealthCare Services, Inc. Action and Humana Action* |
|   | By: */s/ Devora W. Allon*<br>Devora W. Allon, P.C. (*pro hac vice*)<br>Jay P. Lefkowitz, P.C. (*pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, NY 10022<br>Tel: (212) 446-4800<br>devora.allon@kirkland.com<br>lefkowitz@kirkland.com<br><br>*Attorneys for Defendants Amneal Pharmaceuticals, LLC, Lupin Pharmaceuticals Inc., Lupin Inc., and Lupin Ltd.* |
|   | By: */s/ Jack E. Pace III*<br>Jack E. Pace III (*pro hac vice*)<br>**WHITE & CASE LLP**<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 819-8200<br>Fax: (212) 354-8113<br>jpace@whitecase.com<br><br>Kathryn J. Mims (*pro hac vice*)<br>**WHITE & CASE LLP**<br>701 Thirteenth Street, NW<br>Washington, D.C. 20005<br>Telephone: (202) 626-3600<br>Fax: (202) 639-9355<br>kmims@whitecase.com<br><br>Heather M. Burke (SBN 284100)<br>**WHITE & CASE LLP**<br>3000 El Camino Real<br>2 Palo Alto Square, Suite 900<br>Palo Alto, CA 94306-2109<br>Tel: (650) 213-0300<br>Fax: (650) 213-8158<br>hburke@whitecase.com<br><br>*Attorneys for Defendants Hikma Pharmaceuticals USA Inc., Hikma Pharmaceuticals PLC, Eurohealth (U.S.A.), Inc.,* |

|   |   |
|---|---|
|   | *Roxane Laboratories, Inc., and West-Ward Pharmaceuticals Corp.* |

**FILER'S ATTESTATION**

I, Matthew S. Weiler, am the ECF user whose identification and password are being used to file this document.  In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

/s/ Matthew S. Weiler

**THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.**

DATED: September 12, 2022

The Honorable Richard Seeborg
United States District Judge