UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Xyrem (Sodium Oxybate) Antitrust Litigation | Case No. 20-md-02966-RS (SVK)<br><br>**ORDER ON JOINT DISCOVERY SUBMISSION RE PLAINTIFFS' INTERROGATORY RESPONSES**<br><br>Re: Dkt. No. 322 |

The Court held a hearing on October 18, 2022 on the Parties' Joint Discovery Submission re Plaintiffs' Interrogatory Responses. Dkt. 322. Defendants' motion to compel further responses is **GRANTED IN PART/DENIED IN PART** for the reasons set forth on the record. For the Court's and the Parties' convenience, the Court's rulings are summarized in **Exhibit A**.

**SO ORDERED.**

Dated: October 18, 2022

SUSAN VAN KEULEN
United States Magistrate Judge