**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION<br><br>This Document Relates To: All Actions | Case No. 5:20-md-02966-RS |

**SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT**

1    Pursuant to the Parties' supplemental Joint Case Management Statement submitted
2 Wednesday, October 26th, 2022 (ECF No. 340), the Parties have met and conferred concerning
3 dates they are available for a class certification hearing in April of next year.
4    The Parties propose that the class certification hearing be scheduled for either April 3 or
5 April 4, 2023.  The Parties recognize these dates are earlier than discussed with the Court at the last
6 CMC, but certain Defendants' counsel are unavailable between April 5 and 17, and certain
7 Plaintiffs' counsel's trial schedules pose conflicts after April 17.

Dated: November 2, 2022                                  Respectfully submitted,

| | |
|---|---|
| By: */s/ Dena C. Sharp*<br>Dena C. Sharp (SBN 245869)<br>Scott Grzenczyk (SBN 279309)<br>Tom Watts (SBN 308853)<br>**GIRARD SHARP LLP**<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Tel: (415) 981-4800<br>dsharp@girardsharp.com<br>scottg@girardsharp.com<br>tomw@girardsharp.com<br><br>By: */s/ Michael M. Buchman*<br>Michael M. Buchman (*pro hac vice*)<br>**MOTLEY RICE LLC**<br>777 Third Avenue, 27th Floor<br>New York, NY 10017<br>Tel: (212) 577-0050<br>mbuchman@motleyrice.com<br><br>*Interim Co-Lead Class Counsel* | By: */s/ Jeffrey Faucette*<br>Jeffrey Faucette (SBN 193066)<br>**SKAGGS FAUCETTE LLP**<br>Four Embarcadero Center<br>Suite 1400 PMB #72<br>San Francisco CA 94111<br>Tel: (415) 295-1197<br>Fax: (888) 980-6547<br>jeff@skaggsfaucette.com<br><br>By: */s/ Heidi K. Hubbard*<br>Heidi K. Hubbard (*pro hac vice*)<br>Stanley E. Fisher (*pro hac vice*)<br>Benjamin M. Greenblum (*pro hac vice*)<br>Charles L. McCloud (*pro hac vice*)<br>**WILLIAMS & CONNOLLY LLP**<br>680 Maine Avenue, S.W.<br>Washington, D.C. 20024<br>Tel: (202) 434-5000<br>Fax: (202) 434-5029<br>hhubbard@wc.com<br>sfisher@wc.com<br>bgreenblum@wc.com<br>lmccloud@wc.com<br><br>*Attorneys for Defendants Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland Limited, and Jazz Pharmaceuticals Public Limited Company* |

SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT

-1-

| | |
|---|---|
| By: */s/ Judith Zahid* <br> Judith A. Zahid (SBN 215418) <br> Eric W. Buetzow (SBN 253803) <br> Heather T Rankie (SBN 268002) <br> **ZELLE LLP** <br> 555 12th Street, Suite 1230 <br> Oakland, CA 94607 <br> Tel: (415) 693-0700 <br> jzahid@zelle.com <br> ebuetzow@zelle.com <br> <br> James R. Martin (SBN 173329) <br> Jennifer Duncan Hackett (*pro hac vice*) <br> John A. Carriel (*pro hac vice*) <br> **ZELLE LLP** <br> 1775 Pennsylvania Avenue, NW, <br> Suite 375 <br> Washington, D.C. 20006 <br> Tel: (202) 899-4100 <br> jmartin@zelle.com <br> jhackett@zelle.com <br> jcarriel@zelle.com <br> <br> By: */s/ Hamish P.M. Hume* <br> Hamish P.M. Hume (*pro hac vice*) <br> **BOIES SCHILLER FLEXNER LLP** <br> 1401 New York Ave, NW <br> Washington, D.C. 20005 <br> Tel: (202) 237-2727 <br> hhume@bsfllp.com <br> <br> Beko O. Reblitz-Richardson (SBN 238027) <br> **BOIES SCHILLER FLEXNER LLP** <br> 44 Montgomery Street, 41st Floor <br> San Francisco, CA 94104 <br> Tel: (415) 293-6800 <br> brichardson@bsfllp.com <br> <br> *Attorneys for Plaintiff United HealthCare Services, Inc.* | By: */s/ Jack E. Pace III* <br> Jack E. Pace III (*pro hac vice*) <br> **WHITE & CASE LLP** <br> 1221 Avenue of the Americas <br> New York, NY 10020 <br> Telephone: (212) 819-8200 <br> Fax: (212) 354-8113 <br> jpace@whitecase.com <br> <br> Kathryn J. Mims (*pro hac vice*) <br> **WHITE & CASE LLP** <br> 701 Thirteenth Street, NW <br> Washington, D.C. 20005 <br> Telephone: (202) 626-3600 <br> Fax: (202) 639-9355 <br> kmims@whitecase.com <br> Heather M. Burke (SBN 284100) <br> **WHITE & CASE LLP** <br> 3000 El Camino Real <br> 2 Palo Alto Square, Suite 900 <br> Palo Alto, CA 94306-2109 <br> Tel: (650) 213-0300 <br> Fax: (650) 213-8158 <br> hburke@whitecase.com <br> <br> *Attorneys for Defendants Hikma Pharmaceuticals PLC, Eurohealth (U.S.A.), Inc., West-Ward Pharmaceuticals Corp. n/k/a Hikma Pharmaceuticals USA Inc., and Roxane Laboratories, Inc. n/k/a Hikma Labs Inc.* |
| By: */s/ Matthew S. Weiler* <br> Todd M. Schneider (State Bar No. 158253) <br> Jason H. Kim (State Bar No. 220279) <br> Matthew S. Weiler (State Bar No. 236052) <br> **SCHNEIDER WALLACE** <br> **COTTRELL KONECKY LLP** | By: */s/ Devora W. Allon* <br> Devora W. Allon, P.C. (*pro hac vice*) <br> Jay P. Lefkowitz, P.C. (*pro hac vice*) <br> **KIRKLAND & ELLIS LLP** <br> 601 Lexington Avenue <br> New York, NY 10022 |

| | |
|---|---|
| 2000 Powell Street, Suite 1400<br>Emeryville, CA 94608<br>Tel: (415) 421-7100<br>TSchneider@schneiderwallace.com<br>KJKim@schneiderwallace.com<br>MWeiler@schneiderwallace.com<br><br>Peter D. St. Phillip (admitted *pro hac vice*)<br>Noelle Ruggiero (admitted *pro hac vice*)<br>Uriel Rabinovitz (admitted *pro hac vice*)<br>**LOWEY DANNENBERG, P.C.**<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>Tel: (914) 997-0500<br>PStPhillip@lowey.com<br>NRuggiero@lowey.com<br>URabinovitz@lowey.com<br><br>*Attorneys for Plaintiffs Humana Inc. and Molina Healthcare, Inc.* | Tel: (212) 446-4800<br>devora.allon@kirkland.com<br>lefkowitz@kirkland.com<br><br>*Attorneys for Defendants Amneal Pharmaceuticals, LLC, Lupin Pharmaceuticals Inc., Lupin Inc., and Lupin Ltd.* |

## **FILER'S ATTESTATION**

I, Devora W. Allon, am the ECF user whose identification and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

                        */s/ Devora W. Allon*