1  [*Submitting Counsel on Signature Page*]

2

3

4

5

6

7

8

9

10                    **UNITED STATES DISTRICT COURT**

11                    **NORTHERN DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| IN RE: XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION | Case No. 3:20-md-02966-RS<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING RULE 79-5(F) DEADLINE**: ORDER<br><br>**N.D. Cal. Local Rules 6-2** |

On November 16, 2022, Class Plaintiffs filed a Motion for Class Certification that included and discussed materials produced by third parties that the third parties have designated as confidential under the Stipulated Protective Order. Pursuant to Local Rule 79-5, Class Plaintiffs provisionally filed such materials under seal.

The third parties have been evaluating whether they intend to file statements requesting the under seal filing of materials they produced that were included or discussed in the Motion for Class Certification and supporting papers—including expert reports that summarize but do not directly quote the materials produced by third parties. Given that key individuals at third parties have been unavailable due to the Thanksgiving holiday week, however, many third parties have indicated that they are still evaluating the requests to seal. They are thus not in a position to provide a statement in support of sealing (or to determine that they will not request that the materials be filed under seal) under the default deadline set by Local Rule 79-5(f).

Class Plaintiffs therefore request, and Defendants have agreed to stipulate to, extending the deadline for filing Local Rule 79-5(f)(3) statements until November 30, 2022.

**IT IS SO ORDERED.**

Dated:   November 28, 2022

_____
HON. RICHARD SEEBORG
CHIEF UNITED STATES DISTRICT COURT JUDGE