[Counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION | Case No. 3:20-md-02966-RS-SVK <br><br> **JOINT STIPULATION AND ORDER REGARDING CASE SCHEDULE** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs in the Consolidated Class Actions ("Class Plaintiffs"), Plaintiff United HealthCare Services, Inc. ("UHS"), and Plaintiffs Humana Inc., Molina Healthcare, Inc., and Health Care Service Corporation, Inc. (with Class Plaintiffs, the "Plaintiffs"), and Defendants Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland Limited, Jazz Pharmaceuticals Public Limited Company, EuroHealth (USA), Inc., Hikma Pharmaceuticals USA, Inc. (f/k/a West-Ward Pharmaceuticals Corp.), Hikma Labs Inc. (f/k/a Roxane Laboratories, Inc.), Amneal Pharmaceuticals LLC, Lupin Pharmaceuticals, Inc., and Lupin, Inc. ("Defendants") (collectively, the "Parties") hereby stipulate as follows:

WHEREAS, the Parties wish to clean up certain aspects of their recent scheduling proposals (ECF Nos. 340, 344);

WHEREAS, in May 2022, the Parties stipulated to a case schedule that set the close of fact discovery on January 28, 2023, and have resubmitted the same deadline in all later case schedules (*e.g.*, ECF Nos. 279, 340);

1     WHEREAS, January 28, 2023, is a Saturday;

2     WHEREAS, the Parties agree that the close of fact discovery should fall on the next business
3 day;

4     WHEREAS, in addition, in May 2022, the Parties stipulated to a case schedule that set the
5 last day to serve written discovery under Rules 33 and 36 on December 7, 2022, which is 52 days
6 before the close of fact discovery, and have resubmitted the same deadline in all later case schedules;

7     WHEREAS, the Parties have scheduled depositions of both plaintiffs and defendants after
8 December 7, 2022, and are discussing potentially scheduling more;

9     WHEREAS, the Parties believe that it would be more efficient to postpone the deadline to
10 serve written discovery under Rules 33 and 36 until after these depositions, since these depositions
11 may affect the need to serve certain written discovery under Rules 33 and 36;

12     WHEREAS, under Local Rule 37-3, the deadline for discovery-related motions is currently
13 February 4, 2023 (7 days after the close of fact discovery);

14     WHEREAS, the Parties also continue to discuss certain discovery disputes that may affect
15 the need to serve certain written discovery under Rules 33 and 36 and the timing of discovery-related
16 motions;

17     WHEREAS, the deadlines to serve written discovery under Rules 33 and 36 and for
18 discovery-related motions do not affect any deadlines related to class certification;

19     WHEREAS, the Parties agree that the deadline to serve written discovery under Rules 33 and
20 36 should be extended to January 30, 2023;

21     WHEREAS, under Rules 33 and 36, responses to written discovery served on January 30,
22 2023 would be due March 1, 2023;

23     WHEREAS, the Parties agree that the deadline for discovery-related motions relating only
24 to written discovery responses served after January 30, 2023 should be extended to seven days after
25 the service of such responses;

26     WHEREAS, these extensions will not alter the date of any event or any deadline already
27 fixed by Court order, except as described below;

28

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the Parties by and through their counsel, subject to the Court's approval, that the case schedule shall be modified as follows:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Last Day to File (i) Opposition to Class Certification and (ii) Class Certification Rebuttal Reports[1] | January 25, 2023 | January 25, 2023 |
| Last Day to Serve Written Discovery Under Rules 33 & 36[2] | December 7, 2022 | January 30, 2023 |
| Close of Fact Discovery | January 28, 2023 | January 30, 2023 |
| Deadline for Discovery-Related Motions Not Relating to Written Discovery Responses Served After January 30 | February 4, 2023 | February 4, 2023 |
| Last Day to File (i) Reply in Support of Class Certification and (ii) Class Certification Reply Reports | February 24, 2023 | February 24, 2023 |
| Last Day to File *Daubert* Motions for Class Certification Experts | March 3, 2023 | March 3, 2023 |
| Deadline for Discovery-Related Motions Relating to Written Discovery Responses Served After January 30 | February 4, 2023 | 7 days after service of response |
| Last Day to File Oppositions to *Daubert* Motions for Class Certification Experts | March 17, 2023 | March 17, 2023 |
| Hearing on Class Certification | April 3 or 4, 2023[3] | April 3, 2023 |

**IT IS SO STIPULATED.**

Dated: December 6, 2022                             Respectfully submitted,

By: */s/ Dena Sharp*                                By: */s/ Jeffrey Faucette*
Dena C. Sharp (SBN 245869)                          Jeffrey Faucette (SBN 193066)
Scott Grzenczyk (SBN 279309)                        **SKAGGS FAUCETTE LLP**
Tom Watts (SBN 308853)                              Four Embarcadero Center
Jordan Isern (SBN 343159)                           Suite 1400 PMB #72
**GIRARD SHARP LLP**                                San Francisco CA 94111
601 California Street, Suite 1400                   Tel: (415) 295-1197
San Francisco, CA 94108                             Fax: (888) 980-6547
Tel: (415) 981-4800                                 jeff@skaggsfaucette.com
dsharp@girardsharp.com
scottg@girardsharp.com

---

[1] For all expert reports, the parties will provide two available dates for the deposition of each proposed expert at the time of serving the report.

[2] Absent good cause, written discovery under Rule 34 was to be served well before the deadline for substantial completion of document production. The deadline for substantial completion of document production was May 20, 2022.

[3] As proposed by the parties on November 2, 2022 (ECF 344), and subject to the Court's approval.

| | |
|---|---|
| tomw@girardsharp.com<br>jisern@girardsharp.com<br><br>By: */s/ Michael M. Buchman*<br>Michael M. Buchman (*pro hac vice*)<br>**MOTLEY RICE LLC**<br>777 Third Avenue, 27th Floor<br>New York, NY 10017<br>Tel: (212) 577-0050<br>mbuchman@motleyrice.com<br><br>*Interim Co-Lead Class Counsel*<br><br>By: */s/ Judith Zahid*<br>Judith A. Zahid (State Bar No. 215418)<br>Eric W. Buetzow (State Bar No. 253803)<br>**ZELLE LLP**<br>555 12th Street, Suite 1230<br>Oakland, CA 94607<br>Tel: (415) 693-0700<br>jzahid@zellelaw.com<br>ebuetzow@zellelaw.com<br><br>James R. Martin (State Bar No. 173329)<br>Jennifer Duncan Hackett (*pro hac vice*)<br>**ZELLE LLP**<br>1775 Pennsylvania Avenue, NW,<br>Suite 375<br>Washington, D.C. 20006<br>Tel: (202) 899-4100<br>jmartin@zellelaw.com<br>jhackett@zellelaw.com<br><br>By: */s/ Hamish P.M. Hume*<br>Hamish P.M. Hume (*pro hac vice*)<br>**BOIES SCHILLER FLEXNER LLP**<br>1401 New York Ave, NW<br>Washington, D.C. 20005<br>Tel: (202) 237-2727<br>hhume@bsfllp.com<br><br>Beko O. Reblitz-Richardson (SBN 238027)<br>**BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Tel: (415) 293-6800<br>brichardson@bsfllp.com | By: */s/ Heidi K. Hubbard*<br>Heidi K. Hubbard (*pro hac vice*)<br>Stanley E. Fisher (*pro hac vice*)<br>Benjamin M. Greenblum (*pro hac vice*)<br>Charles L. McCloud (*pro hac vice*)<br>**WILLIAMS & CONNOLLY LLP**<br>680 Maine Avenue, S.W.<br>Washington, D.C. 20024<br>Tel: (202) 434-5000<br>Fax: (202) 434-5029<br>hhubbard@wc.com<br>sfisher@wc.com<br>bgreenblum@wc.com<br>lmccloud@wc.com<br><br>*Attorneys for Defendants Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland Limited, and Jazz Pharmaceuticals Public Limited Company*<br><br>By: */s/ Jack E. Pace III*<br>Jack E. Pace III (*pro hac vice*)<br>**WHITE & CASE LLP**<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 819-8200<br>Fax: (212) 354-8113<br>jpace@whitecase.com<br><br>Kathryn J. Mims (*pro hac vice*)<br>**WHITE & CASE LLP**<br>701 Thirteenth Street, NW<br>Washington, D.C. 20005<br>Telephone: (202) 626-3600<br>Fax: (202) 639-9355<br>kmims@whitecase.com<br>Heather M. Burke (SBN 284100)<br><br>**WHITE & CASE LLP**<br>3000 El Camino Real<br>2 Palo Alto Square, Suite 900<br>Palo Alto, CA 94306-2109<br>Tel: (650) 213-0300<br>Fax: (650) 213-8158<br>hburke@whitecase.com<br><br>*Attorneys for Defendants Hikma Pharmaceuticals PLC, Eurohealth (U.S.A.),* |

| | |
|---|---|
| *Attorneys for United HealthCare Services, Inc.*<br><br>By: */s/ Matthew S. Weiler*<br>Todd M. Schneider (State Bar No. 158253)<br>Jason H. Kim (State Bar No. 220279)<br>Matthew S. Weiler (State Bar No. 236052)<br>**SCHNEIDER WALLACE COTTRELL KONECKY LLP**<br>2000 Powell Street, Suite 1400<br>Emeryville, CA 94608<br>Tel: (415) 421-7100<br>TSchneider@schneiderwallace.com<br>KJKim@schneiderwallace.com<br>MWeiler@schneiderwallace.com<br><br>Peter D. St. Phillip (admitted *pro hac vice*)<br>Noelle Ruggiero (admitted *pro hac vice*)<br>Uriel Rabinovitz (admitted *pro hac vice*)<br>**LOWEY DANNENBERG, P.C.**<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>Tel: (914) 997-0500<br>PStPhillip@lowey.com<br>NRuggiero@lowey.com<br>URabinovitz@lowey.com<br><br>*Attorneys for Plaintiffs Humana Inc., Molina Healthcare, Inc., and Health Care Service Corporation, Inc.* | *Inc., West-Ward Pharmaceuticals Corp. n/k/a Hikma Pharmaceuticals USA Inc., and Roxane Laboratories, Inc. n/k/a Hikma Labs Inc.*<br><br>By: */s/ Devora W. Allon*<br>Devora W. Allon, P.C. (*pro hac vice*)<br>Jay P. Lefkowitz, P.C. (*pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, NY 10022<br>Tel: (212) 446-4800<br>devora.allon@kirkland.com<br>lefkowitz@kirkland.com<br><br>*Attorneys for Defendants Amneal Pharmaceuticals, LLC, Lupin Pharmaceuticals Inc., Lupin Inc., and Lupin Ltd.* |

## FILER'S ATTESTATION

I, Dena C. Sharp, am the ECF user whose identification and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

            */s/ Dena Sharp*
            Dena C. Sharp

**ORDER**

**IT IS SO ORDERED.**

Dated: December 7, 2022

_____
HON. RICHARD SEEBORG
UNITED STATES CHIEF DISTRICT JUDGE