[Counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION | Case No. 3:20-md-02966-RS-SVK<br><br>**JOINT STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' 12(b)(1) MOTION TO DISMISS PLAINTIFF BCBSA FOR LACK OF STANDING** |

Pursuant to Civil Local Rules 6-2 and 7-12, Defendants Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland Limited, Jazz Pharmaceuticals Public Limited Company, EuroHealth (USA), Inc., Hikma Pharmaceuticals USA, Inc. (f/k/a West-Ward Pharmaceuticals Corp.), Hikma Labs Inc. (f/k/a Roxane Laboratories, Inc.), Amneal Pharmaceuticals LLC, Lupin Pharmaceuticals, Inc., and Lupin, Inc. ("Defendants"), and Plaintiff Blue Cross Blue Shield Association ("BCBSA"), hereby stipulate as follows:

WHEREAS, Defendants intend to move to dismiss claims of Plaintiff BCBSA pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of Article III standing on the ground that BCBSA has suffered no injury in fact;

WHEREAS, there remains outstanding discovery against BCBSA, including document discovery and a deposition notice, on which the parties have not yet reached agreement;

WHEREAS, Defendants and BCBSA agree that it is in the best interest of efficiency and preservation of the parties' resources for Defendants to pause the pursuit of discovery from BCBSA pending the resolution of Defendants' forthcoming Motion to Dismiss;

WHEREAS, there are a number of other deadlines in this case during the month of January, including class certification briefing, as well as at least 15 depositions calendared, which weighs in favor of a modest extension of the parties' time to respond to briefing;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the briefing schedule for Defendants' Motion shall be:

- Defendants' opening brief due on January 11, 2023
- BCBSA's opposition brief due on February 8, 2023
- Defendants' reply brief due on February 17, 2023;

IT IS FURTHER STIPULATED AND AGREED that further discovery against BCBSA is stayed pending the resolution of Defendants' Motion to Dismiss, and should BCBSA prevail on Defendants' Motion, notwithstanding the close of fact discovery, discovery against BCBSA will be reopened with each side reserving all rights and arguments for and against such discovery.

**IT IS SO STIPULATED.**

Dated: December 23, 2022                                  Respectfully submitted,

By: _/s/ Jack E. Pace III_
Jack E. Pace III (*pro hac vice*)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Fax: (212) 354-8113
jpace@whitecase.com
kathryn.swisher@whitecase.com

| | |
|---|---|
| 1 | Kathryn J. Mims (*pro hac vice*) |
| 2 | **WHITE & CASE LLP** |
|   | 701 Thirteenth Street, NW |
| 3 | Washington, D.C. 20005 |
|   | Telephone: (202) 626-3600 |
| 4 | Fax: (202) 639-9355 |
| 5 | kmims@whitecase.com |

Heather M. Burke (SBN 284100)
**WHITE & CASE LLP**
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Tel: (650) 213-0300
Fax: (650) 213-8158
hburke@whitecase.com

*Attorneys for Defendants Hikma Pharmaceuticals PLC, Eurohealth (U.S.A.), Inc., West-Ward Pharmaceuticals Corp. n/k/a Hikma Pharmaceuticals USA Inc., and Roxane Laboratories, Inc. n/k/a Hikma Labs Inc.*

By: /s/ Jeffrey Faucette
Jeffrey Faucette (SBN 193066)
**SKAGGS FAUCETTE LLP**
Four Embarcadero Center
Suite 1400 PMB #72
San Francisco CA 94111
Tel: (415) 295-1197
Fax: (888) 980-6547
jeff@skaggsfaucette.com

By: /s/ Heidi K. Hubbard
Heidi K. Hubbard (*pro hac vice*)
Stanley E. Fisher (*pro hac vice*)
Benjamin M. Greenblum (*pro hac vice*)
Charles L. McCloud (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, S.W.
Washington, D.C. 20024
Tel: (202) 434-5000
Fax: (202) 434-5029
hhubbard@wc.com
sfisher@wc.com

bgreenblum@wc.com
lmccloud@wc.com

*Attorneys for Defendants Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland Limited, and Jazz Pharmaceuticals Public Limited Company*

By: */s/ Devora W. Allon*
Devora W. Allon, P.C. (*pro hac vice*)
Jay P. Lefkowitz, P.C. (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
devora.allon@kirkland.com
lefkowitz@kirkland.com

*Attorneys for Defendants Amneal Pharmaceuticals, LLC, Lupin Pharmaceuticals Inc., Lupin Inc., and Lupin Ltd.*

By: */s/ Dena C. Sharp*
Dena C. Sharp (State Bar No. 245869)
Scott Grzenczyk (State Bar No. 279309)
Tom Watts (State Bar No. 308853)
Jordan Isern (State Bar. No. 343159)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
dsharp@girardsharp.com
scottg@girardsharp.com
tomw@girardsharp.com
jisern@girardsharp.com

By: */s/ Michael M. Buchman*
Michael M. Buchman (*pro hac vice*)
**MOTLEY RICE LLC**
777 Third Avenue, 27th Floor
New York, NY 10017
Tel: (212) 577-0050
mbuchman@motleyrice.com

4
STIPULATION RE CASE SCHEDULE
CASE NO. 3:20-MD-02966-RS-SVK

12/23/2022 11:10

*Interim Co-Lead Class Counsel*

By: */s/ Jessica MacAuley*
Jessica R. MacAuley
Lauren G. Barnes
**HAGENS BERMAN SOBOL SHAPIRO LLP**
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel: (617) 482-3700
jessicam@hbsslaw.com
lauren@hbsslaw.com

By: */s/ Mark Fischer*
Mark Fischer
**RAWLINGS & ASSOCIATES, PLLC**
1 Eden Parkway
La Grange, KY 40031
Tel: (502) 814-2139
mdf@rawlingsandassociates.com

*Counsel for Blue Cross Blue Shield Association*

**FILER'S ATTESTATION**

I, Jack E. Pace III, am the ECF user whose identification and password are being used to file this document.  In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

*/s/ Jack E. Pace III*

**ORDER**

**IT IS SO ORDERED.**

Dated: December 27, 2022

_____
HON. RICHARD SEEBORG
UNITED STATES CHIEF DISTRICT JUDGE