[*Counsel listed on signature page*]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION | Case No. 3:20-md-02966-RS-SVK<br><br>**JOINT STIPULATION AND ORDER REGARDING CASE SCHEDULE** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs in the Consolidated Class Actions ("Class Plaintiffs") and Defendants Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland Limited, Jazz Pharmaceuticals Public Limited Company, EuroHealth (USA), Inc., Hikma Pharmaceuticals USA, Inc. (f/k/a West-Ward Pharmaceuticals Corp.), Hikma Labs Inc. (f/k/a Roxane Laboratories, Inc.), Amneal Pharmaceuticals LLC, Lupin Pharmaceuticals, Inc., and Lupin, Inc. ("Defendants") (collectively, the "Parties") hereby stipulate as follows:

WHEREAS, considering the unavailability of one of Plaintiffs' class certification-related experts for parts of January 2023 and to allow for the scheduling of Plaintiffs' class certification-related expert depositions sufficiently in advance of Defendants' opposition brief and expert rebuttal reports, the Parties seek to extend the briefing schedule on Plaintiffs' motion for class certification;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the Parties by and through their counsel, subject to the Court's approval, that the case schedule shall be modified as follows:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Last Day to File (i) Opposition to Class Certification and (ii) Class Certification Rebuttal Reports[1] | January 25, 2023 | February 17, 2023[2] |
| Last Day to Serve Written Discovery Under Rules 33 & 36[3] | January 30, 2023 | January 30, 2023 (no change) |
| Close of Fact Discovery | January 30, 2023 | January 30, 2023 (no change) |
| Deadline for Discovery-Related Motions Not Relating to Written Discovery Responses Served After January 30 | February 4, 2023 | February 4, 2023 (no change) |
| Last Day to File (i) Reply in Support of Class Certification and (ii) Class Certification Reply Reports | February 24, 2023 | March 17, 2023 |
| Last Day to File *Daubert* Motions for Class Certification Experts | March 3, 2023 | March 24, 2023 |
| Deadline for Discovery-Related Motions Relating to Written Discovery Responses Served After January 30 | 7 days after service of response | 7 days after service of response (no change) |
| Last Day to File Oppositions to *Daubert* Motions for Class Certification Experts | March 17, 2023 | April 7, 2023 |
| Hearing on Class Certification | April 3, 2023 | To Be Discussed With the Court at the Next Case Management Conference |

**IT IS SO STIPULATED.**

Dated: January 6, 2023                                          Respectfully submitted,

---

[1] For all expert reports, the parties will provide two available dates for the deposition of each proposed expert at the time of serving the report.

[2] This date is based upon the parties' understanding that the last deposition of Plaintiffs' class certification experts will take place on a mutually acceptable date on or before February 3, 2023.

[3] Absent good cause, written discovery under Rule 34 was to be served well before the deadline for substantial completion of document production. The deadline for substantial completion of document production was May 20, 2022.

1
2  By: */s/ Jeffrey Faucette*                         By: */s/ Dena C. Sharp*
   Jeffrey Faucette (SBN 193066)                      Dena C. Sharp (State Bar No. 245869)
3  **SKAGGS FAUCETTE LLP**                            Scott Grzenczyk (State Bar No. 279309)
   Four Embarcadero Center                            Tom Watts (State Bar No. 308853)
4  Suite 1400 PMB #72                                 Jordan Isern (State Bar. No. 343159)
   San Francisco CA 94111                             **GIRARD SHARP LLP**
5  Tel: (415) 295-1197                                601 California Street, Suite 1400
   Fax: (888) 980-6547                                San Francisco, CA 94108
6  jeff@skaggsfaucette.com                            Tel: (415) 981-4800
                                                      dsharp@girardsharp.com
7  By:  */s/ Heidi K. Hubbard*                        scottg@girardsharp.com
   Heidi K. Hubbard (*pro hac vice*)                  tomw@girardsharp.com
8  Stanley E. Fisher (*pro hac vice*)                 jisern@girardsharp.com
9  Benjamin M. Greenblum (*pro hac vice*)
   Charles L. McCloud (*pro hac vice*)                By: */s/ Michael M. Buchman*
10 **WILLIAMS & CONNOLLY LLP**                        Michael M. Buchman (*pro hac vice*)
   680 Maine Avenue, S.W.                             **MOTLEY RICE LLC**
11 Washington, D.C. 20024                             777 Third Avenue, 27th Floor
   Tel: (202) 434-5000                                New York, NY 10017
12 Fax: (202) 434-5029                                Tel: (212) 577-0050
13 hhubbard@wc.com                                    mbuchman@motleyrice.com
   sfisher@wc.com
14 bgreenblum@wc.com                                  *Interim Co-Lead Class Counsel*
   lmccloud@wc.com
15

16 *Attorneys for Defendants Jazz Pharmaceuticals,*
   *Inc., Jazz Pharmaceuticals Ireland Limited,*
17 *and Jazz Pharmaceuticals Public Limited*
   *Company*
18

19 By:  */s/ Jack E. Pace III*
   Jack E. Pace III (*pro hac vice*)
20 **WHITE & CASE LLP**
   1221 Avenue of the Americas
21 New York, NY 10020
   Telephone: (212) 819-8200
22 Fax: (212) 354-8113
23 jpace@whitecase.com

24 Kathryn J. Mims (*pro hac vice*)
   **WHITE & CASE LLP**
25 701 Thirteenth Street, NW
   Washington, D.C. 20005
26 Telephone: (202) 626-3600
27 Fax: (202) 639-9355
   kmims@whitecase.com
28 Heather M. Burke (SBN 284100)

| | |
|---|---|
| 1 | **WHITE & CASE LLP** |
| 2 | 3000 El Camino Real |
|   | 2 Palo Alto Square, Suite 900 |
| 3 | Palo Alto, CA 94306-2109 |
|   | Tel: (650) 213-0300 |
| 4 | Fax: (650) 213-8158 |
| 5 | hburke@whitecase.com |

*Attorneys for Defendants Hikma Pharmaceuticals PLC, Eurohealth (U.S.A.), Inc., West-Ward Pharmaceuticals Corp. n/k/a Hikma Pharmaceuticals USA Inc., and Roxane Laboratories, Inc. n/k/a Hikma Labs Inc.*

By: */s/ Devora W. Allon*
Devora W. Allon, P.C. (*pro hac vice*)
Jay P. Lefkowitz, P.C. (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
devora.allon@kirkland.com
lefkowitz@kirkland.com

*Attorneys for Defendants Amneal Pharmaceuticals, LLC, Lupin Pharmaceuticals Inc., Lupin Inc., and Lupin Ltd.*

### FILER'S ATTESTATION

I, Dena C. Sharp, am the ECF user whose identification and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

*/s/ Dena C. Sharp*
Dena C. Sharp

**ORDER**

**IT IS SO ORDERED.**

Dated: January 9, 2023

_____
HON. RICHARD SEEBORG
UNITED STATES CHIEF DISTRICT JUDGE