UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION . | Case No. 20-md-02966-RS (SVK) **ORDER TO PRODUCE DOCUMENTS *IN CAMERA*** Re: Dkt. No. 372 |

The Court is in receipt of the Parties' joint submission at Dkt. 372, and **ORDERS** as follows:

Upon receipt of this Order, and no later than **noon on January 18, 2023,** Jazz is to submit the following *in camera* by email to SvKCRD.cand.uscourts.gov:

- The disputed documents, including the parent emails and attachments;[1] and
- The privilege log entries for the disputed documents only, not the entire privilege log.

**SO ORDERED.**

Dated: January 17, 2023

_____
SUSAN VAN KEULEN
United States Magistrate Judge

---

[1] Jazz does not indicate the volume of the disputed documents. If too voluminous for email, Jazz may contact the Courtroom Deputy *ex parte* at the indicated email address to arrange alternative means of delivery.