*[Counsel listed on signature page]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION | Case No. 3:20-md-02966-RS-SVK<br><br>**JOINT STIPULATION AND ORDER REGARDING CASE SCHEDULE** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs in the Consolidated Class Actions ("Class Plaintiffs"), Plaintiff United HealthCare Services, Inc. ("UHS"), and Plaintiffs Humana Inc., Molina Healthcare, Inc., and Health Care Service Corporation, Inc. (with Class Plaintiffs, the "Plaintiffs"), and Defendants Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland Limited, Jazz Pharmaceuticals Public Limited Company, EuroHealth (USA), Inc., Hikma Pharmaceuticals USA, Inc. (f/k/a West-Ward Pharmaceuticals Corp.), Hikma Labs Inc. (f/k/a Roxane Laboratories, Inc.), Amneal Pharmaceuticals LLC, Lupin Pharmaceuticals, Inc., and Lupin, Inc. ("Defendants") (collectively, the "Parties") hereby stipulate as follows:

WHEREAS, the Close of Fact Discovery was on January 30, 2023 (Dkt. 367);

WHEREAS, the Deadline for Discovery-Related Motions Not Relating to Written Discovery Responses Served After January 30 is set for February 4, 2023 (Dkt. 367);

WHEREAS, the Court provided guidance to the Parties at the Case Management Conference held on January 23, 2023 that the Parties should stipulate to any discovery that would occur after the

close of fact discovery;

WHEREAS, the Parties have agreed that depositions noticed before January 30, 2023, may be conducted in February 2023;

WHEREAS, certain discovery issues remain outstanding;

WHEREAS, these extensions will not affect any other aspect of the case schedule;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the Parties by and through their counsel, subject to the Court's approval, that:

1. Depositions noticed before January 30, 2023, may be conducted in February 2023;
2. A party may mutually agree in writing with a nonparty to extend the Close of Fact Discovery with respect to discovery directed at that nonparty by up to 30 days; and
3. Parties or nonparties involved in a discovery dispute may mutually agree in writing to extend the Deadline for Discovery-Related Motions Not Relating to Written Discovery Responses Served After January 30 by up to 30 days for that specific discovery dispute.

**IT IS SO STIPULATED.**

Dated: February 3, 2023                                  Respectfully submitted,

By: /s/ Jeffrey Faucette                                 By: /s/ Dena C. Sharp
Jeffrey Faucette (SBN 193066)                            Dena C. Sharp (SBN 245869)
**SKAGGS FAUCETTE LLP**                                  Scott Grzenczyk (SBN 279309)
Four Embarcadero Center                                  Tom Watts (SBN 308853)
Suite 1400 PMB #72                                       Jordan Isern (SBN 343159)
San Francisco CA 94111                                   **GIRARD SHARP LLP**
Tel: (415) 295-1197                                      601 California Street, Suite 1400
Fax: (888) 980-6547                                      San Francisco, CA 94108
jeff@skaggsfaucette.com                                  Tel: (415) 981-4800
                                                         dsharp@girardsharp.com
By: /s/ Heidi K. Hubbard                                 scottg@girardsharp.com
Heidi K. Hubbard (*pro hac vice*)                        tomw@girardsharp.com
Stanley E. Fisher (*pro hac vice*)                       jisern@girardsharp.com
Benjamin M. Greenblum (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**                              By: /s/ Michael M. Buchman
680 Maine Avenue, S.W.                                   Michael M. Buchman (*pro hac vice*)

| | | |
|---|---|---|
| 1 | Washington, D.C. 20024 | Jacob Onile-Ere (*pro hac vice*) |
| 2 | Tel: (202) 434-5000 | **MOTLEY RICE LLC** |
|   | Fax: (202) 434-5029 | 777 Third Avenue, 27th Floor |
| 3 | hhubbard@wc.com | New York, NY 10017 |
|   | sfisher@wc.com | Tel: (212) 577-0050 |
| 4 | bgreenblum@wc.com | mbuchman@motleyrice.com |
|   |   | jonileere@motleyrice.com |
| 5 | *Attorneys for Defendants Jazz Pharmaceuticals,* |   |
|   | *Inc., Jazz Pharmaceuticals Ireland Limited,* | *Interim Co-Lead Class Counsel* |
| 6 | *and Jazz Pharmaceuticals Public Limited* |   |
| 7 | *Company* | By: */s/ Judith Zahid* |
|   |   | Judith A. Zahid (SBN 215418) |
| 8 | By:  */s/ Jack E. Pace III* | Eric W. Buetzow (SBN 253803) |
|   | Jack E. Pace III (*pro hac vice*) | Heather T. Rankie (SBN 268002) |
| 9 | **WHITE & CASE LLP** | **ZELLE LLP** |
| 10 | 1221 Avenue of the Americas | 555 12th Street, Suite 1230 |
|   | New York, NY 10020 | Oakland, CA 94607 |
| 11 | Telephone: (212) 819-8200 | Tel: (415) 693-0700 |
|   | Fax: (212) 354-8113 | jzahid@zelle.com |
| 12 | jpace@whitecase.com | ebuetzow@zelle.com |
|   |   | hrankie@zelle.com |
| 13 | Kathryn J. Mims (*pro hac vice*) |   |
| 14 | **WHITE & CASE LLP** | James R. Martin (SBN 173329) |
|   | 701 Thirteenth Street, NW | Jennifer Duncan Hackett (*pro hac vice*) |
| 15 | Washington, D.C. 20005 | John A. Carriel (*pro hac vice*) |
|   | Telephone: (202) 626-3600 | **ZELLE LLP** |
| 16 | Fax: (202) 639-9355 | 1775 Pennsylvania Avenue, NW, |
|   | kmims@whitecase.com | Suite 375 |
| 17 | Heather M. Burke (SBN 284100) | Washington, D.C. 20006 |
| 18 |   | Tel: (202) 899-4100 |
|   | **WHITE & CASE LLP** | jmartin@zelle.com |
| 19 | 3000 El Camino Real | jhackett@zelle.com |
|   | 2 Palo Alto Square, Suite 900 | jcarriel@zelle.com |
| 20 | Palo Alto, CA 94306-2109 |   |
|   | Tel: (650) 213-0300 | By: */s/ Hamish P.M. Hume* |
| 21 | Fax: (650) 213-8158 | Hamish P.M. Hume (*pro hac vice*) |
| 22 | hburke@whitecase.com | **BOIES SCHILLER FLEXNER LLP** |
|   |   | 1401 New York Ave, NW |
| 23 | *Attorneys for Defendants Hikma* | Washington, D.C. 20005 |
|   | *Pharmaceuticals PLC, Eurohealth (U.S.A.),* | Tel: (202) 237-2727 |
| 24 | *Inc., West-Ward Pharmaceuticals Corp. n/k/a* | hhume@bsfllp.com |
|   | *Hikma Pharmaceuticals USA Inc., and Roxane* |   |
| 25 | *Laboratories, Inc. n/k/a Hikma Labs Inc.* | Beko O. Reblitz-Richardson (SBN 238027) |
| 26 |   | **BOIES SCHILLER FLEXNER LLP** |
|   | By:  */s/ Devora W. Allon* | 44 Montgomery Street, 41st Floor |
| 27 | Devora W. Allon, P.C. (*pro hac vice*) | San Francisco, CA 94104 |
|   | Jay P. Lefkowitz, P.C. (*pro hac vice*) | Tel: (415) 293-6800 |
| 28 | **KIRKLAND & ELLIS LLP** | brichardson@bsfllp.com |

| | |
|---|---|
| 601 Lexington Avenue<br>New York, NY 10022<br>Tel: (212) 446-4800<br>devora.allon@kirkland.com<br>lefkowitz@kirkland.com<br><br>*Attorneys for Defendants Amneal Pharmaceuticals, LLC, Lupin Pharmaceuticals Inc., Lupin Inc., and Lupin Ltd.* | *Attorneys for Plaintiff United HealthCare Services, Inc.*<br><br>By: */s/ Matthew S. Weiler*<br>Todd M. Schneider (SBN 158253)<br>Jason H. Kim (SBN 220279)<br>Matthew S. Weiler (SBN 236052)<br>**SCHNEIDER WALLACE COTTRELL KONECKY LLP**<br>2000 Powell Street, Suite 1400<br>Emeryville, CA 94608<br>TSchneider@schneiderwallace.com<br>KJKim@schneiderwallace.com<br>MWeiler@schneiderwallace.com<br><br>Peter D. St. Phillip<br>Uriel Rabinvoitz<br>Noelle Ruggiero<br>**LOWEY DANNENBERG, P.C.**<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>PStPhillip@lowey.com<br>URabinovitz@lowey.com<br>Nruggiero@lowey.com<br><br>*Counsel for Plaintiffs Humana Inc., Molina Healthcare, Inc., and Health Care Service Corporation, Inc.* |

### **FILER'S ATTESTATION**

I, Dena C. Sharp, am the ECF user whose identification and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

                                        */s/ Dena C. Sharp*
                                        Dena C. Sharp

## ORDER

**IT IS SO ORDERED.**

Dated: February 3, 2023

[signature]

HON. RICHARD SEEBORG
UNITED STATES CHIEF DISTRICT JUDGE