UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION | Case No. 20-md-02966-RS   (SVK)<br><br>**ORDER FOR PRODUCTION FOR IN-CAMERA REVIEW**<br><br>Re: Dkt. No. 399 |

The Court is in receipt of the Parties' Joint Submission regarding withholding of documents shared with a third party. Dkt. 399. Defendant Jazz Pharmaceuticals, Inc. (Jazz) is to produce the disputed documents and the referenced statement of work to the Court for *in-camera* review. Jazz is to provide a one page statement as to whether it contends that the statement of work is privileged and the basis for such a claim. If Jazz does not contend the statement of work is privileged, it is to be produced to Plaintiffs. Production to the Court is to be by email to SvKCRD@cand.uscourts.gov **no later than February 17, 2023**. No further briefing may be submitted by either party unless requested by the Court.

The Court notes that the Joint Submission does not conform with the undersigned's updated standing order on civil discovery. Any future submissions must conform to the standing order.

**SO ORDERED.**

Dated: February 16, 2023

SUSAN VAN KEULEN
United States Magistrate Judge