UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION<br><br>This Document Relates To: All Actions | Case No. 3:20-md-02966-RS-SVK |

**JOINT CASE MANAGEMENT STATEMENT**

The parties in these actions[1] have met and conferred and respectfully submit this Joint Case Management Statement. In light of the close of fact discovery and upcoming hearings, the parties respectfully request that the Court adjourn the Case Management Conference set for March 10, 2023, at 10:00 a.m. PST. To the extent there are any items to discuss regarding the status of this litigation, the parties will be prepared to address them at the motion to dismiss hearing scheduled for March 23, 2023.

## I.    MOTIONS

**A.    Motions Decided Since the Last Case Management Conference**

This Court has decided the following motions and issues since the last CMC:

- On January 23, 2023, Magistrate Judge van Keulen issued an Order denying Plaintiffs' request for production of certain attachments to privileged parent communications (Dkt. 385);

- On January 27, 2023, Magistrate Judge van Keulen issued an Order denying Defendants' request for supplemental responses to interrogatories 7, 8, and 10 (Dkt. 392);

- On January 31, 2023, the Court issued an Order approving a joint stipulation modifying the case schedule extending discovery deadlines as between Defendants and HCSC, Humana, and Molina (Dkt. 394);

---

[1] The Plaintiffs are City of Providence, Rhode Island, UFCW Local 1500 Welfare Fund, New York State Teamsters Council Health and Hospital Fund, Self-Insured Schools of California, Blue Cross and Blue Shield Association ("BCBSA"), Government Employees Health Association, Inc., Ruth Hollman, and A.F. of L. – A.G.C. Building Trades Welfare Plan ("Class Plaintiffs") (i.e. consumers and other entities that paid a portion of the price of the prescription, such as insurers, health and welfare plans, and large employers); United HealthCare Services ("UHS"); Humana ("Humana"); Molina Healthcare Inc. ("Molina"); and Health Care Services Corporation ("HCSC") (collectively "Plaintiffs"). The Defendants are Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland Limited, and Jazz Pharmaceuticals Plc ("Jazz"); Hikma Labs, Inc. (f/k/a Roxane Laboratories, Inc.), Hikma Pharmaceuticals USA Inc., Eurohealth (USA) Inc., and Hikma Pharmaceuticals plc ("Hikma"); Amneal Pharmaceuticals LLC ("Amneal"); Lupin Pharmaceuticals Inc., Lupin Inc., and Lupin Ltd. ("Lupin"); and Par Pharmaceutical, Inc. ("Par" and with other Defendants, "Defendants"; Defendants without Jazz referred to as the "Generic Defendants"). On August 17, 2022, Par filed a Notice of Suggestion of Bankruptcy and Automatic Stay of Proceedings, which advised that Par and its affiliates filed voluntary petitions for relief on August 16, 2022, under title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York.

- On February 3, 2023, the Court issued an Order approving a joint stipulation modifying the case schedule extending the deadlines for depositions and establishing a procedure by which the parties could stipulate to extend discovery and discovery-related motions (Dkt. 396);

- On February 6, 2023, the Court issued an Order approving a joint stipulation between BCBSA and Defendants extending the briefing schedule for the Defendants' motion to dismiss BCBSA for lack of standing (Dkt. 398);

- On February 15, 2023, the Court issued an Order approving a joint stipulation extending the deadline for the parties to respond to written discovery served on January 30, 2023, and related discovery motions (Dkt. 405); and

- On February 23, 2023, Magistrate Judge van Keulen issued an Order setting a hearing on a privilege dispute between Plaintiffs and Jazz (Dkt. 415).

B. **Pending Motions and Disputes**

The following motions are presently pending before the Court:

- On November 17, 2022, Class Plaintiffs filed a motion for class certification, and a related Administrative Motion to Consider Whether Another Party's Material Should be Sealed (Dkt. 352). Defendants Jazz, Lupin, and Hikma, as well as Plaintiff Humana and UHS, and non-party Express Scripts Specialty Distribution Services, all submitted statements regarding the Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkts. 356, 357, 358, 359, 362, 364). Pursuant to the Court's Order Regarding Case Schedule (Dkt. 374), Defendants filed an opposition brief on February 17, 2023 (Dkt. 407) and additional sealing motions. Class Plaintiffs' reply in support of class certification is due March 17, 2023.

- On January 11, 2023, Defendants filed a motion to dismiss Plaintiff BCBSA's Claim for Lack of Standing (Dkt. 376), and a related Administrative Motion to Consider Whether Another Party's Material should be Sealed (Dkt. 377). Plaintiff BCBSA filed an opposition brief on February 13, 2023 (Dkt. 401). Defendants filed a reply brief

on February 22, 2023 (Dkt. 412). Briefing is now complete, and the Court has set a March 23, 2023 hearing date (Dkt. 376).

- On March 3, 2023, Class Plaintiffs filed a motion for preliminary approval of their settlement with Amneal and Lupin. Under the local rules, responses to the motion are due on March 17, 2023. Class Plaintiffs anticipate that their reply (if any) could be filed within no more than two business days of any responses that may be filed. If the Court is inclined to hold a hearing on the motion, Class Plaintiffs, Amneal, and Lupin respectfully request that, for the convenience of the Court and the parties, that motion be heard remotely during the hearing previously scheduled for March 23 concerning the motion to dismiss BCBSA's claims, or thereafter at the Court's convenience on any date March 27-30, 2023, assuming the hearing is held remotely. Defendants Jazz and Hikma take no position on Plaintiffs' request.

The following disputes are presently pending before Magistrate Judge van Keulen:

- On February 10, 2023, Plaintiffs and Defendant Jazz submitted a joint letter brief regarding Jazz's withholding of documents shared with third-party, Edelman (Dkt. 399). On February 16, 2023, Magistrate Judge van Keulen ordered production for in-camera review related to this dispute. Magistrate Judge van Keulen's subsequently issued an order setting the issue to be heard on March 7, 2023 (Dkt. 414).

- On February 24, 2023, Plaintiffs and Defendants Amneal, Lupin, and Hikma (collectively the "Generic Defendants") submitted a joint letter brief regarding the Generic Defendants' responses to Plaintiffs' interrogatory 19 (Dkt. 418).

## II. DISCOVERY

Fact discovery closed on January 30, 2023, as between Class Plaintiffs, UHS, and Defendants, with the exception of a small amount of fact discovery to be conducted pursuant to stipulations submitted and so ordered by the Court as listed above (*see* Dkts. 396, 405). Fact discovery between Humana, Molina, and HCSC, and Defendants closed February 27, 2023 (Dkt.

394), with the exception of three depositions for Molina and Humana, scheduled for March 2, March 10, and March 13, 2023.

**Plaintiffs' Statement**: Plaintiffs have served subpoenas on several nonparties, and Plaintiffs continue to work with certain of these nonparties regarding responses to the subpoenas. There are no ripe disputes between Plaintiffs and nonparties at this time. Defendants requested a list of unripe potential disputes between Plaintiffs and nonparties at 12:49 p.m. PST on the day of this submission, but Plaintiffs do not believe that there is a ripe dispute between Plaintiffs and Defendants at this time either.

**Defendants' Statement**: Defendants had filed a motion to compel against non-party CVS Caremark in the District of Rhode Island, which is currently being withdrawn. Because Plaintiffs would not disclose a list of the discovery issues they have with third parties, Defendants cannot agree to extend the deadline for the close of fact discovery for such discovery any further. Defendants reserve the right to object to discovery obtained from third parties for any reason, including timeliness

### III.   CASE SCHEDULE

The Court entered the below operative deadlines for briefing Class Plaintiffs' motion for class certification, related expert discovery, and Defendants' motion to dismiss BCBSA (Dkt. 374, 386, 403). At this time, the parties do not seek to modify the below dates.

| Event | Current Deadline |
|---|---|
| Last Day to File (i) Reply in Support of Class Certification and (ii) Class Certification Reply Reports[2] | March 17, 2023 |
| Hearing on Defendants' Motion to Dismiss BCBSA for Lack of Standing | March 23, 2023 |
| Last Day to File *Daubert* Motions for Class Certification Experts | March 24, 2023 |
| Deadline for Discovery-Related Motions Relating to Written Discovery Responses Served After January 30 | 7 days after service of response |
| Last Day to File Oppositions to *Daubert* Motions for Class Certification Experts | April 7, 2023 |
| Hearing on Class Certification | April 19, 2023 |

---

[2] For all expert reports, the parties will provide two available dates for the deposition of each proposed expert at the time of serving the report.

## IV. SETTLEMENT AND ADR

Pursuant to the Court's directive, the parties' discussions concerning an appropriate mediator for this action are ongoing. The parties will be prepared to update the Court in this regard at the next status conference.

Separately, Class Plaintiffs and Defendants Amneal and Lupin wish to advise the Court that, on February 28, 2023, they signed a settlement agreement resolving the Class Plaintiffs' claims against these two Defendants, subject to the Court's approval. As noted above, Class Plaintiffs filed their motion for preliminary approval of the proposed settlement on March 3, 2023.

| | |
|---|---|
| Dated: March 3, 2023 | Respectfully submitted, |
| By: */s/ Dena C. Sharp* <br> Dena C. Sharp (SBN 245869) <br> Scott Grzenczyk (SBN 279309) <br> Tom Watts (SBN 308853) <br> Jordan Isern (SBN 343159) <br> **GIRARD SHARP LLP** <br> 601 California Street, Suite 1400 <br> San Francisco, CA 94108 <br> Tel: (415) 981-4800 <br> dsharp@girardsharp.com <br> scottg@girardsharp.com <br> tomw@girardsharp.com <br> jisern@girardsharp.com <br><br> By: */s/ Michael M. Buchman* <br> Michael M. Buchman (*pro hac vice*) <br> **MOTLEY RICE LLC** <br> 777 Third Avenue, 27th Floor <br> New York, NY 10017 <br> Tel: (212) 577-0050 <br> mbuchman@motleyrice.com <br><br> *Interim Co-Lead Class Counsel* | By: */s/ Jeffrey Faucette* <br> Jeffrey Faucette (SBN 193066) <br> **SKAGGS FAUCETTE LLP** <br> Four Embarcadero Center <br> Suite 1400 PMB #72 <br> San Francisco CA 94111 <br> Tel: (415) 295-1197 <br> Fax: (888) 980-6547 <br> jeff@skaggsfaucette.com <br><br> By: */s/ Heidi K. Hubbard* <br> Heidi K. Hubbard (*pro hac vice*) <br> Stanley E. Fisher (*pro hac vice*) <br> Benjamin M. Greenblum (*pro hac vice*) <br> Alexander S. Zolan (*pro hac vice*) <br> **WILLIAMS & CONNOLLY LLP** <br> 680 Maine Avenue, S.W. <br> Washington, D.C. 20024 <br> Tel: (202) 434-5000 <br> Fax: (202) 434-5029 <br> hhubbard@wc.com <br> sfisher@wc.com <br> bgreenblum@wc.com <br> azolan@wc.com <br><br> *Attorneys for Defendants Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland Limited, and Jazz Pharmaceuticals Public Limited Company* |

| | | |
|---|---|---|
| 1 | By: /s/ Judith A. Zahid | By: /s/ Jack E. Pace III |
| 2 | Judith A. Zahid (SBN 215418)<br>Eric W. Buetzow (SBN 253803) | Jack E. Pace III (*pro hac vice*)<br>Kathryn Swisher (*pro hac vice*) |
| 3 | Heather T. Rankie (SBN 268002)<br>**ZELLE LLP** | **WHITE & CASE LLP**<br>1221 Avenue of the Americas |
| 4 | 555 12th Street, Suite 1230<br>Oakland, CA 94607 | New York, NY 10020<br>Telephone: (212) 819-8200 |
| 5 | Tel: (415) 693-0700<br>jzahid@zellelaw.com | Fax: (212) 354-8113<br>jpace@whitecase.com |
| 6 | ebuetzow@zellelaw.com<br>hrankie@zellelaw.com | kathryn.swisher@whitecase.com |
| 7 | | Kathryn J. Mims (*pro hac vice*) |
| 8 | James R. Martin (SBN 173329) | **WHITE & CASE LLP** |
| 9 | Jennifer Duncan Hackett (*pro hac vice*)<br>John A. Carriel (*pro hac vice*) | 701 Thirteenth Street, NW<br>Washington, D.C. 20005 |
| 10 | **ZELLE LLP**<br>1775 Pennsylvania Avenue, NW, | Telephone: (202) 626-3600<br>Fax: (202) 639-9355 |
| 11 | Suite 375<br>Washington, D.C. 20006 | kmims@whitecase.com |
| 12 | Tel: (202) 899-4100<br>jmartin@zellelaw.com | Heather M. Burke (SBN 284100)<br>**WHITE & CASE LLP** |
| 13 | jhackett@zellelaw.com<br>jcarriel@zellelaw.com | 3000 El Camino Real<br>2 Palo Alto Square, Suite 900 |
| 14 | | Palo Alto, CA 94306-2109 |
| 15 | By: /s/ Hamish P.M. Hume<br>Hamish P.M. Hume (*pro hac vice*) | Tel: (650) 213-0300<br>Fax: (650) 213-8158 |
| 16 | **BOIES SCHILLER FLEXNER LLP**<br>1401 New York Ave, NW | hburke@whitecase.com |
| 17 | Washington, D.C. 20005 | *Attorneys for Defendants Hikma* |
| 18 | Tel: (202) 237-2727<br>hhume@bsfllp.com | *Pharmaceuticals PLC, Eurohealth (U.S.A.),*<br>*Inc., West-Ward Pharmaceuticals Corp. n/k/a* |
| 19 | | *Hikma Pharmaceuticals USA Inc., and* |
| 20 | Beko O. Reblitz-Richardson (SBN 238027)<br>**BOIES SCHILLER FLEXNER LLP** | *Roxane Laboratories, Inc. n/k/a Hikma Labs*<br>*Inc.* |
| 21 | 44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104 | |
| 22 | Tel: (415) 293-6800<br>brichardson@bsfllp.com | |
| 23 | | |
| 24 | *Attorneys for Plaintiff United HealthCare*<br>*Services, Inc.* | |
| 25 | By: /s/ Todd M. Schneider | By: /s/ Devora W. Allon |
| 26 | Todd M. Schneider (State Bar No. 158253)<br>Jason H. Kim (State Bar No. 220279) | Devora W. Allon, P.C. (*pro hac vice*)<br>Jay P. Lefkowitz, P.C. (*pro hac vice*) |
| 27 | Matthew S. Weiler (State Bar No. 236052)<br>**SCHNEIDER WALLACE** | **KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue |
| 28 | | |

| | | |
|---|---|---|
| 1 | **COTTRELL KONECKY LLP** | New York, NY 10022 |
| 2 | 2000 Powell Street, Suite 1400 | Tel: (212) 446-4800 |
|   | Emeryville, CA 94608 | devora.allon@kirkland.com |
| 3 | Tel: (415) 421-7100 | lefkowitz@kirkland.com |
|   | TSchneider@schneiderwallace.com | |
| 4 | KJKim@schneiderwallace.com | *Attorneys for Defendants Amneal* |
|   | MWeiler@schneiderwallace.com | *Pharmaceuticals, LLC, Lupin Pharmaceuticals* |
| 5 | | *Inc., Lupin Inc., and Lupin Ltd.* |
|   | Peter D. St. Phillip (admitted *pro hac vice*) | |
| 6 | Noelle Ruggiero (admitted *pro hac vice*) | |
| 7 | Uriel Rabinovitz (admitted *pro hac vice*) | |
|   | **LOWEY DANNENBERG, P.C.** | |
| 8 | 44 South Broadway, Suite 1100 | |
|   | White Plains, NY 10601 | |
| 9 | Tel: (914) 997-0500 | |
|   | PStPhillip@lowey.com | |
| 10 | NRuggiero@lowey.com | |
| 11 | URabinovitz@lowey.com | |
| 12 | *Attorneys for Plaintiffs Humana Inc.,* | |
|    | *Molina Healthcare, Inc., and Health Care* | |
| 13 | *Service Corporation, Inc.* | |

-7-
JOINT CASE MANAGEMENT STATEMENT
3:20-md-02966-RS-SVK

**FILER'S ATTESTATION**

I, Dena C. Sharp, am the ECF user whose identification and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

Dated: March 3, 2023                    */s/ Dena C. Sharp*
                                        Dena C. Sharp