[Counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION | Case No. 3:20-md-02966-RS-SVK<br><br>**JOINT STIPULATION AND ORDER REGARDING CAREMARK DISCOVERY** |

    Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs in the Consolidated Class Actions ("Class Plaintiffs") and non-party Caremark LLC hereby stipulate as follows:

    WHEREAS, on February 2, 2023, the Court entered a stipulation allowing for "Parties or nonparties involved in a discovery dispute may mutually agree in writing to extend the Deadline for Discovery-Related Motions Not Relating to Written Discovery Responses Served After January 30 by up to 30 days for that specific discovery dispute." (Dkt. 395);

    WHEREAS Class Plaintiffs and Caremark have been engaged in negotiations regarding Caremark's response to Class Plaintiffs' subpoena for many months;

    WHEREAS Class Plaintiffs and Caremark have largely reached agreement regarding Caremark's response to the subpoena, which will entail Caremark executing a declaration;

    WHEREAS Caremark has been in the process of locating a final set of materials to include in the declaration, but has encountered delays;

WHEREAS, under the current schedule, Class Plaintiffs would need to file a motion to compel on March 6, 2023, to preserve their rights as to discovery from Caremark;

WHEREAS, because, aside from the timing issues described above concerning the production of agreed-upon materials, there is no present dispute with Caremark and to conserve the resources of the parties and the Court, Class Plaintiffs and Caremark wish to extend the deadline for Caremark to produce the requested materials or for Class Plaintiffs to file a motion to compel until March 14, 2023.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Class Plaintiffs and Caremark that the deadline for Caremark to produce the requested material or for Class Plaintiffs to file a motion to compel against Caremark is extended until March 14, 2023.

**IT IS SO STIPULATED.**

Dated: March 6, 2023                                         Respectfully submitted,

By: /s/ Dena C. Sharp                                        /s/ Kate Letcher
Dena C. Sharp (SBN 245869)                                   Kate Letcher
Scott Grzenczyk (SBN 279309)                                 **NIXON PEABODY LLP**
Tom Watts (SBN 308853)                                       70 West Madison, Suite 5200
Jordan Isern (SBN 343159)                                    Chicago, IL 60602
**GIRARD SHARP LLP**                                         kletcher@nixonpeabody.com
601 California Street, Suite 1400
San Francisco, CA 94108                                      *Counsel for Caremark*
Tel: (415) 981-4800
dsharp@girardsharp.com
scottg@girardsharp.com
tomw@girardsharp.com
jisern@girardsharp.com

By: /s/ Michael M. Buchman
Michael M. Buchman (*pro hac vice*)
Jacob Onile-Ere (*pro hac vice*)
**MOTLEY RICE LLC**
777 Third Avenue, 27th Floor
New York, NY 10017
Tel: (212) 577-0050
mbuchman@motleyrice.com
jonileere@motleyrice.com

*Interim Co-Lead Class Counsel*

**FILER'S ATTESTATION**

I, Dena C. Sharp, am the ECF user whose identification and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

/s/ Dena C. Sharp
Dena C. Sharp

**ORDER**

**IT IS SO ORDERED.**

Dated: March 6, 2023

_____
CHIEF DISTRICT JUDGE RICHARD SEEBORG