[Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION | Master File No. 3:20-md-02966-RS-SVK<br>Civil Action No. 5:21-cv-02710-RS-SVK<br><br>**JOINT STIPULATION AND ORDER REGARDING DISCOVERY ISSUE** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs in the Consolidated Class Actions ("Class Plaintiffs"), Plaintiff United HealthCare Services, Inc. ("UHS"), and Plaintiffs Humana Inc., Molina Healthcare, Inc., and Health Care Service Corporation, Inc. (with Class Plaintiffs, the "Plaintiffs"), and Defendants Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland Limited, and Jazz Pharmaceuticals Public Limited Company ("Jazz") (collectively, the "Parties") hereby stipulate as follows, to avoid potentially burdening the Court with a discovery issue that the Parties are continuing to work in good faith to resolve on their own, without Court intervention:

WHEREAS, the Parties previously stipulated, and the Court ordered, that the Deadline for Discovery-Related Motions Not Relating to Written Discovery Responses Served After January 30 was set for February 4, 2023, but could be mutually extended by the Parties with respect to any specific discovery dispute by up to 30 days, which would be March 6, 2023.

WHEREAS, since January 24, 2023, the Parties have been working in good faith to resolve a discovery dispute regarding whether Jazz will collect and produce documents from certain non-custodial repositories related to the subpoena Plaintiffs served on Syneos dated December 23, 2022, the existence of which the Parties discovered in mid-January of 2023.

WHEREAS, Plaintiffs brought the discovery issue to Jazz's attention on January 24, 2023, after which Jazz has endeavored to investigate the issue, collect and process the documents from the repositories at issue, and assess any potential burden associated with reviewing the documents, using search terms Plaintiffs have proposed.

WHEREAS, during the month of February 2023, Plaintiffs have diligently asked Jazz for updates on its position each week, and Jazz has agreed to extend the deadline for any discovery-related motions relating to the issue for one week on four separate occasions, because in each instance, Jazz has needed additional time to investigate, collect, and process the documents, and ascertain any burden associated with producing them.

WHEREAS, on March 3, 2023, Plaintiffs again asked Jazz for an update on its willingness to produce documents from the repositories at issue without the need for discovery motion practice, and Jazz again stated that because its document processing efforts were still ongoing, it needed additional time to respond to Plaintiffs' inquiry. Jazz also indicated that it would be willing

to extend the deadline for any discovery motion related to the issue, given its continued processing efforts.

WHEREAS, due to Jazz's ongoing processing efforts, the Parties need additional time to continue working in good faith to resolve this discovery issue, in an effort to avoid having to burden the Court with related discovery motion practice.

WHEREAS, the Parties need Court approval to extend the discovery motion deadline as to this specific issue beyond March 6, 2023 and until March 20, 2023, as described herein.

WHEREAS, the extension of the deadline for any discovery-related motion concerning this specific discovery issue will not affect any other aspect of the case schedule.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the Parties by and through their counsel, subject to the Court's approval, that:

1. The deadline for the parties to file any discovery-related motions concerning Jazz's production of documents from the repositories discussed above will be extended for two weeks, until March 20, 2023.

**IT IS SO STIPULATED.**

DATED: March 6, 2023                                   Respectfully submitted,

By: /s/ Jeffrey Faucette
Jeffrey Faucette (SBN 193066)
**SKAGGS FAUCETTE LLP**
Four Embarcadero Center
Suite 1400 PMB #72
San Francisco CA 94111
Tel: (415) 295-1197
Fax: (888) 980-6547
jeff@skaggsfaucette.com

By: /s/ Heidi K. Hubbard
Heidi K. Hubbard (*pro hac vice*)
Stanley E. Fisher (*pro hac vice*)

By: /s/ Dena C. Sharp
Dena C. Sharp (SBN 245869)
Scott Grzenczyk (SBN 279309)
Tom Watts (SBN 308853)
Jordan Isern (SBN 343159)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
dsharp@girardsharp.com
scottg@girardsharp.com
tomw@girardsharp.com
jisern@girardsharp.com

| | |
|---|---|
| Benjamin M. Greenblum (*pro hac vice*)<br>**WILLIAMS & CONNOLLY LLP**<br>680 Maine Avenue, S.W.<br>Washington, D.C. 20024<br>Tel: (202) 434-5000<br>Fax: (202) 434-5029<br>hhubbard@wc.com<br>sfisher@wc.com<br>bgreenblum@wc.com<br><br>*Attorneys for Defendants Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland Limited, and Jazz Pharmaceuticals Public Limited Company* | By: */s/ Michael M. Buchman*<br>Michael M. Buchman (*pro hac vice*)<br>Jacob Onile-Ere (*pro hac vice*)<br>**MOTLEY RICE LLC**<br>777 Third Avenue, 27th Floor<br>New York, NY 10017<br>Tel: (212) 577-0050<br>mbuchman@motleyrice.com<br>jonileere@motleyrice.com<br><br>*Interim Co-Lead Class Counsel*<br><br>By: */s/ Judith Zahid*<br>Judith A. Zahid (SBN 215418)<br>Eric W. Buetzow (SBN 253803)<br>Heather T. Rankie (SBN 268002)<br>**ZELLE LLP**<br>555 12th Street, Suite 1230<br>Oakland, CA 94607<br>Tel: (415) 693-0700<br>jzahid@zelle.com<br>ebuetzow@zelle.com<br>hrankie@zelle.com<br><br>James R. Martin (SBN 173329)<br>Jennifer Duncan Hackett (*pro hac vice*)<br>John A. Carriel (*pro hac vice*)<br>**ZELLE LLP**<br>1775 Pennsylvania Avenue, NW, Suite 375<br>Washington, D.C. 20006<br>Tel: (202) 899-4100<br>jmartin@zelle.com<br>jhackett@zelle.com<br>jcarriel@zelle.com<br><br>By: */s/ Hamish P.M. Hume*<br>Hamish P.M. Hume (*pro hac vice*)<br>**BOIES SCHILLER FLEXNER LLP**<br>1401 New York Ave, NW<br>Washington, D.C. 20005<br>Tel: (202) 237-2727<br>hhume@bsfllp.com |

|   |   |
|---|---|
| 1 | Beko O. Reblitz-Richardson (SBN 238027) |
| 2 | **BOIES SCHILLER FLEXNER LLP** |
|   | 44 Montgomery Street, 41st Floor |
| 3 | San Francisco, CA 94104 |
|   | Tel: (415) 293-6800 |
| 4 | brichardson@bsfllp.com |
| 5 | *Attorneys for Plaintiff United HealthCare Services, Inc.* |
| 6 |   |
| 7 | By:  */s/ Matthew S. Weiler* |
|   | Todd M. Schneider (SBN 158253) |
| 8 | Jason H. Kim (SBN 220279) |
|   | Matthew S. Weiler (SBN 236052) |
| 9 | **SCHNEIDER WALLACE** |
|   | **COTTRELL KONECKY LLP** |
| 10 | 2000 Powell Street, Suite 1400 |
|   | Emeryville, CA 94608 |
| 11 | TSchneider@schneiderwallace.com |
| 12 | KJKim@schneiderwallace.com |
|   | MWeiler@schneiderwallace.com |
| 13 |   |
| 14 | Peter D. St. Phillip |
|   | Uriel Rabinvoitz |
| 15 | Noelle Ruggiero |
|   | **LOWEY DANNENBERG, P.C.** |
| 16 | 44 South Broadway, Suite 1100 |
|   | White Plains, NY 10601 |
| 17 | PStPhillip@lowey.com |
|   | URabinovitz@lowey.com |
| 18 | Nruggiero@lowey.com |
| 19 |   |
|   | *Counsel for Plaintiffs Humana Inc., Molina* |
| 20 | *Healthcare, Inc., and Health Care Service* |
|   | *Corporation, Inc.* |

### FILER'S ATTESTATION

I, Beko O. Reblitz-Richardson, am the ECF user whose identification and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

*/s/ Beko O. Reblitz-Richardson*
Beko O. Reblitz-Richardson

Master File No. 3:20-md-02966-RS
JOINT STIPULATION AND ORDER REGARDING DISCOVERY ISSUE

**ORDER**

**IT IS SO ORDERED.**

Dated: March 6, 2023

_____
CHIEF DISTRICT JUDGE RICHARD SEEBORG

Master File No. 3:20-md-02966-RS
JOINT STIPULATION AND ORDER REGARDING DISCOVERY ISSUE