[Counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION | Case No. 5:20-md-02966-RS-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CAREMARK DISCOVERY** |

    Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs in the Consolidated Class Actions ("Class Plaintiffs") and non-party Caremark LLC hereby stipulate as follows:

    WHEREAS, on February 2, 2023, the Court entered a stipulation allowing for "Parties or nonparties involved in a discovery dispute may mutually agree in writing to extend the Deadline for Discovery-Related Motions Not Relating to Written Discovery Responses Served After January 30 by up to 30 days for that specific discovery dispute." (Dkt. 395);

    WHEREAS on March 6, 2023, the Court entered Class Plaintiffs' and Caremark's stipulation to extend the deadline for Caremark to produce the requested material or for Class Plaintiffs to file a motion to compel against Caremark until March 14, 2023 (Dkt. 426);

    WHEREAS Class Plaintiffs and Caremark have been engaged in negotiations regarding Caremark's response to Class Plaintiffs' subpoena for many months, including ongoing discussions since the entry of the prior stipulation;

1   WHEREAS Class Plaintiffs and Caremark have reached agreement regarding Caremark's response to the subpoena, which will entail Caremark executing a declaration;

WHEREAS Caremark had been in the process of locating a final set of materials to include in the declaration, but encountered delays, and the likely declarant has been unavailable;

WHEREAS, under the current schedule, Class Plaintiffs would need to file a motion to compel on March 14, 2023, to preserve their rights as to discovery from Caremark;

WHEREAS, because, aside from the timing issues described above concerning the production of agreed-upon materials, there is no present dispute with Caremark and to conserve the resources of the parties and the Court, Class Plaintiffs and Caremark wish to extend the deadline for Caremark to produce the requested materials or for Class Plaintiffs to file a motion to compel until March 31, 2023.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Class Plaintiffs and Caremark that the deadline for Caremark to produce the requested material or for Class Plaintiffs to file a motion to compel against Caremark is extended until March 31, 2023.

**IT IS SO STIPULATED.**

Dated: March 14, 2023                                      Respectfully submitted,

By: */s/ Dena C. Sharp*                                    /s/ *Kate Letcher*
Dena C. Sharp (SBN 245869)                                 Kate Letcher
Scott Grzenczyk (SBN 279309)                               **NIXON PEABODY LLP**
Tom Watts (SBN 308853)                                     70 West Madison, Suite 5200
Jordan Isern (SBN 343159)                                  Chicago, IL 60602
**GIRARD SHARP LLP**                                       kletcher@nixonpeabody.com
601 California Street, Suite 1400
San Francisco, CA 94108                                    *Counsel for Caremark*
Tel: (415) 981-4800
dsharp@girardsharp.com
scottg@girardsharp.com
tomw@girardsharp.com
jisern@girardsharp.com

By: */s/ Michael M. Buchman*
Michael M. Buchman (*pro hac vice*)
Jacob Onile-Ere (*pro hac vice*)
**MOTLEY RICE LLC**

777 Third Avenue, 27th Floor
New York, NY 10017
Tel: (212) 577-0050
mbuchman@motleyrice.com
jonileere@motleyrice.com

*Interim Co-Lead Class Counsel*

## **FILER'S ATTESTATION**

I, Dena Sharp, am the ECF user whose identification and password are being used to file this document. In compliance with Local Rule 5-1(h)(3), I hereby attest that all signatories hereto concur in this filing.

/s/ Dena Sharp

## **ORDER**

**IT IS SO ORDERED.**

Dated: _____                    _____

                                                                                      HON. RICHARD SEEBORG