# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Devora W. Allon, P.C.
To Call Writer Directly:
+1 212 446 5967
devora.allon@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

March 20, 2023

**VIA CM/ECF**

Chief District Judge Richard Seeborg
United States District Court
Northern District of California
San Francisco Courthouse, Courtroom 3
450 Golden Gate Avenue
San Francisco, California 94102

Re:   *In re Xyrem (Sodium Oxybate) Antitrust Litigation*, Case No. 3:20-md-02966-RS

Dear Judge Seeborg:

Pursuant to Your Honor's guidance concerning "Appearances and Continued Use of Zoom," Defendants Amneal Pharmaceuticals, LLC ("Amneal") and Lupin Pharmaceuticals Inc., Lupin, Inc., and Lupin Ltd. (collectively "Lupin") write to respectfully request that the Court permit their counsel to appear via Zoom at the Court's hearing on Defendants' Motion to Dismiss Blue Cross Blue Shield Association's Claims for Lack of Standing (ECF No. 376) scheduled for 1:30 p.m. on March 23, 2023.

Counsel for Amneal and Lupin expects that a Zoom appearance will have minimal impact on the proceeding. Counsel for other defendant(s) will be taking the lead in presenting the arguments outlined in the moving papers.

Respectfully submitted,

*Devora W. Allon, P.C.*
Devora W. Allon, P.C.



GRANTED
Judge Richard Seeborg
Dated: 3/20/23

Austin   Bay Area   Beijing   Boston   Brussels   Chicago   Dallas   Hong Kong   Houston   London   Los Angeles   Munich   Paris   Salt Lake City   Shanghai   Washington, D.C.