UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Xyrem (Sodium Oxybate) Antitrust Litigation. | Case No. 20-md-02966-RS   (SVK) <br><br> **ORDER CLARIFYING TENTATIVE RULING** <br><br> Re: Dkt. No. 439 |

On March 17, 2023, this Court issued a Tentative Ruling regarding a Joint Discovery Submission ("Submission"). Dkt. Nos. 439; 418. Plaintiffs now move for clarification of the Tentative Ruling, pointing out that the Court erroneously overlooked the Non-Class Plaintiffs' dispute with certain Generic Defendants, Amneal and Lupin. Dkt. 453. Plaintiffs represent that Generic Defendants Amneal and Lupin do not dispute that there remains a live discovery issue with the Non-Class Plaintiffs. *Id*. Generic Defendants Amneal and Lupin do dispute whether the Court's tentative ruling as to Generic Defendant Hikma should apply to them. *Id*. Accordingly, the Court **CLARIFIES** the Tentative Ruling as follows:

With the Court's Tentative Ruling as to Generic Defendant Hikma as guidance, **all Parties to the Submission are ORDERED to meet and confer either in person or by video, with participants fully authorized to negotiate and compromise.** If the Parties are unable to reach final agreement, they are to appear at the previously noticed hearing on March 28, 2023 at 10 a.m. by video. The Parties are to advise the Court of whether the hearing is necessary **no later than 12 p.m., Pacific, on March 27, 2023**.

Plaintiffs' Motion to Clarify is hereby **TERMINATED** without further briefing by any Party.

**SO ORDERED.**

Dated: March 24, 2023

SUSAN VAN KEULEN
United States Magistrate Judge