1  [Counsel listed on signature page]
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION | Case No. 3:20-md-02966-RS-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs in the Consolidated Class Actions ("Class Plaintiffs"), Plaintiff United HealthCare Services, Inc. ("UHS"), and Plaintiffs Humana Inc., Molina Healthcare, Inc., and Health Care Service Corporation, Inc. (with Class Plaintiffs, the "Plaintiffs"), and Defendants Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland Limited, Jazz Pharmaceuticals Public Limited Company, EuroHealth (USA), Inc., Hikma Pharmaceuticals USA, Inc. (f/k/a West-Ward Pharmaceuticals Corp.), Hikma Labs Inc. (f/k/a Roxane Laboratories, Inc.), Amneal Pharmaceuticals LLC, Lupin Pharmaceuticals, Inc., and Lupin, Inc. ("Defendants") (collectively, the "Parties") hereby stipulate as follows:

WHEREAS, the Close of Fact Discovery was on January 30, 2023 (Dkt. 367);

WHEREAS, the Parties on January 30, 2023, served upon each other certain written discovery requests ("January 30 Requests"), and the deadline for the parties to respond to those requests pursuant to Fed. R. Civ. P. 33(b)(2) and 36(a)(3) was originally March 1, 2023;

STIPULATION RE CASE SCHEDULE
CASE NO. 3:20-MD-02966-RS-SVK

WHEREAS, the Deadline for Discovery-Related Motions Relating to Written Discovery Responses Served after January 30 was originally set for seven days after the service of such responses (Dkt. 367);

WHEREAS, the Court provided guidance to the Parties at the Case Management Conference held on January 23, 2023 that the Parties should stipulate to any discovery that would occur after the close of fact discovery;

WHEREAS, these extensions will not affect any other aspect of the case schedule;

WHEREAS, this stipulation is limited to the response and motion deadlines for the January 30 Requests, and does not otherwise reopen or extend the close of fact discovery;

WHEREAS, the parties previously agreed to extend the January 30 Requests deadline to March 31, 2023;

WHEREAS, the parties also previously agreed to extend the deadline for any motions to compel compliance with the January 30 Requests to April 14, 2023; and

WHEREAS, the Court previously ordered the agreed-upon deadlines (Dkt. 396),

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the Parties by and through their counsel, subject to the Court's approval, that:

1. The deadline for the parties to respond to the January 30 Requests will be extended seven days, until April 7, 2023; and
2. The deadline for any motions to compel compliance with the January 30 Requests will be extended to April 21, 2023.

**IT IS SO STIPULATED.**

Dated: March 31, 2023                                                         Respectfully submitted,

| | |
|---|---|
| By: */s/ Jeffrey Faucette*<br>Jeffrey Faucette (SBN 193066)<br>**SKAGGS FAUCETTE LLP**<br>Four Embarcadero Center<br>Suite 1400 PMB #72<br>San Francisco CA 94111<br>Tel: (415) 295-1197<br>Fax: (888) 980-6547<br>jeff@skaggsfaucette.com | By: */s/ Dena C. Sharp*<br>Dena C. Sharp (SBN 245869)<br>Scott Grzenczyk (SBN 279309)<br>Tom Watts (SBN 308853)<br>Jordan Isern (SBN 343159)<br>**GIRARD SHARP LLP**<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Tel: (415) 981-4800<br>dsharp@girardsharp.com<br>scottg@girardsharp.com<br>tomw@girardsharp.com<br>jisern@girardsharp.com |
| By: */s/ Heidi K. Hubbard*<br>Heidi K. Hubbard (*pro hac vice*)<br>Stanley E. Fisher (*pro hac vice*)<br>Benjamin M. Greenblum (*pro hac vice*)<br>**WILLIAMS & CONNOLLY LLP**<br>680 Maine Avenue, S.W.<br>Washington, D.C. 20024<br>Tel: (202) 434-5000<br>Fax: (202) 434-5029<br>hhubbard@wc.com<br>sfisher@wc.com<br>bgreenblum@wc.com | By: */s/ Michael M. Buchman*<br>Michael M. Buchman (*pro hac vice*)<br>**MOTLEY RICE LLC**<br>777 Third Avenue, 27th Floor<br>New York, NY 10017<br>Tel: (212) 577-0050<br>mbuchman@motleyrice.com<br>jonileere@motleyrice.com |
| *Attorneys for Defendants Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland Limited, and Jazz Pharmaceuticals Public Limited Company* | *Interim Co-Lead Class Counsel*<br><br>By: */s/ Judith Zahid*<br>Judith A. Zahid (SBN 215418)<br>Eric W. Buetzow (SBN 253803)<br>Heather T. Rankie (SBN 268002)<br>**ZELLE LLP**<br>555 12th Street, Suite 1230<br>Oakland, CA 94607<br>Tel: (415) 693-0700<br>jzahid@zellelaw.com<br>ebuetzow@zellelaw.com<br>hrankie@zellelaw.com |
| By: */s/ Jack E. Pace III*<br>Jack E. Pace III (*pro hac vice*)<br>**WHITE & CASE LLP**<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 819-8200<br>Fax: (212) 354-8113<br>jpace@whitecase.com | |
| Kathryn J. Mims (*pro hac vice*)<br>**WHITE & CASE LLP**<br>701 Thirteenth Street, NW<br>Washington, D.C. 20005<br>Telephone: (202) 626-3600<br>Fax: (202) 639-9355<br>kmims@whitecase.com<br>Heather M. Burke (SBN 284100)<br><br>**WHITE & CASE LLP** | James R. Martin (SBN 173329)<br>Jennifer Duncan Hackett (*pro hac vice*)<br>John A. Carriel (*pro hac vice*)<br>**ZELLE LLP**<br>1775 Pennsylvania Avenue, NW,<br>Suite 375<br>Washington, D.C. 20006<br>Tel: (202) 899-4100<br>jmartin@zellelaw.com<br>jhackett@zellelaw.com |

| | | |
|---|---|---|
| 1 | 3000 El Camino Real | jcarriel@zellelaw.com |
| 2 | 2 Palo Alto Square, Suite 900 | |
| | Palo Alto, CA 94306-2109 | By: /s/ Hamish P.M. Hume |
| 3 | Tel: (650) 213-0300 | Hamish P.M. Hume (*pro hac vice*) |
| 4 | Fax: (650) 213-8158 | **BOIES SCHILLER FLEXNER LLP** |
| | hburke@whitecase.com | 1401 New York Ave, NW |

```
                                              Washington, D.C. 20005
Attorneys for Defendants Hikma               Tel: (202) 237-2727
Pharmaceuticals PLC, Eurohealth (U.S.A.),    hhume@bsfllp.com
Inc., West-Ward Pharmaceuticals Corp. n/k/a
Hikma Pharmaceuticals USA Inc., and Roxane   Beko O. Reblitz-Richardson (SBN 238027)
Laboratories, Inc. n/k/a Hikma Labs Inc.     BOIES SCHILLER FLEXNER LLP
                                              44 Montgomery Street, 41st Floor
By:  /s/ Devora W. Allon                     San Francisco, CA 94104
Devora W. Allon, P.C. (pro hac vice)         Tel: (415) 293-6800
Jay P. Lefkowitz, P.C. (pro hac vice)        brichardson@bsfllp.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue                         Attorneys for Plaintiff United HealthCare
New York, NY 10022                           Services, Inc.
Tel: (212) 446-4800
devora.allon@kirkland.com
lefkowitz@kirkland.com                       By:  /s/ Matthew S. Weiler
                                              Todd M. Schneider (SBN 158253)
                                              Jason H. Kim (SBN 220279)
Attorneys for Defendants Lupin Pharmaceuticals Matthew S. Weiler (SBN 236052)
Inc., Lupin Inc., and Lupin Ltd.              SCHNEIDER WALLACE
                                              COTTRELL KONECKY LLP
By:  /s/ Matthew H. Ladner                   2000 Powell Street, Suite 1400
TROUTMAN PEPPER HAMILTON                     Emeryville, CA 94608
SANDERS LLP                                   TSchneider@schneiderwallace.com
Two California Plaza                          KJKim@schneiderwallace.com
350 South Grand Ave.                          MWeiler@schneiderwallace.com
Los Angeles, CA 90071
Tel: (213) 928-9816                           Peter D. St. Phillip
matthew.ladner@troutman.com                  Uriel Rabinvoitz
                                              Noelle Ruggiero
Attorney for Defendant Amneal                LOWEY DANNENBERG, P.C.
Pharmaceuticals, LLC                          44 South Broadway, Suite 1100
                                              White Plains, NY 10601
                                              PStPhillip@lowey.com
                                              URabinovitz@lowey.com
                                              Nruggiero@lowey.com

                                              Counsel for Plaintiffs Humana Inc., Molina
                                              Healthcare, Inc., and Health Care Service
                                              Corporation, Inc.
```

**FILER'S ATTESTATION**

I, Judith A. Zahid, am the ECF user whose identification and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

/s/ *Judith A. Zahid*
Judith A. Zahid

**ORDER**

**IT IS SO ORDERED.**

Dated: March 31, 2023

HON. RICHARD SEEBORG