[Counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN RE: XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION

Case No. 5:20-md-02966-RS-SVK

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE**

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff United HealthCare Services, Inc. ("UHS") and Defendants Amneal Pharmaceuticals LLC ("Amneal") and Lupin Pharmaceuticals, Inc. and Lupin, Inc. (collectively, "Lupin") (collectively, the "Parties") hereby stipulate as follows:

WHEREAS, the Close of Fact Discovery was on January 30, 2023 (Dkt. 367);

WHEREAS, UHS on January 30, 2023, served upon Amneal and Lupin other certain written discovery requests ("January 30 Requests"), and the deadline for Amneal and Lupin to respond to those requests pursuant to Fed. R. Civ. P. 33(b)(2) and 36(a)(3) was originally March 1, 2023;

WHEREAS, the Deadline for Discovery-Related Motions Relating to Written Discovery Responses Served after January 30 was originally set for seven days after the service of such responses (Dkt. 367);

WHEREAS, the Parties previously agreed to extend the January 30 Requests deadline to March 31, 2023, and then again to April 7, 2023;

| | |
|---|---|
| 1 | WHEREAS, the Parties also previously agreed to extend the deadline for any motions to compel compliance with the January 30 Requests to April 14, 2023, and then again to April 21, 2023; |
| 2 | WHEREAS, the Court previously ordered the agreed-upon deadlines (Dkt. 396); |
| 3 | WHEREAS, the Court provided guidance to the Parties at the Case Management Conference held on January 23, 2023 that the Parties should stipulate to any discovery that would occur after the close of fact discovery; |
| 4 | WHEREAS, these extensions will not affect any other aspect of the case schedule; and |
| 5 | WHEREAS, this stipulation is limited to the response and motion deadlines for the January 30 Requests, and does not otherwise reopen or extend the close of fact discovery; |
| 6 | NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the Parties by and through their counsel, subject to the Court's approval, that: |

WHEREAS, the Parties also previously agreed to extend the deadline for any motions to compel compliance with the January 30 Requests to April 14, 2023, and then again to April 21, 2023;

WHEREAS, the Court previously ordered the agreed-upon deadlines (Dkt. 396);

WHEREAS, the Court provided guidance to the Parties at the Case Management Conference held on January 23, 2023 that the Parties should stipulate to any discovery that would occur after the close of fact discovery;

WHEREAS, these extensions will not affect any other aspect of the case schedule; and

WHEREAS, this stipulation is limited to the response and motion deadlines for the January 30 Requests, and does not otherwise reopen or extend the close of fact discovery;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the Parties by and through their counsel, subject to the Court's approval, that:

1. The deadline for Amneal and Lupin respectively to respond to the January 30 Requests will be extended to May 11, 2023; and

2. The deadline for any motions to compel compliance with the January 30 Requests will be extended to May 25, 2023.

**IT IS SO STIPULATED.**

Dated: April 13, 2023                                       Respectfully submitted,

2
STIPULATION RE CASE SCHEDULE
CASE NO. 5:20-MD-02966-RS-SVK

| | | |
|---|---|---|
| 1 | By: */s/ Devora W. Allon* | By: */s/ Judith Zahid* |
| 2 | Devora W. Allon, P.C. (*pro hac vice*)<br>Jay P. Lefkowitz, P.C. (*pro hac vice*) | Judith A. Zahid (SBN 215418)<br>Eric W. Buetzow (SBN 253803) |
| 3 | **KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue | Heather T. Rankie (SBN 268002)<br>**ZELLE LLP** |

By: */s/ Devora W. Allon*
Devora W. Allon, P.C. (*pro hac vice*)
Jay P. Lefkowitz, P.C. (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
devora.allon@kirkland.com
lefkowitz@kirkland.com

*Attorneys for Defendants Lupin Pharmaceuticals Inc., Lupin Inc., and Lupin Ltd.*

By: */s/ Matthew H. Ladner*
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Two California Plaza
350 South Grand Ave.
Los Angeles, CA 90071
Tel: (213) 928-9816
matthew.ladner@troutman.com

*Attorney for Defendant Amneal Pharmaceuticals, LLC*

By: */s/ Judith Zahid*
Judith A. Zahid (SBN 215418)
Eric W. Buetzow (SBN 253803)
Heather T. Rankie (SBN 268002)
**ZELLE LLP**
555 12th Street, Suite 1230
Oakland, CA 94607
Tel: (415) 693-0700
jzahid@zelle.com
ebuetzow@zelle.com
hrankie@zelle.com

James R. Martin (SBN 173329)
Jennifer Duncan Hackett (*pro hac vice*)
John A. Carriel (*pro hac vice*)
**ZELLE LLP**
1775 Pennsylvania Avenue, NW, Suite 375
Washington, D.C. 20006
Tel: (202) 899-4100
jmartin@zelle.com
jhackett@zelle.com
jcarriel@zelle.com

By: */s/ Hamish P.M. Hume*
Hamish P.M. Hume (*pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, D.C. 20005
Tel: (202) 237-2727
hhume@bsfllp.com

Beko O. Reblitz-Richardson (SBN 238027)
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293-6800
brichardson@bsfllp.com

*Attorneys for Plaintiff United HealthCare Services, Inc.*

**FILER'S ATTESTATION**

I, Devora W. Allon, hereby attest that all signatories hereto concur in this filing.

                           */s/ Devora W. Allon*

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: _____                       _____

                                                                           HONORABLE RICHARD SEEBORG