1

2

[Counsel listed on signature page]

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

10

11

Case No. 3:20-md-02966-RS-SVK

12

IN RE: XYREM (SODIUM OXYBATE)
ANTITRUST LITIGATION

**JOINT STIPULATION AND**
**[PROPOSED] ORDER REGARDING**
**CASE SCHEDULE**

13

14

15

16

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs in the Consolidated Class Actions

17

("Class Plaintiffs"), Plaintiff United HealthCare Services, Inc. ("UHS"), and Plaintiffs Humana Inc.,

18

Molina Healthcare, Inc., and Health Care Service Corporation, Inc. (with Class Plaintiffs, the

19

"Plaintiffs"), and Defendants Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland Limited, Jazz

20

Pharmaceuticals Public Limited Company, EuroHealth (USA), Inc., Hikma Pharmaceuticals USA,

21

Inc. (f/k/a West-Ward Pharmaceuticals Corp.), and Hikma Labs Inc. (f/k/a Roxane Laboratories,

22

Inc.) (collectively, the "Parties") hereby stipulate as follows:

23

WHEREAS, the Close of Fact Discovery was on January 30, 2023 (Dkt. 367);

24

WHEREAS, the Parties on January 30, 2023, served upon each other certain written

25

discovery requests ("January 30 Requests"), and the deadline for the parties to respond to those

26

requests pursuant to Fed. R. Civ. P. 33(b)(2) and 36(a)(3) was originally March 1, 2023;

27

WHEREAS, the Deadline for Discovery-Related Motions Relating to Written Discovery

28

1    Responses Served after January 30 was originally set for seven days after the service of such

2    responses (Dkt. 367);

3         WHEREAS, the Court provided guidance to the Parties at the Case Management Conference

4    held on January 23, 2023 that the Parties should stipulate to any discovery that would occur after the

5    close of fact discovery;

6         WHEREAS, the Parties previously agreed to extend the deadline for responding to the

7    January 30 discovery requests to March 31, 2023, and then again to April 7, 2023;

8         WHEREAS, the Parties served responses and objections to the January 30 Requests on April

9    7, 2023;

10        WHEREAS, the Parties also previously agreed to extend the deadline for any motions to

11   compel compliance with the January 30 Requests to April 14, 2023, and then again to April 21, 2023;

12        WHEREAS, the Court previously ordered the agreed-upon deadlines (Dkt. 470);

13        WHEREAS, this stipulation is limited to the motion deadline for the January 30 Requests,

14   and does not otherwise reopen or extend the close of fact discovery;

15        WHEREAS, the agreed-upon extension will not affect any other aspect of the case schedule;

16        NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the Parties

17   by and through their counsel, subject to the Court's approval, that:

18        1.  The deadline for any motions to compel compliance with the January 30 Requests will be

19            extended to May 25, 2023.

20        **IT IS SO STIPULATED.**

21

22   Dated: April 21, 2023                                    Respectfully submitted,

23

24

25

26

27

28
                                                2
                          STIPULATION RE CASE SCHEDULE
                          CASE NO. 3:20-MD-02966-RS-SVK

| | |
|---|---|
| 1 | By: /s/ Jeffrey Faucette |
| 2 | Jeffrey Faucette (SBN 193066) |

By: /s/ Jeffrey Faucette
Jeffrey Faucette (SBN 193066)
**SKAGGS FAUCETTE LLP**
Four Embarcadero Center
Suite 1400 PMB #72
San Francisco CA 94111
Tel: (415) 295-1197
Fax: (888) 980-6547
jeff@skaggsfaucette.com

By: /s/ Heidi K. Hubbard
Heidi K. Hubbard (*pro hac vice*)
Stanley E. Fisher (*pro hac vice*)
Benjamin M. Greenblum (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, S.W.
Washington, D.C. 20024
Tel: (202) 434-5000
Fax: (202) 434-5029
hhubbard@wc.com
sfisher@wc.com
bgreenblum@wc.com

*Attorneys for Defendants Jazz Pharmaceuticals,*
*Inc., Jazz Pharmaceuticals Ireland Limited,*
*and Jazz Pharmaceuticals Public Limited*
*Company*

By: /s/ Jack E. Pace III
Jack E. Pace III (*pro hac vice*)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Fax: (212) 354-8113
jpace@whitecase.com

Kathryn J. Mims (*pro hac vice*)
**WHITE & CASE LLP**
701 Thirteenth Street, NW
Washington, D.C. 20005
Telephone: (202) 626-3600
Fax: (202) 639-9355
kmims@whitecase.com
Heather M. Burke (SBN 284100)

By: /s/ Dena C. Sharp
Dena C. Sharp (SBN 245869)
Scott Grzenczyk (SBN 279309)
Tom Watts (SBN 308853)
Jordan Isern (SBN 343159)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
dsharp@girardsharp.com
scottg@girardsharp.com
tomw@girardsharp.com
jisern@girardsharp.com

By: /s/ Michael M. Buchman
Michael M. Buchman (*pro hac vice*)
Jacob Onile-Ere (*pro hac vice*)
**MOTLEY RICE LLC**
777 Third Avenue, 27th Floor
New York, NY 10017
Tel: (212) 577-0050
mbuchman@motleyrice.com
jonileere@motleyrice.com

*Interim Co-Lead Class Counsel*

By: /s/ Judith Zahid
Judith A. Zahid (SBN 215418)
Eric W. Buetzow (SBN 253803)
Heather T. Rankie (SBN 268002)
**ZELLE LLP**
555 12th Street, Suite 1230
Oakland, CA 94607
Tel: (415) 693-0700
jzahid@zelle.com
ebuetzow@zelle.com
hrankie@zelle.com

James R. Martin (SBN 173329)
Jennifer Duncan Hackett (*pro hac vice*)
John A. Carriel (*pro hac vice*)
**ZELLE LLP**
1775 Pennsylvania Avenue, NW,
Suite 375
Washington, D.C. 20006
Tel: (202) 899-4100

3

STIPULATION RE CASE SCHEDULE
Case No. 3:20-MD-02966-RS-SVK

**WHITE & CASE LLP**
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Tel: (650) 213-0300
Fax: (650) 213-8158
hburke@whitecase.com

*Attorneys for Defendants Hikma*
*Pharmaceuticals PLC, Eurohealth (U.S.A.),*
*Inc., West-Ward Pharmaceuticals Corp. n/k/a*
*Hikma Pharmaceuticals USA Inc., and Roxane*
*Laboratories, Inc. n/k/a Hikma Labs Inc.*

jmartin@zelle.com
jhackett@zelle.com
jcarriel@zelle.com

By: */s/ Hamish P.M. Hume*
Hamish P.M. Hume (*pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, D.C. 20005
Tel: (202) 237-2727
hhume@bsfllp.com

Beko O. Reblitz-Richardson (SBN 238027)
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293-6800
brichardson@bsfllp.com

*Attorneys for Plaintiff United HealthCare*
*Services, Inc.*

By: */s/ Matthew S. Weiler*
Todd M. Schneider (SBN 158253)
Jason H. Kim (SBN 220279)
Matthew S. Weiler (SBN 236052)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
TSchneider@schneiderwallace.com
KJKim@schneiderwallace.com
MWeiler@schneiderwallace.com

Peter D. St. Phillip
Uriel Rabinvoitz
Noelle Ruggiero
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
PStPhillip@lowey.com
URabinovitz@lowey.com
Nruggiero@lowey.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Counsel for Plaintiffs Humana Inc., Molina Healthcare, Inc., and Health Care Service Corporation, Inc.*

5

STIPULATION RE CASE SCHEDULE
CASE NO. 3:20-MD-02966-RS-SVK

**FILER'S ATTESTATION**

I, Natalie Peelish, am the ECF user whose identification and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

*/s/ Natalie Peelish*

**ORDER**

**IT IS SO ORDERED.**

Dated: _____          _____

HON. RICHARD SEEBORG

STIPULATION RE CASE SCHEDULE
CASE NO. 3:20-MD-02966-RS-SVK