United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No.  20-md-02966-RS   (SVK)

IN RE XYREM (SODIUM OXYBATE)
ANTITRUST LITIGATION

**ORDER ON JOINT DISCOVERY
SUBMISSION**

Re: Dkt. No. 506

Before the Court is the Parties' Joint Discovery Submission regarding three interrogatories directed to Defendants Hikma and Jazz.  Plaintiffs seek an order compelling further responses. The Court has reviewed the submission, the relevant law and the litigation history in this action and determines that this matter may be resolved without oral argument.  Civ. L.R. 7-1(b).  The Court's rulings are set forth in the attached Exhibit A.

**SO ORDERED.**

Dated: June 1, 2023

SUSAN VAN KEULEN
United States Magistrate Judge