United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No.  20-md-02966-RS

IN RE XYREM (SODIUM OXYBATE)
ANTITRUST LITIGATION

**ORDER TO RESPOND**

Plaintiffs have filed a motion for relief from a nondispositive magistrate judge order regarding three sets of interrogatories they served on Defendants Jazz and Hikma. *See* Dkt. 515. Defendants shall submit a response to this motion no later than June 26, 2023. The response shall not exceed 5 pages (not including declarations and exhibits).

**IT IS SO ORDERED**.

Dated: June 20, 2023

_____
RICHARD SEEBORG
Chief United States District Judge