

June 29, 2023

**VIA ECF**

Chief District Judge Richard Seeborg
United States District Court
Northern District of California
San Francisco Courthouse, Courtroom 3
450 Golden Gate Avenue
San Francisco, California 94102

Re: *In re Xyrem (Sodium Oxybate) Antitrust Litigation*, Case No. 3:20-md-02966-RS

Dear Judge Seeborg,

    I write regarding the Court's June 9, 2023, Order on Sealing Motions (Dkt. 510) (the "Order"). The Order stated, "some Defendants and non-parties are ordered to file initial and/or revised responsive statements regarding sealing; these statements shall be filed no later than June 27, 2023." *Id.* at 11. The non-parties ordered to file statements relevant to Class Plaintiffs' filings were Prime Therapeutics, Inc. ("Prime") and Teva Pharmaceutical Industries, Ltd. ("Teva").

    Co-Lead Class Counsel informed counsel for Prime and Teva of the Court's Order and the June 27, 2023 deadline and, having not received a response, followed-up with both on June 26, 2023. On June 27, 2023, Prime informed Co-Lead Counsel that it did not intend to file an administrative motion to seal in response to the Order. Co-Lead Class Counsel has not received a response from Teva.

    We are happy to answer any questions the Court may have at its convenience.

Respectfully submitted,

*/s/ Scott Grzenczyk*

Scott Grzenczyk

(415) 981-4800      601 California Street, Suite 1400      www.girardsharp.com
San Francisco, CA 94108