[Counsel listed on signature page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION | Case No. 3:20-md-02966-RS-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' INTERROGATORIES TO JAZZ AND HIKMA** |

Pursuant to the Court's Order (Dkt. 528), Plaintiffs in the Consolidated Class Actions ("Class Plaintiffs"), Plaintiff United HealthCare Services, Inc. ("UHS"), and Plaintiffs Humana Inc., Molina Healthcare, Inc., and Health Care Service Corporation, Inc. (with Class Plaintiffs, the "Plaintiffs"), and Defendants Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland Limited, and Jazz Pharmaceuticals Public Limited Company ("Jazz"), Hikma Pharmaceuticals USA, Inc. (f/k/a West-Ward Pharmaceuticals Corp.), Hikma Labs Inc. (f/k/a Roxane Laboratories, Inc.) ("Defendants") (with Plaintiffs, the "Parties"), hereby stipulate as follows:

WHEREAS, the Court denied in part and remanded in part Plaintiffs' motion for relief from the non-dispositive pretrial order from the Magistrate Judge (Dkt. 527);

WHEREAS, the Court remanded the issue of timeliness for Plaintiffs to raise a dispute regarding interrogatories 12 and 16 to Hikma, and interrogatories 13 and 17 to Jazz (Dkt. 527);

WHEREAS, the Court ordered the Parties to meet and confer on the substance of the underlying dispute and the issue on remand, and to submit a new joint statement to Magistrate

1  Judge van Keulen by July 19, 2023 (Dkt. 528);

2  WHEREAS, in accordance with the Court's order, the Parties met and conferred on July 13,

3  2023, and have resolved the dispute;

4  WHEREAS, on May 25, 2023, Defendants represented that their responses to the

5  interrogatories were based on their knowledge available at that time;

6  WHEREAS, Defendants represent that their responses to the interrogatories at issue are in

7  compliance with Federal Rule of Civil Procedure 26(e) and agree to supplement those responses as

8  needed in accordance with the Federal Rule of Civil Procedure 26(e);

9  WHEREAS, Plaintiffs intend to rely on Defendants' representation;

10  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the Parties

11  by and through their counsel, subject to the Court's approval, that the Parties have resolved their

12  present dispute regarding Defendants' responses to interrogatories 12–13 and 16–17.

13

14  **IT IS SO STIPULATED.**

15  Dated: July 19, 2023                               Respectfully submitted,

17  By: */s/ Jeffrey Faucette*                         By: */s/ Dena C. Sharp*
    Jeffrey Faucette (SBN 193066)                     Dena C. Sharp (SBN 245869)
18  **SKAGGS FAUCETTE LLP**                           Scott Grzenczyk (SBN 279309)
    Four Embarcadero Center                           Tom Watts (SBN 308853)
19  Suite 1400 PMB #72                                Jordan Isern (SBN 343159)
    San Francisco CA 94111                            **GIRARD SHARP LLP**
20  Tel: (415) 295-1197                               601 California Street, Suite 1400
    Fax: (888) 980-6547                               San Francisco, CA 94108
21  jeff@skaggsfaucette.com                           Tel: (415) 981-4800
                                                      dsharp@girardsharp.com
22  By: */s/ Heidi K. Hubbard*                        scottg@girardsharp.com
23  Heidi K. Hubbard (*pro hac vice*)                 tomw@girardsharp.com
    Stanley E. Fisher (*pro hac vice*)                jisern@girardsharp.com
24  Benjamin M. Greenblum (*pro hac vice*)
    **WILLIAMS & CONNOLLY LLP**                       By: */s/ Michael M. Buchman*
25  680 Maine Avenue, S.W.                            Michael M. Buchman (*pro hac vice*)
26  Washington, D.C. 20024                            **MOTLEY RICE LLC**
    Tel: (202) 434-5000                               777 Third Avenue, 27th Floor
27  Fax: (202) 434-5029                               New York, NY 10017

28

| | |
|---|---|
| hhubbard@wc.com <br> sfisher@wc.com <br> bgreenblum@wc.com <br><br> *Attorneys for Defendants Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland Limited, and Jazz Pharmaceuticals Public Limited Company* <br><br> By:  */s/ Jack E. Pace III* <br> Jack E. Pace III (*pro hac vice*) <br> **WHITE & CASE LLP** <br> 1221 Avenue of the Americas <br> New York, NY 10020 <br> Telephone: (212) 819-8200 <br> Fax: (212) 354-8113 <br> jpace@whitecase.com <br><br> Kathryn J. Mims (*pro hac vice*) <br> **WHITE & CASE LLP** <br> 701 Thirteenth Street, NW <br> Washington, D.C. 20005 <br> Telephone: (202) 626-3600 <br> Fax: (202) 639-9355 <br> kmims@whitecase.com <br> Heather M. Burke (SBN 284100) <br><br> **WHITE & CASE LLP** <br> 3000 El Camino Real <br> 2 Palo Alto Square, Suite 900 <br> Palo Alto, CA 94306-2109 <br> Tel: (650) 213-0300 <br> Fax: (650) 213-8158 <br> hburke@whitecase.com <br><br> *Attorneys for Defendants Hikma Pharmaceuticals PLC, Eurohealth (U.S.A.), Inc., West-Ward Pharmaceuticals Corp. n/k/a Hikma Pharmaceuticals USA Inc., and Roxane Laboratories, Inc. n/k/a Hikma Labs Inc.* | Tel: (212) 577-0050 <br> mbuchman@motleyrice.com <br><br> *Co-Lead Class Counsel* <br><br> By: */s/ Judith Zahid* <br> Judith A. Zahid (SBN 215418) <br> Eric W. Buetzow (SBN 253803) <br> Heather T. Rankie (SBN 268002) <br> **ZELLE LLP** <br> 555 12th Street, Suite 1230 <br> Oakland, CA 94607 <br> Tel: (415) 693-0700 <br> jzahid@zelle.com <br> ebuetzow@zelle.com <br> hrankie@zelle.com <br><br> James R. Martin (SBN 173329) <br> Jennifer Duncan Hackett (*pro hac vice*) <br> John A. Carriel (*pro hac vice*) <br> **ZELLE LLP** <br> 1775 Pennsylvania Avenue, NW, <br> Suite 375 <br> Washington, D.C. 20006 <br> Tel: (202) 899-4100 <br> jmartin@zelle.com <br> jhackett@zelle.com <br> jcarriel@zelle.com <br><br> By: */s/ Hamish P.M. Hume* <br> Hamish P.M. Hume (*pro hac vice*) <br> **BOIES SCHILLER FLEXNER LLP** <br> 1401 New York Ave, NW <br> Washington, D.C. 20005 <br> Tel: (202) 237-2727 <br> hhume@bsfllp.com <br><br> Beko O. Reblitz-Richardson (SBN 238027) <br> **BOIES SCHILLER FLEXNER LLP** <br> 44 Montgomery Street, 41st Floor <br> San Francisco, CA 94104 <br> Tel: (415) 293-6800 <br> brichardson@bsfllp.com <br><br> *Attorneys for Plaintiff United HealthCare Services, Inc.* |

3

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' INTERROGATORIES TO JAZZ AND HIKMA
Case No. 3:20-md-02966-RS

By: */s/ Matthew S. Weiler*
Todd M. Schneider (SBN 158253)
Jason H. Kim (SBN 220279)
Matthew S. Weiler (SBN 236052)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
TSchneider@schneiderwallace.com
KJKim@schneiderwallace.com
MWeiler@schneiderwallace.com

Peter D. St. Phillip
Uriel Rabinvoitz
Noelle Ruggiero
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
PStPhillip@lowey.com
URabinovitz@lowey.com
Nruggiero@lowey.com

*Counsel for Plaintiffs Humana Inc., Molina Healthcare, Inc., and Health Care Service Corporation, Inc.*

**FILER'S ATTESTATION**

I, Dena C. Sharp, am the ECF user whose identification and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

/s/ Dena C. Sharp
Dena C. Sharp

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: _____          _____
                                HON. RICHARD SEEBORG
                                UNITED STATES CHIEF DISTRICT JUDGE