[*Counsel listed on signature page*]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION | Case No. 3:20-md-02966-RS<br><br>**JOINT STIPULATION AND ORDER TO CHANGE THE DATE OF THE AUGUST 10, 2023 CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs in the Consolidated Class Actions ("Class Plaintiffs"), Plaintiff United Healthcare Services, Inc. ("UHS"), Plaintiffs Humana Inc., Molina Healthcare, Inc., and Health Care Service Corporation, Inc. (with Class Plaintiffs, the "Plaintiffs"), and  and Defendants Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland Limited, and Jazz Pharmaceuticals Public Limited Company, Hikma Pharmaceuticals USA, Inc. (f/k/a West-Ward Pharmaceuticals Corp.), Hikma Labs Inc. (f/k/a Roxane Laboratories, Inc.), Amneal Pharmaceuticals LLC, Lupin Pharmaceuticals, Inc., and Lupin, Inc. ("Defendants") (with Plaintiffs, the "Parties") hereby stipulate and ask the Court to adjust the date of the next Case Management Conference in the above-referenced matter, currently set for Thursday, August 10, 2023, at 10:00 a.m., to August 17, 2023, at 10:00 a.m.:

1

JOINT STIPULATION AND ORDER TO CHANGE THE DATE OF THE AUGUST 10, 2023 CASE MANAGEMENT CONFERENCE
CASE NO. 3:20-MD-02966-RS

1  WHEREAS, the Case Management Conference is currently set for August 10, 2023, at 10:00
2  a.m., but class counsel has a conflict at that time;

3  WHEREAS, the Parties have conferred and agree, subject to this Court's approval, to
4  reschedule the Case Managemnt Conference to August 17, 2023;

5  WHEREAS, the Parties will submit their case management statement, as planned, on August
6  3, 2023;

7  WHEREAS, the proposed change of date will not alter the date of any event or any deadline
8  already fixed by Court order;

9  NOW THEREFORE, the Parties, through their undersigned counsel, hereby stipulate and
10  respectfully request that the Court enter an Order rescheduling the next Case Management
11  Conference to August 17, 2023, at 10 a.m.

13  **IT IS SO STIPULATED.**

15  Dated: August 3, 2023                              Respectfully submitted,

16  By: /s/ Jeffrey Faucette                           By: /s/ Dena C. Sharp
17  Jeffrey Faucette (SBN 193066)                      Dena C. Sharp (SBN 245869)
    **SKAGGS FAUCETTE LLP**                            Scott Grzenczyk (SBN 279309)
18  Four Embarcadero Center                            Tom Watts (SBN 308853)
    Suite 1400 PMB #72                                 Jordan Isern (SBN 343159)
19  San Francisco CA 94111                             **GIRARD SHARP LLP**
    Tel: (415) 295-1197                                601 California Street, Suite 1400
20  Fax: (888) 980-6547                                San Francisco, CA 94108
    jeff@skaggsfaucette.com                            Tel: (415) 981-4800
21                                                     dsharp@girardsharp.com
22  By: /s/ Heidi K. Hubbard                           scottg@girardsharp.com
    Heidi K. Hubbard (*pro hac vice*)                  tomw@girardsharp.com
23  Stanley E. Fisher (*pro hac vice*)                 jisern@girardsharp.com
    Benjamin M. Greenblum (*pro hac vice*)
24  **WILLIAMS & CONNOLLY LLP**                        By: /s/ Michael M. Buchman
25  680 Maine Avenue, S.W.                             Michael M. Buchman (*pro hac vice*)
    Washington, D.C. 20024                             Jacob Onile-Ere (*pro hac vice*)
26  Tel: (202) 434-5000                                **MOTLEY RICE LLC**
    Fax: (202) 434-5029                                777 Third Avenue, 27th Floor
27  hhubbard@wc.com                                    New York, NY 10017

28
2
JOINT STIPULATION AND ORDER TO CHANGE THE DATE OF THE AUGUST 10,
2023 CASE MANAGEMENT CONFERENCE
CASE NO. 3:20-MD-02966-RS

| | | |
|---|---|---|
| 1 | sfisher@wc.com | Tel: (212) 577-0050 |
| 2 | bgreenblum@wc.com | mbuchman@motleyrice.com |
| | | jonileere@motleyrice.com |

*Attorneys for Defendants Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland Limited, and Jazz Pharmaceuticals Public Limited Company*

*Co-Lead Class Counsel*

By: /s/ *Jack E. Pace III*
Jack E. Pace III (*pro hac vice*)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Fax: (212) 354-8113
jpace@whitecase.com

Kathryn J. Mims (*pro hac vice*)
**WHITE & CASE LLP**
701 Thirteenth Street, NW
Washington, D.C. 20005
Telephone: (202) 626-3600
Fax: (202) 639-9355
kmims@whitecase.com

Heather M. Burke (SBN 284100)

**WHITE & CASE LLP**
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Tel: (650) 213-0300
Fax: (650) 213-8158
hburke@whitecase.com

*Attorneys for Defendants Hikma Pharmaceuticals PLC, Eurohealth (U.S.A.), Inc., West-Ward Pharmaceuticals Corp. n/k/a Hikma Pharmaceuticals USA Inc., and Roxane Laboratories, Inc. n/k/a Hikma Labs Inc.*

By: /s/ *Devora W. Allon*
Devora W. Allon, P.C. (*pro hac vice*)
Jay P. Lefkowitz, P.C. (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022

Tel: (212) 446-4800
devora.allon@kirkland.com
lefkowitz@kirkland.com

*Attorneys for Defendants Lupin Pharmaceuticals Inc., Lupin Inc., and Lupin Ltd.*

By: */s/ Matthew H. Ladner*
Matthew H. Ladner (SBN 284594)
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
350 S. Grand Ave., Suite 3400
Los Angeles, CA 90071
Telephone: 213.928.9800
Facsimile: 213.928.9850
matthew.ladner@troutman.com

By: */s/ Robin P. Sumner*
Robin P. Sumner (*pro hac vice*)
Melissa Hatch O'Donnell (*pro hac vice*)
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
3000 Two Logan Square
Philadelphia, PA 19103
Telephone: 215.981.4652
robin.sumner@troutman.com
melissa.odonnell@troutman.com

*Attorneys for Defendant Amneal Pharmaceuticals LLC*

4

JOINT STIPULATION AND ORDER TO CHANGE THE DATE OF THE AUGUST 10, 2023 CASE MANAGEMENT CONFERENCE
CASE NO. 3:20-MD-02966-RS

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Dena C. Sharp, am the ECF user whose identification and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

*/s/ Dena C. Sharp*
*Dena C. Sharp*

5

JOINT STIPULATION ANDORDER TO CHANGE THE DATE OF THE AUGUST 10, 2023 CASE MANAGEMENT CONFERENCE
CASE NO. 3:20-MD-02966-RS

**ORDER**

**IT IS SO ORDERED.**

Dated: August 4, 2023

_____
HON. RICHARD SEEBORG
UNITED STATES CHIEF DISTRICT JUDGE