[Submitting counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Actions | Case No. 5:20-md-02966-RS-SVK<br><br>**NOTICE OF CHANGE IN COUNSEL FOR JAZZ PHARMACEUTICALS, INC., JAZZ PHARMACEUTICALS IRELAND, LTD., AND JAZZ PHARMACEUTICALS PLC** |

TO THE CLERK OF COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, under Civil Local Rule 5-1(c)(2)(C), Kristin L. Froehle of Williams & Connolly LLP hereby withdraws as an attorney of record for Defendants Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland, Limited, and Jazz Pharmaceuticals Public Limited Company (collectively, "Jazz"). Williams & Connolly LLP and Skaggs Faucette LLP will continue to represent Jazz in this matter.

Dated: October 31, 2023

Respectfully submitted,

By: /s/ Jeffrey Faucette
Jeffrey Faucette (State Bar No. 193066)
**SKAGGS FAUCETTE LLP**
Four Embarcadero Center
Suite 1400 PMB #72
San Francisco CA 94111
Tel: (415) 295-1197
Fax: (888) 980-6547
jeff@skaggsfaucette.com

By: /s/ Heidi K. Hubbard
Heidi K. Hubbard (*pro hac vice*)
Stanley E. Fisher (*pro hac vice*)
Benjamin M. Greenblum (*pro hac vice*)
Alexander S. Zolan (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue S.W.
Washington, D.C. 20024
Tel: (202) 434-5000
Fax: (202) 434-5029
hhubbard@wc.com
sfisher@wc.com
bgreenblum@wc.com
azolan@wc.com

*Attorneys for Defendants Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland, Ltd., and Jazz Pharmaceuticals plc*

### FILER'S ATTESTATION

I, Jeffrey Faucette, am the ECF user whose identification and password are being used to file the foregoing document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

                                                                    */s/ Jeffrey Faucette*