United States District Court
Northern District of California

1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

10                                                Case No.  20-md-02966-RS

11

IN RE XYREM (SODIUM OXYBATE)                      **ORDER SETTING BRIEFING**
12   ANTITRUST LITIGATION                          **SCHEDULES**

13

14

15          In their Joint Case Management Statement, Class Plaintiffs represent they plan to file a

16   motion to amend the Damages Class definition, and all Plaintiffs represent they plan to file a

17   motion to supplement certain expert reports. Accordingly, Plaintiffs ask this Court to set briefing

18   schedules that would require any such motions to be filed by June 19, 2024. Defendants oppose

19   these requests, even to the extent Plaintiffs simply seek to set briefing schedules, in part because

20   of the alleged "impropriety of the change that Class Plaintiffs seek to make to the Class

21   Definition." Dkt. 555, at 6. Whether Class Plaintiffs may amend the Damages Class definition and

22   whether Plaintiffs may supplement their expert reports are questions best resolved by briefing.

23   Accordingly, Plaintiffs' requests to set a June 19, 2024, deadline to file both motions are granted.

24          Plaintiffs also seek an order reopening discovery so that they may serve a subpoena on

25   third-party Avadel Pharmaceuticals for data regarding the sales and pricing of Lumryz, a sodium

26   oxybate product that "came onto the market in June 2023." *Id.* at 9. They contend any such

27   subpoena may require months to serve and resolve. It would be premature to reopen fact discovery

28   as to the Class Plaintiffs where Class Plaintiffs' motion to amend has yet to be resolved. Further,

1   there is no evidence any non-Class Plaintiff currently intends to proceed to trial with a "damages

2   claim past June 2023." *Id.* at 10. Absent a showing from either Class Plaintiffs or a non-Class

3   Plaintiff of a specific intention to pursue damages dependent on collecting this data, reopening fact

4   discovery would be premature.

5       Class Plaintiffs must file any motion to amend the Damages Class definition by June 19,

6   2024. Plaintiffs must file any motion to supplement expert reports by June 19, 2024. Plaintiffs'

7   request to reopen fact discovery is denied without prejudice.

8

9   **IT IS SO ORDERED**.

10

11   Dated: December 6, 2023

12   _____

13   RICHARD SEEBORG
    Chief United States District Judge

United States District Court
Northern District of California