UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION | Case No. 20-md-02966-RS<br><br>**ORDER FOR BRIEFING** |

Plaintiffs seek final approval of their settlement agreement with Defendants Amneal and Lupin. The Settlement Agreement provides for a $3.4 million fund to be used for ongoing litigation expenses and costs against the remaining Defendants in this litigation. More information is needed to evaluate the fairness, adequacy, and reasonableness of this sum. Specifically, the motion for final approval does not provide information necessary to determine whether $3.4 million constitutes a fair settlement in the context of the potential maximum value of the claims at issue. Plaintiffs' motion, furthermore, does not confirm whether Defendants gave notice as required by the Class Action Fairness Act. *See* 28 U.S.C. § 1715(b), (d). Therefore, by January 9, 2024, Plaintiffs are directed to submit limited additional briefing, not to exceed 10 pages, (1) providing context for the $3.4 million settlement figure and (2) confirming whether Defendants provided the required CAFA notice.

**IT IS SO ORDERED**.

Dated: January 2, 2024

_____
RICHARD SEEBORG
Chief United States District Judge