1

[Counsel listed on signature page]

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

9

10

IN RE: XYREM (SODIUM OXYBATE)
ANTITRUST LITIGATION

Case No. 3:20-md-02966-RS-SVK

11

12

**JOINT STIPULATION REGARDING**
**SUMMARY JUDGMENT AND**
***DAUBERT* BRIEFING PAGE LIMITS**

13

14

15

16       Subject to the approval of this Court, pursuant to Northern District of California Civil Local

17   Rule 7-12, the Class Plaintiffs, United HealthCare Services, Inc., Humana Inc., Molina Healthcare

18   Inc., Health Care Service Corporation, Blue Cross and Blue Shield of Florida, Inc., and Health

19   Options, Inc. (collectively "Plaintiffs"), with Defendants Jazz Pharmaceuticals, Inc., Jazz

20   Pharmaceuticals Ireland Limited, and Jazz Pharmaceuticals Public Limited Company (collectively

21   "Jazz") and Defendants Hikma Pharmaceuticals PLC, Roxane Laboratories, Inc., and Hikma

22   Pharmaceuticals USA Inc.) (collectively "Hikma," with Jazz, the "Defendants," and with Plaintiffs

23   and Jazz, the "Parties"), hereby stipulate, subject to the Court's approval, as follows:

24       WHEREAS, under the Court's August 17, 2023 Scheduling Order (ECF 540), the Parties'

25   summary judgment motions and *Daubert* motions are due to be filed on April 26, 2024;

26       WHEREAS, the Parties have conferred on page limits for this briefing, and in view of the

27   scope of their respective claims and defenses, the extent of the fact discovery record, and the number

28   (31) of experts disclosed collectively by the Parties, the Parties agree that the page limits requested

1    below for summary judgment and *Daubert* motions are reasonable;

2        NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the Parties

3    by and through their counsel, subject to the Court's approval, that:

4        1.  Each side is permitted no more than 50 pages (to be allocated between Parties on a given

5            side as they see fit) for memoranda of points and authorities in support of summary

6            judgment[1]; no more than 50 pages for their oppositions to summary judgment; and no

7            more than 30 pages of replies in support of summary judgment.

8        2.  Each side is permitted no more than 55 pages (to be allocated between Parties on a given

9            side as they see fit) for memoranda of points and authorities in support of their *Daubert*

10           motions; no more than 55 pages for their oppositions to *Daubert* motions; and no more

11           than 33 pages of replies in support of *Daubert* motions.

12       **IT IS SO STIPULATED.**

13

14   Dated: April 10, 2024                          Respectfully submitted,

15

16   By: */s/ Jeffrey Faucette*                     By: */s/ Dena C. Sharp*
     Jeffrey Faucette (SBN 193066)                  Dena C. Sharp (SBN 245869)
17   **SKAGGS FAUCETTE LLP**                         Scott Grzenczyk (SBN 279309)
     Four Embarcadero Center                         Tom Watts (SBN 308853)
18   Suite 1400 PMB #72                              Jordan Isern (SBN 343159)
     San Francisco CA 94111                          **GIRARD SHARP LLP**
19   Tel: (415) 295-1197                             601 California Street, Suite 1400
     Fax: (888) 980-6547                             San Francisco, CA 94108
20   jeff@skaggsfaucette.com                         Tel: (415) 981-4800
                                                     dsharp@girardsharp.com
21   By: */s/ Heidi K. Hubbard*                      scottg@girardsharp.com
22   Heidi K. Hubbard (*pro hac vice*)               tomw@girardsharp.com
     Stanley E. Fisher (*pro hac vice*)              jisern@girardsharp.com
23   Benjamin M. Greenblum (*pro hac vice*)
     Alexander S. Zolan (*pro hac vice*)             By: */s/ Michael M. Buchman*
24   **WILLIAMS & CONNOLLY LLP**                      Michael M. Buchman (*pro hac vice*)

25   ──────────────────────

26   [1] To the extent that one side chooses to allocate its 50 pages between more than one motion for
     summary judgment, the Parties collectively consent, subject to the Court's approval, for leave to
     file more than one such motion, provided that the motions collectively do not exceed 50 pages.
27   Likewise, to the extent one side has more than one brief in opposition to summary judgment, those
     oppositions may not exceed 50 pages in total; and to the extent one side has more than one reply in
28   support of summary judgment, those replies may not exceed 30 pages in total.

JOINT STIPULATION REGARDING PAGE LIMITS
CASE No. 3:20-md-02966-RS-SVK

| | |
|---|---|
| 680 Maine Avenue, S.W. | **MOTLEY RICE LLC** |
| Washington, D.C. 20024 | 777 Third Avenue, 27th Floor |
| Tel: (202) 434-5000 | New York, NY 10017 |
| Fax: (202) 434-5029 | Tel: (212) 577-0050 |
| hhubbard@wc.com | mbuchman@motleyrice.com |
| sfisher@wc.com | |
| bgreenblum@wc.com | *Co-Lead Class Counsel* |
| azolan@wc.com | |

*Attorneys for Defendants Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland Limited, and Jazz Pharmaceuticals Public Limited Company*

By: */s/ Jack E. Pace III*      By: */s/ Judith A. Zahid*

| | |
|---|---|
| Jack E. Pace III (*pro hac vice*) | Judith A. Zahid (SBN 215418) |
| Kathryn Swisher (*pro hac vice*) | Eric W. Buetzow (SBN 253803) |
| **WHITE & CASE LLP** | Heather T. Rankie (SBN 268002) |
| 1221 Avenue of the Americas | **ZELLE LLP** |
| New York, NY 10020 | 555 12th Street, Suite 1230 |
| Telephone: (212) 819-8200 | Oakland, CA 94607 |
| Fax: (212) 354-8113 | Tel: (415) 693-0700 |
| jpace@whitecase.com | jzahid@zellelaw.com |
| kathryn.swisher@whitecase.com | ebuetzow@zellelaw.com |
| | hrankie@zellelaw.com |
| Kathryn J. Mims (*pro hac vice*) | |
| **WHITE & CASE LLP** | James R. Martin (SBN 173329) |
| 701 Thirteenth Street, NW | Jennifer Duncan Hackett (*pro hac vice*) |
| Washington, D.C. 20005 | **ZELLE LLP** |
| Telephone: (202) 626-3600 | 1775 Pennsylvania Avenue, NW, |
| Fax: (202) 639-9355 | Suite 375 |
| kmims@whitecase.com | Washington, D.C. 20006 |
| | Tel: (202) 899-4100 |
| Heather M. Burke (SBN 284100) | jmartin@zellelaw.com |
| **WHITE & CASE LLP** | jhackett@zellelaw.com |
| 3000 El Camino Real | |
| 2 Palo Alto Square, Suite 900 | By: */s/ Hamish P.M. Hume* |
| Palo Alto, CA 94306-2109 | Hamish P.M. Hume (*pro hac vice*) |
| Tel: (650) 213-0300 | **BOIES SCHILLER FLEXNER LLP** |
| Fax: (650) 213-8158 | 1401 New York Ave, NW |
| hburke@whitecase.com | Washington, D.C. 20005 |
| | Tel: (202) 237-2727 |
| | hhume@bsfllp.com |

*Attorneys for Defendants Hikma Pharmaceuticals PLC, Eurohealth (U.S.A.), Inc., West-Ward Pharmaceuticals Corp. n/k/a Hikma Pharmaceuticals USA Inc., and Roxane Laboratories, Inc. n/k/a Hikma Labs Inc.*

Beko O. Reblitz-Richardson (SBN 238027)
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293-6800

JOINT STIPULATION REGARDING PAGE LIMITS
CASE NO. 3:20-md-02966-RS-SVK

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

bjrichardson@bsfllp.com

*Attorneys for Plaintiff United HealthCare Services, Inc.*

4

1

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

2

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in

3

the filing of this document has been obtained from the signatories above.

4

Dated: April 10, 2024

5

         */s/ Dena C. Sharp*
Dena C. Sharp

6

7

8

9

10

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

11

Date: _____, 2024

12

13

_____
The Honorable Richard Seeborg
UNITED STATES CHIEF DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28