[*Counsel listed on signature page*]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION<br><br>This Document Relates To: All Actions | Case No. 3:20-md-02966-RS-SVK |

**JOINT CASE MANAGEMENT STATEMENT**

The parties in these actions[1] have met and conferred and respectfully submit this Joint Case Management Statement in advance of the April 17, 2024, Case Management Conference.

## I. MOTIONS

### A. Motions Decided Since the Last Case Management Conference

Since the last Case Management Conference, the Court has entered the Stipulated Order Granting Illinois Attorney General's Motion to Intervene for a Limited Purpose (ECF 553), certain orders regarding schedules and for briefing (ECF 557, 565, 572, 593, 609), orders granting motions for pro hac vice (ECF 560, 591, 611) and to withdraw as counsel (ECF 597, 620), an order granting a joint stipulation for an order enforcing certain exclusion requests (ECF 576), and orders granting several motions for voluntary dismissal of certain Plaintiffs' claims against Amneal and Lupin (ECF 588, 589, 596, 602).

### B. Pending Motions

Currently pending before the Court are:

- Class Representative Plaintiffs' Notice of Motion and Motion for Final Approval of Class Action Settlement and Certification of Settlement Class. ECF 549. On April 3, 2024, Class Plaintiffs filed a notice providing the Court with updated information

---

[1] The Plaintiffs are City of Providence, Rhode Island, UFCW Local 1500 Welfare Fund, New York State Teamsters Council Health and Hospital Fund, Self-Insured Schools of California, Government Employees Health Association, Inc., Ruth Hollman, and A.F. of L. – A.G.C. Building Trades Welfare Plan ("Class Plaintiffs") (i.e. consumers and other entities that paid a portion of the price of the prescription, such as insurers, health and welfare plans, and large employers); United HealthCare Services ("United"); Humana Inc. ("Humana"); Molina Healthcare Inc. ("Molina"); and Health Care Services Corp., a Mutual Legal Reserve Company ("HCSC") (collectively "Plaintiffs"). On May 12, 2023, the Court granted a motion to dismiss Plaintiff Blue Cross and Blue Shield Association. ECF 499. The Defendants are Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland Limited, and Jazz Pharmaceuticals Plc ("Jazz"); Hikma Labs, Inc. (f/k/a Roxane Laboratories, Inc.), Hikma Pharmaceuticals USA Inc., Eurohealth (USA) Inc., and Hikma Pharmaceuticals plc ("Hikma") (together with Jazz, "Defendants").

Several former defendants are no longer a part of these proceedings. All Plaintiffs have settled their claims with Amneal Pharmaceuticals LLC ("Amneal"); Lupin Pharmaceuticals Inc., Lupin Inc., and Lupin Ltd. ("Lupin"). On August 17, 2022, Par Pharmaceutical, Inc. filed a Notice of Suggestion of Bankruptcy and Automatic Stay of Proceedings, which advised that Par and its affiliates filed voluntary petitions for relief on August 16, 2022, under title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York.

concerning the settlement and a revised [Proposed] Order Granting Final Approval. ECF 621.

- Class Plaintiffs' Motion for Entry of a Set-Aside Order. ECF 513. The motion is fully briefed and was heard on January 11, 2024.

- Motion for an Order Enforcing Certain Exclusion Requests. ECF 513. On February 15, 2024, Class Plaintiffs and the insurers seeking to enforce exclusion requests submitted on behalf of their administrative services only (ASO) clients entered a stipulation resolving the motion as to the requests for exclusion from the Amneal and Lupin Settlement Class. ECF 586. Class Plaintiffs and the insurers continue to meet and confer concerning their requests to exclude their ASO clients from the Damages Class. In light of these circumstances and given the terms of the pending settlements, Class Plaintiffs and the insurers agree and respectfully submit that the Motion for an Order Enforcing Certain Exclusion Requests should be deferred for present purposes.

Currently pending before Magistrate Judge van Keulen is:

- Motion to Strike Portions of Plaintiffs' Reply Expert Reports. ECF 606. On March 19, 2024, Defendants filed a motion to strike certain opinions contained in Plaintiffs' expert reply reports. ECF 606. Magistrate Judge van Keulen granted an expedited briefing schedule on March 21, 2024. ECF 609. The motion has been fully briefed, and was heard before Magistrate Judge van Keulen on April 9, 2024; Her Honor requested certain follow-up submissions, which have since been made.

C. **Anticipated Motions and Stipulations**

1. **Motions for Summary Judgment and *Daubert* Motions**

The deadline for all parties to submit motions for summary judgment and any *Daubert* motions is April 26, 2024.

To streamline the proceedings and subject to the Court's approval, the parties propose that any expert report or expert deposition transcript cited in the parties' summary judgment or *Daubert*

motions be attached to a single joint declaration, as opposed to the parties each attaching separate copies of those materials to the declarations submitted in support of their respective summary judgment and *Daubert* motions. To facilitate such joint submissions in connection with each of the three rounds of briefing, the parties agree to make good faith efforts to exchange lists of the expert reports and expert deposition transcripts they intend to cite approximately three business days prior to the due date for the associated filing, so that the parties can reach agreement on a list of exhibit numbers. If the Court would prefer that the parties separately attach expert reports and deposition transcripts to their respective motions, the parties are prepared to proceed according to the Court's guidance.

The parties additionally propose, to reduce the burden on the Court associated with seriatim motions to seal, that the parties file their summary judgment and *Daubert* briefs and exhibits ("MSJ and *Daubert* Materials") provisionally under seal, and then file omnibus motions to seal within two weeks following the close of all briefing. Within two weeks of the Court's order on the motion to seal, the parties shall file public versions of the MSJ and *Daubert* Materials. This procedure will streamline the submission of requests to seal, whether by the parties or by non-parties. It will also result is a single set of public filings, which make public review of the summary judgment and *Daubert* record easier and more efficient.

**2.   Joint Stipulation Regarding Extending Page Limits for Motion for Summary Judgment Briefing**

Given the wide-ranging issues and the extensive discovery record in this case, as reflected by the number of documents, depositions and experts, the parties believe that page extensions for summary judgment and *Daubert* briefing are warranted. On April 10, 2024, the parties filed a joint stipulation, ECF 629, respectfully requesting that the Court enlarge the total page limits for summary judgment and *Daubert* briefing as follows:

- For summary judgment briefing: 50 pages for opening brief(s), 50 pages for opposition brief(s), and 30 pages for reply brief(s);

- For *Daubert* briefing: 55 pages for opening brief(s), 55 pages for opposition brief(s), and 33 pages for reply brief(s).

The parties would further request that they be permitted to divide their allotted pages across multiple briefs, so long as the total does not exceed the limits provided, such that the parties may group issues in a manner that may facilitate the Court's review.

### 3. Plaintiffs' Motions to Amend Class Definitions and Supplement Expert Reports

On December 6, 2023, the Court set a June 19, 2024, deadline for (1) Class Plaintiffs to file any motion to amend the Damages Class definition and (2) all Plaintiffs to file motions to supplement their damages expert reports. ECF 557.

### 4. Plaintiffs' Motion for Preclusion

Plaintiffs expect to bring a motion to preclude Defendants from making certain assertions at trial based on their privilege withholdings during discovery within the next month. Defendants have heard no response from Plaintiffs on this issue to a letter that Defendants sent over five months ago, see no basis for preclusion, and do not agree that any motion practice is appropriate.

## II.    DISCOVERY

Fact discovery closed on January 30, 2023, except for certain trailing fact discovery that has since been completed, and except as further permitted by the Court and the parties' agreement on the supplementation of certain materials. Plaintiffs have requested that Defendants supplement their productions of certain data for use in their proposed supplemental damages reports (discussed above). Plaintiffs and Jazz have met and conferred and agreed to the supplemental production of data from both Plaintiffs and Jazz and certain documents from Plaintiffs. Pursuant to the agreement between Plaintiffs and Jazz, such productions shall include information reasonably available through April 15, 2024, and shall be produced by May 15, 2024. Hikma and Plaintiffs are continuing to meet and confer on a Hikma data supplemental production and expect a resolution or impasse soon.

Expert discovery—including depositions of the parties' merits experts—is largely complete except for several trailing expert depositions. Defendants have moved to strike certain opinions offered in Plaintiffs' expert reply reports; Plaintiffs oppose that motion. *See supra*.

### III. PRETRIAL AND TRIAL ISSUES

Pursuant to the discussion with the Court at the last Case Management Conference, the parties have met and conferred regarding certain pretrial issues with the goal of establishing the orderly conduct of pretrial matters.[2] The parties have reviewed the Court's standard schedule for pretrial submissions (*e.g.*, exhibit lists and deposition designations) and believe that certain modifications to that schedule will be appropriate in light of the complex nature of this litigation. The parties will jointly submit a proposed pretrial schedule (or separate schedules, if agreement cannot be reached) by May 22, 2024, for the Court's review.  The parties shall, however, prioritize meeting and conferring as to the deadlines for initial exchanges of deposition designations and jury instructions and attempt to agree on those dates promptly.

### IV. CASE SCHEDULE

The Court has entered the deadlines through trial below. ECF 540. The parties do not seek, at this time, to modify the dates below. At the Case Management Conference, the parties would like to discuss the Court's preferences for the scheduling of the hearing on dispositive motions and *Daubert* motions.

| Event | Deadline |
| --- | --- |
| Last Day to File Dispositive Motions and *Daubert* Motions | April 26, 2024 |
| Last Day to File Responses to Dispositive Motions and *Daubert* Motions | May 24, 2024 |
| Deadline for (1) Class Plaintiffs to file any motion to amend the Damages Class definition and (2) all Plaintiffs to file motions to supplement their damages expert reports | June 19, 2024 |
| Last Day to File Replies to Dispositive Motions and *Daubert* Motions | June 21, 2024 |
| Hearing on Dispositive Motions and *Daubert* Motions | On or around July 18, to be scheduled by the Court |
| Final Pretrial Conference | September 18, 2024, at 10:00 am |

---

[2] Because United's action was filed in the District of Minnesota and transferred to this District for pre-trial purposes only pursuant to the JPML's Order and 28 U.S.C. section 1407, not all such matters and/or dates will apply to United's action.

| Event | Deadline |
|---|---|
| Jury Trial | October 28, 2024, at 8:30 am (or at another time convenient for the Court) |

## V. SETTLEMENT AND ADR

Pursuant to the Court's directive, the parties have agreed on a mediator and selected dates for an in-person mediation.

Dated: April 10, 2024                                Respectfully submitted,

By: /s/ Dena C. Sharp
Dena C. Sharp (SBN 245869)
Scott Grzenczyk (SBN 279309)
Tom Watts (SBN 308853)
Jordan Isern (SBN 343159)
Namita Dhawan (SBN 326639)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
dsharp@girardsharp.com
scottg@girardsharp.com
tomw@girardsharp.com
jisern@girardsharp.com
ndhawan@girardsharp.com

By: /s/ Michael M. Buchman
Michael M. Buchman (*pro hac vice*)
**MOTLEY RICE LLC**
800 Third Avenue, Suite 2401
New York, NY 10022
Tel: (212) 577-0050
mbuchman@motleyrice.com

*Co-Lead Class Counsel*

By: /s/ Jeffrey Faucette
Jeffrey Faucette (SBN 193066)
**SKAGGS FAUCETTE LLP**
Four Embarcadero Center
Suite 1400 PMB #72
San Francisco CA 94111
Tel: (415) 295-1197
Fax: (888) 980-6547
jeff@skaggsfaucette.com

By: /s/ Heidi K. Hubbard
Heidi K. Hubbard (*pro hac vice*)
Stanley E. Fisher (*pro hac vice*)
Benjamin M. Greenblum (*pro hac vice*)
Alexander S. Zolan (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, S.W.
Washington, D.C. 20024
Tel: (202) 434-5000
Fax: (202) 434-5029
hhubbard@wc.com
sfisher@wc.com
bgreenblum@wc.com
azolan@wc.com

*Attorneys for Defendants Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland Limited, and Jazz Pharmaceuticals Public Limited Company*

| | | |
|---|---|---|
| 1 | By: */s/ Judith A. Zahid* | By: */s/ Jack E. Pace III* |
| 2 | Judith A. Zahid (SBN 215418)<br>Eric W. Buetzow (SBN 253803) | Jack E. Pace III (*pro hac vice*)<br>**WHITE & CASE LLP** |
| 3 | Heather T. Rankie (SBN 268002)<br>**ZELLE LLP** | 1221 Avenue of the Americas<br>New York, NY 10020 |
| 4 | 555 12th Street, Suite 1230<br>Oakland, CA 94607 | Telephone: (212) 819-8200<br>Fax: (212) 354-8113 |
| 5 | Tel: (415) 693-0700<br>jzahid@zellelaw.com | jpace@whitecase.com |
| 6 | ebuetzow@zellelaw.com | Kathryn J. Mims (*pro hac vice*) |
| 7 | hrankie@zellelaw.com | **WHITE & CASE LLP**<br>701 Thirteenth Street, NW |
| 8 | James R. Martin (SBN 173329) | Washington, D.C. 20005 |
| 9 | Jennifer Duncan Hackett (*pro hac vice*)<br>**ZELLE LLP** | Telephone: (202) 626-3600<br>Fax: (202) 639-9355 |
| 10 | 1775 Pennsylvania Avenue, NW,<br>Suite 375 | kmims@whitecase.com |
| 11 | Washington, D.C. 20006<br>Tel: (202) 899-4100 | Heather M. Burke (SBN 284100)<br>**WHITE & CASE LLP** |
| 12 | jmartin@zellelaw.com | 3000 El Camino Real |
| 13 | jhackett@zellelaw.com | 2 Palo Alto Square, Suite 900<br>Palo Alto, CA 94306-2109 |
| 14 | By: */s/ Hamish P.M. Hume* | Tel: (650) 213-0300<br>Fax: (650) 213-8158 |
| 15 | Hamish P.M. Hume (*pro hac vice*)<br>**BOIES SCHILLER FLEXNER LLP** | hburke@whitecase.com |
| 16 | 1401 New York Ave, NW<br>Washington, D.C. 20005 | *Attorneys for Defendants Hikma* |
| 17 | Tel: (202) 237-2727<br>hhume@bsfllp.com | *Pharmaceuticals PLC, Eurohealth (U.S.A.),*<br>*Inc., West-Ward Pharmaceuticals Corp. n/k/a* |
| 18 | Beko O. Reblitz-Richardson (SBN 238027) | *Hikma Pharmaceuticals USA Inc., and*<br>*Roxane Laboratories, Inc. n/k/a Hikma Labs* |
| 19 | **BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery Street, 41st Floor | *Inc.* |
| 20 | San Francisco, CA 94104<br>Tel: (415) 293-6800 | |
| 21 | brichardson@bsfllp.com | |
| 22 | *Attorneys for Plaintiff United HealthCare* | |
| 23 | *Services, Inc.* | |
| 24 | By:  */s/ Todd M. Schneider* | |
| 25 | Todd M. Schneider (State Bar No. 158253)<br>Jason H. Kim (State Bar No. 220279) | |
| 26 | Matthew S. Weiler (State Bar No. 236052)<br>**SCHNEIDER WALLACE** | |
| 27 | **COTTRELL KONECKY LLP**<br>2000 Powell Street, Suite 1400 | |
| 28 | | |

1  Emeryville, CA 94608
   Tel: (415) 421-7100
2  TSchneider@schneiderwallace.com
3  KJKim@schneiderwallace.com
   MWeiler@schneiderwallace.com
4
5  Peter D. St. Phillip (admitted *pro hac vice*)
   Noelle Ruggiero (admitted *pro hac vice*)
   Uriel Rabinovitz (admitted *pro hac vice*)
6  **LOWEY DANNENBERG, P.C.**
7  44 South Broadway, Suite 1100
   White Plains, NY 10601
8  Tel: (914) 997-0500
   PStPhillip@lowey.com
9  NRuggiero@lowey.com
   URabinovitz@lowey.com
10
11 *Attorneys for Plaintiffs Humana Inc.,*
   *Molina Healthcare, Inc., and Health Care*
12 *Service Corp., a Mutual Legal Reserve*
   *Company*
13

| | |
|---|---|
| 1 | **FILER'S ATTESTATION** |

I, Dena C. Sharp, am the ECF user whose identification and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

Dated: April 10, 2024        /s/ *Dena C. Sharp*
                                            Dena C. Sharp