[Counsel listed on signature page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION | Case No. 3:20-md-02966-RS-SVK<br><br>**ORDER REGARDING SUMMARY JUDGMENT AND *DAUBERT* TO MODIFY SEALING PROCEDURES FOR APRIL 26 MOTIONS, MAY 24 OPPOSITIONS, AND JUNE 21 REPLIES** |

The undersigned parties jointly stipulate and agree, subject to the Court's approval, to a modest modification of the sealing procedures with respect to their April 26 *Daubert* and summary judgment motions, May 24 oppositions, and June 21 Replies.

WHEREAS, on August 17, 2023, the Court entered an amended trial schedule (Dkt. 540), setting forth the forth the following deadlines for the parties' class opposition, reply, and Daubert-related filings:

| Event | Deadline |
|---|---|
| Last Day to File Dispositive Motions and *Daubert* Motions | April 26, 2024 |

| Event | Deadline |
|---|---|
| Last Day to File Responses to Dispositive Motions and *Daubert* Motions | May 24, 2024 |
| Last Day to File Replies to Dispositive Motions and *Daubert* Motions | June 21, 2024 |

WHEREAS, the parties anticipate that their April 26 *Daubert* and Summary Judgment motions, May 24 oppositions, and June 21 replies will contain, discuss, and attach materials that parties and non-parties have designated as Confidential and Highly Confidential subject to the Protective Order in this case;

WHEREAS, given the volume of material designated Confidential or Highly Confidential the parties anticipate filing, a modest adjustment to the default procedures under Local Rule 79-5 will decrease the burden on the Court, the parties, and potentially non-parties by reducing the number of sealing motions and creating a single set of publicly filed documents that will make public review of the summary judgment and *Daubert* record easier and more efficient;

WHEREAS, the parties met and conferred and, subject to the Court's approval, agree to a modest modification of the sealing procedures with respect to their April 26 *Daubert* and Summary Judgment Motions, May 24 Oppositions, and June 21 Replies;

WHEREAS, the parties anticipate that their motions, oppositions, and replies will cite to numerous transcripts of the depositions of the parties' experts and fact witnesses. The parties agree that filing complete versions of those transcripts (as opposed to excerpts) under seal will be the most efficient course because it will reduce the possibility that different excerps of the same deposition transcript will be filed multiple times (*e.g.* with the Motions, Oppositions, and Replies);

WHEREAS, the parties further agree that, subject to the Court's approval and after the Court resolves any motions to seal, the public versions of any expert and fact witness deposition transcripts shall contain only the pages of the transcripts that are cited in, or otherwise directly relevant to the

issue presented in, the Motions, Oppositions, and Replies; and

WHEREAS, nothing in this stipulation shall preclude a party from requesting that the Court permit excerpts of expert reports, as opposed to the full versions of expert reports, to be filed on the public docket after the Court resolves any motions to seal.

**NOW THEREFORE**, the parties, through their undersigned counsel, hereby stipulate, agree and respectfully request that the Court enter an Order establishing:

- The parties may file their April 26 *Daubert* and Summary Judgment Motions, May 24 Oppositions, and June 21 Replies, including any accompanying exhibits, conditionally under seal without filing redacted versions at the time;
- By July 12, Plaintiffs and Defendants shall meet and confer and provide one consolidated motion to seal that includes a chart identifying what information should remain under seal, which party has requested such sealing, and the basis for the sealing; and
- The parties shall file redacted versions of their motions and supporting papers within 14 days of the Court's resolution of any sealing requests.
- The public versions of any expert and fact witness deposition transcripts shall contain only the pages of the transcripts that are cited in, or otherwise directly relevant to the issue presented in, the Motions, Oppositions, and Replies.

**IT IS SO STIPULATED.**

Dated: April 24, 2024

By: */s/ Jeffrey Faucette*
Jeffrey Faucette (SBN 193066)
**SKAGGS FAUCETTE LLP**
Four Embarcadero Center
Suite 1400 PMB #72
San Francisco CA 94111
Tel: (415) 295-1197
Fax: (888) 980-6547
jeff@skaggsfaucette.com


By: */s/ Heidi K. Hubbard*
Heidi K. Hubbard (*pro hac vice*)
Stanley E. Fisher (*pro hac vice*)
Benjamin M. Greenblum (*pro hac vice*)
Alexander S. Zolan (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, S.W.
Washington, D.C. 20024
Tel: (202) 434-5000
Fax: (202) 434-5029
hhubbard@wc.com
sfisher@wc.com
bgreenblum@wc.com
azolan@wc.com

*Attorneys for Defendants Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland Limited, and Jazz Pharmaceuticals Public Limited Company*

By: */s/ Jack E. Pace III*
Jack E. Pace III (*pro hac vice*)
Kathryn Swisher (*pro hac vice*)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Fax: (212) 354-8113
jpace@whitecase.com
kathryn.swisher@whitecase.com

Kathryn J. Mims (*pro hac vice*)
**WHITE & CASE LLP**
701 Thirteenth Street, NW

Respectfully submitted,

By: */s/ Dena C. Sharp*
Dena C. Sharp (SBN 245869)
Scott Grzenczyk (SBN 279309)
Tom Watts (SBN 308853)
Jordan Isern (SBN 343159)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
dsharp@girardsharp.com
scottg@girardsharp.com
tomw@girardsharp.com
jisern@girardsharp.com


By: */s/ Michael M. Buchman*
Michael M. Buchman (*pro hac vice*)
**MOTLEY RICE LLC**
777 Third Avenue, 27th Floor
New York, NY 10017
Tel: (212) 577-0050
mbuchman@motleyrice.com

*Co-Lead Class Counsel*




By: */s/ Judith A. Zahid*
Judith A. Zahid (SBN 215418)
Eric W. Buetzow (SBN 253803)
Heather T. Rankie (SBN 268002)
**ZELLE LLP**
555 12th Street, Suite 1230
Oakland, CA 94607
Tel: (415) 693-0700
jzahid@zellelaw.com
ebuetzow@zellelaw.com
hrankie@zellelaw.com


James R. Martin (SBN 173329)
Jennifer Duncan Hackett (*pro hac vice*)

4
JOINT STIPULATION AND ORDER REGARDING SEALING PROCEDURES CASE NO.
3:20-MD-02966-RS-SVK

| | |
|---|---|
| Washington, D.C. 20005<br>Telephone: (202) 626-3600<br>Fax: (202) 639-9355<br>kmims@whitecase.com<br><br>Heather M. Burke (SBN 284100)<br>**WHITE & CASE LLP**<br>3000 El Camino Real<br>2 Palo Alto Square, Suite 900<br>Palo Alto, CA 94306-2109<br>Tel: (650) 213-0300<br>Fax: (650) 213-8158<br>hburke@whitecase.com<br><br>*Attorneys for Defendants Hikma Pharmaceuticals PLC, Eurohealth (U.S.A.), Inc., West-Ward Pharmaceuticals Corp. n/k/a Hikma Pharmaceuticals USA Inc., and Roxane Laboratories, Inc. n/k/a Hikma Labs Inc.* | **ZELLE LLP**<br>1775 Pennsylvania Avenue, NW,<br>Suite 375<br>Washington, D.C. 20006<br>Tel: (202) 899-4100<br>jmartin@zellelaw.com<br>jhackett@zellelaw.com<br><br>By: */s/ Hamish P.M. Hume*<br>Hamish P.M. Hume (*pro hac vice*)<br>**BOIES SCHILLER FLEXNER LLP**<br>1401 New York Ave, NW<br>Washington, D.C. 20005<br>Tel: (202) 237-2727<br>hhume@bsfllp.com<br><br>Beko O. Reblitz-Richardson (SBN 238027)<br>**BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Tel: (415) 293-6800<br>brichardson@bsfllp.com<br><br>*Attorneys for Plaintiff United HealthCare Services, Inc.*<br><br>By:  */s/ Matthew S. Weiler*<br>Todd M. Schneider (State Bar No. 158253)<br>Jason H. Kim (State Bar No. 220279)<br>Matthew S. Weiler (State Bar No. 236052)<br>J. Caleigh Macdonald (State Bar. No. 302592)<br>**SCHNEIDER WALLACE**<br>**COTTRELL KONECKY LLP**<br>2000 Powell Street, Suite 1400<br>Emeryville, CA 94608<br>Tel: (415) 421-7100<br>TSchneider@schneiderwallace.com<br>KJKim@schneiderwallace.com<br>MWeiler@schneiderwallace.com<br>JMacdonald@schneiderwallace.com<br><br>Peter D. St. Phillip (admitted *pro hac vice*)<br>Noelle Ruggiero (admitted *pro hac vice*)<br>Uriel Rabinovitz (admitted *pro hac vice*)<br>**LOWEY DANNENBERG, P.C.**<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601 |

5

JOINT STIPULATION AND ORDER REGARDING SEALING PROCEDURES Case No. 3:20-MD-02966-RS-SVK

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Tel: (914) 997-0500  
PStPhillip@lowey.com  
NRuggiero@lowey.com  
URabinovitz@lowey.com  

*Attorneys for Plaintiffs Humana Inc., Health Care Service Corporation, Molina Healthcare, Inc., and Blue Cross Blue Shield of Florida, Inc. and Health Options, Inc.*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

                                       */s/ Dena Sharp*
                                       Dena Sharp

# ORDER

**PURSUANT TO STIPULATION AND GOOD CAUSE SHOWING, IT IS HEREBY ORDERED:**

- The parties may file their April 26 *Daubert* and Summary Judgment Motions, May 24 Oppositions, and June 21 Replies, including any accompanying exhibits, conditionally under seal without filing redacted versions at the time;
- By July 12, Plaintiffs and Defendants shall meet and confer and provide one consolidated motion to seal that includes a chart identifying what information should remain under seal, which party has requested such sealing, and the basis for the sealing; and
- The parties shall file redacted versions of their motions and supporting papers within 14 days of the Court's resolution of any sealing requests.

Date: April 25, 2024

The Honorable Richard Seeborg
UNITED STATES CHIEF DISTRICT JUDGE