1  [Counsel listed on signature page]
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION | Case No. 3:20-md-02966-RS-SVK<br><br>**JOINT STIPULATION AND ORDER SETTING PRETRIAL SCHEDULE** |

Pursuant to Northern District of California Civil Local Rule 7-12, the Class Plaintiffs, Humana Inc., Molina Healthcare Inc., Health Care Service Corporation., Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland Limited, and Jazz Pharmaceuticals Public Limited Company, Hikma Pharmaceuticals USA Inc., Eurohealth (USA) Inc., and Hikma Pharmaceuticals plc (collectively "the parties") submit this joint stipulation and proposed order setting the pretrial schedule attached as Appendix A.

WHEREAS the parties have met and conferred on a proposed pretrial schedule;

WHEREAS the parties have agreed to the proposed pretrial schedule attached as Appendix A[1];

---

[1] The actions filed by Plaintiffs United HealthCare Services, Inc. ("United") and Blue Cross and Blue Shield of Florida, Inc., and Health Options, Inc. ("Florida Blue") are subject to remand for trials in the District of Minnesota and the Middle District of Florida, respectively, pursuant to 28 U.S.C. § 1407, and are outside the scope of this Stipulation and the accompanying schedule reflected in Appendix A. United, Florida Blue and Defendants have separately agreed to a plan to

JOINT STIPULATION AND [PROPOSED] ORDER SETTING PRETRIAL SCHEDULE
CASE NO. 3:20-MD-02966-RS-SVK

NOW THEREFORE, the parties, having met and conferred, hereby stipulate to and respectfully request that the Court issue an Order setting the pretrial schedule attached as Appendix A.

**IT IS SO STIPULATED.**

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: May 24, 2024

_____
The Honorable Richard Seeborg
United States District Court

---

realize efficiencies related to exhibit lists and deposition designations while United and Florida Blue's cases remain in the MDL.

| | |
|---|---|
| Dated: May 24, 2024 | Respectfully submitted, |
| By: /s/ Jeffrey Faucette | By: /s/ Dena C. Sharp |
| Jeffrey Faucette (State Bar No. 193066) | Dena C. Sharp (State Bar No. 245869) |
| **SKAGGS FAUCETTE LLP** | Scott Grzenczyk (State Bar No. 279309) |
| Four Embarcadero Center | Tom Watts (State Bar No. 308853) |
| Suite 1400 PMB #72 | Jordan Isern (State Bar No. 343159) |
| San Francisco CA 94111 | **GIRARD SHARP LLP** |
| Tel: (415) 295-1197 | 601 California Street, Suite 1400 |
| Fax: (888) 980-6547 | San Francisco, CA 94108 |
| jeff@skaggsfaucette.com | Tel: (415) 981-4800 |
| | dsharp@girardsharp.com |
| By: /s/ Heidi K. Hubbard | scottg@girardsharp.com |
| Heidi K. Hubbard (*pro hac vice*) | tomw@girardsharp.com |
| Stanley E. Fisher (*pro hac vice*) | jisern@girardsharp.com |
| Benjamin M. Greenblum (*pro hac vice*) | |
| **WILLIAMS & CONNOLLY LLP** | By: /s/ Michael M. Buchman |
| 725 12th Street, N.W. | Michael M. Buchman |
| Washington, D.C. 20005 | **MOTLEY RICE LLC** |
| Tel: (202) 434-5000 | 800 Third Avenue, Suite 2401 |
| Fax: (202) 434-5029 | New York, NY 10022 |
| hhubbard@wc.com | Tel: (212) 577-0050 |
| sfisher@wc.com | mbuchman@motleyrice.com |
| bgreenblum@wc.com | |
| | *Co-Lead Class Counsel* |
| *Attorneys for Defendants Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland Limited, and Jazz Pharmaceuticals Public Limited Company* | By: /s/ Judith A. Zahid |
| | Judith A. Zahid (State Bar No. 215418) |
| | Eric W. Beutzow (State Bar No. 253803) |
| By: /s/ Jack E. Pace III | **ZELLE LLP** |
| Jack E. Pace III (*pro hac vice*) | 555 12th Street, Suite 1230 |
| **WHITE & CASE LLP** | Oakland, CA 94607 |
| 1221 Avenue of the Americas | Tel: (415) 693-0700 |
| New York, New York 10020 | jzahid@zelle.com |
| Telephone: (212) 819-8200 | ebuetzow@zelle.com |
| Fax: (212) 354-8113 | |
| jpace@whitecase.com | James R. Martin (State Bar No. 173329) |
| | Jennifer Duncan Hackett (*pro hac vice*) |
| Heather M. Burke (SBN 284100) | **ZELLE LLP** |
| **WHITE & CASE LLP** | 1775 Pennsylvania Avenue, NW, |
| 3000 El Camino Real | Suite 375 |
| 2 Palo Alto Square, Suite 900 | Washington, D.C. 20006 |
| Palo Alto, CA 94306-2109 | Tel: (202) 899-4100 |
| Tel: (650) 213-0300 | jmartin@zelle.com |
| Fax: (650) 213-8158 | jhackett@zelle.com |
| hburke@whitecase.com | |

| | |
|---|---|
| 1 | |

Kathryn J. Mims (*pro hac vice*)
**WHITE & CASE LLP**
701 Thirteenth Street, NW
Washington, District of Columbia 20005
Telephone: (202) 626-3600
Fax: (202) 639-9355
kmims@whitecase.com

*Attorneys for Defendants Hikma Pharmaceuticals PLC, Eurohealth (U.S.A.), Inc., West-Ward Pharmaceuticals Corp. n/k/a Hikma Pharmaceuticals USA Inc., and Roxane Laboratories, Inc. n/k/a Hikma Labs Inc.*

By: */s/ Hamish P.M. Hume*
Hamish P.M. Hume (*pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, D.C. 20005
Tel: (202) 237-2727
hhume@bsfllp.com

Beko O. Reblitz-Richardson (State Bar No. 238027)
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293-6800
brichardson@bsfllp.com

*Attorneys for United HealthCare Services, Inc.*

By: */s/ Matthew S. Weiler*
Todd M. Schneider (State Bar No. 158253)
Jason H. Kim (State Bar No. 220279)
Matthew S. Weiler (State Bar No. 236052)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Tel: (415) 421-7100
TSchneider@schneiderwallace.com
KJKim@schneiderwallace.com
MWeiler@schneiderwallace.com

Peter D. St. Phillip (admitted *pro hac vice*)
Noelle Ruggiero (admitted *pro hac vice*)
Uriel Rabinovitz (admitted *pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500
PStPhillip@lowey.com
NRuggiero@lowey.com
URabinovitz@lowey.com

*Attorneys for Plaintiffs Humana Inc., Health Care Service Corporation, Molina Healthcare, Inc., and Blue Cross Blue Shield of Florida, Inc. and Health Options, Inc.*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

                                                               /s/ Dena C. Sharp
                                                               Dena C. Sharp

# APPENDIX A

| Date | Pretrial Statement (Pretrial Stmt Sections 1-6, 10-13) | Witness List (incl will call / may call) (Pretrial Stmt Section 7) | Exhibit List (Pretrial Stmt Section 8) | Disputed Legal Issues (Pretrial Stmt Section 9) | Deposition Designations | Jury Instruction and Verdict Form | Moti... |
|---|---|---|---|---|---|---|---|
| September 10, 2024 | Final submission | Final submission | Final submission (incl identification of priority objections for Court to rule on) | Final submission | Final submission | Final submission | |
| September 6, 2024 | | | September 6, 2024 (further exchange including identification of priority objections for Court to rule on) | | | September 6, 2024 (deadline for parties to provide further edits) | Sept... dead... oppo... |
| September 4, 2024 | | | | | September 4, 2024 (Objections to counter designations and counter-counter designations) | | |
| August 28, 2024 | | | | August 28, 2024 (exchange further revisions) | | | |
| August 23, 2024 | | | | | August 23 (objections/counter designation exchanges) | August 23, 2024 (parties to provide objections to contested instructions) | |
| August 16, 2024 | | | August 16, 2024 (objections exchange) | | | | |
| August 14, 2024 | August 14, 2024 (defendants provide edits and additions) | | | August 14, 2024 (exchange responsive party statements) | | | Augu... dead... moti... |

| Date | Pretrial Statement (Pretrial Stmt Sections 1-6, 10-13) | Witness List (incl will call / may call) (Pretrial Stmt Section 7) | Exhibit List (Pretrial Stmt Section 8) | Disputed Legal Issues (Pretrial Stmt Section 9) | Deposition Designations | Jury Instruction and Verdict Form | Moti… |
|---|---|---|---|---|---|---|---|
| August 9, 2024 | | August 9, 2024 (exchange lists) | | | | August 9, 2024 (parties exchange draft instructions/ verdict form) | Augu… exch… prop… |
| July 31, 2024 | | | | July 31, 2024 (exchange initial party statements) | | | |
| July 26, 2024 | July 26, 2024 (plaintiffs provide draft) | | | | July 26 (designation exchanges) | | |
| July 24, 2024 | | | | July 24, 2024 (mutual exchange of issues to be raised) | | | |
| July 17, 2024 | | | July 17, 2024 (exchange lists and proposed exhibits) | | | | |