[Submitting counsel on signature page]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Actions | Case No. 3:20-md-02966-RS-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PROVISIONALLY UNDER SEAL PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |

Pursuant to the Order Regarding Summary Judgment and *Daubert* to Modify Sealing Procedures for April 26 Motions, May 24 Oppositions, and June 21 Replies (ECF 652), Plaintiffs respectfully submit this Administrative Motion to File Provisionally Under Seal Plaintiffs' Opposition to Defendants' Motions for Summary Judgment. By July 12, Plaintiffs and Defendants shall provide one consolidated motion to seal that includes a chart identifying what information should remain under seal, which party has requested such sealing, and the basis for the sealing. ECF 652.

For the reasons set forth above, Plaintiffs request that the Court enter the [Proposed] Sealing Order filed herewith.

|   |   |   |
|---|---|---|
| 1 | Dated: May 24, 2024 | Respectfully submitted, |
| 2 | | By: /s/ *Dena C. Sharp* |
| 3 | | Dena C. Sharp (State Bar No. 245869)<br>Scott Grzenczyk (State Bar No. 279309) |
| 4 | | Tom Watts (State Bar No. 308853)<br>Jordan Isern (State Bar. No. 343159) |
| 5 | | **GIRARD SHARP LLP**<br>601 California Street, Suite 1400 |
| 6 | | San Francisco, CA 94108 |
| 7 | | Tel: (415) 981-4800<br>dsharp@girardsharp.com |
| 8 | | scottg@girardsharp.com<br>tomw@girardsharp.com |
| 9 | | jisern@girardsharp.com |
| 10 | | By: /s/ *Michael M. Buchman* |
| 11 | | Michael M. Buchman (*pro hac vice*)<br>**MOTLEY RICE LLC** |
| 12 | | 777 Third Avenue, 27th Floor<br>New York, NY 10017 |
| 13 | | Tel: (212) 577-0050 |
| 14 | | mbuchman@motleyrice.com |
| 15 | | *Co-Lead Class Counsel* |
| 16 | | By: /s/ *Todd M. Schneider* |
| 17 | | Todd M. Schneider (State Bar No. 158253)<br>Jason H. Kim (State Bar No. 220279) |
| 18 | | Matthew S. Weiler (State Bar No. 236052)<br>**SCHNEIDER WALLACE** |
| 19 | | **COTTRELL KONECKY LLP**<br>2000 Powell Street, Suite 1400 |
| 20 | | Emeryville, CA 94608<br>Tel: (415) 421-7100 |
| 21 | | TSchneider@schneiderwallace.com |
| 22 | | KJKim@schneiderwallace.com<br>MWeiler@schneiderwallace.com |
| 23 | | |
| 24 | | Peter D. St. Phillip (admitted *pro hac vice*)<br>Noelle Ruggiero (admitted *pro hac vice*) |
| 25 | | Uriel Rabinovitz (admitted *pro hac vice*)<br>**LOWEY DANNENBERG, P.C.** |
| 26 | | 44 South Broadway, Suite 1100<br>White Plains, NY 10601 |
| 27 | | Tel: (914) 997-0500<br>PStPhillip@lowey.com |
| 28 | | |

NRuggiero@lowey.com
URabinovitz@lowey.com

*Attorneys for Plaintiffs Humana Inc., Molina Healthcare, Inc., and Health Care Service Corp., Blue Cross Blue Shield of Florida, Inc. and Health Options, Inc.*

By: */s/ Judith A. Zahid*
Judith A. Zahid (SBN 215418)
Eric W. Buetzow (SBN 253803)
Heather T. Rankie (SBN 268002)
**ZELLE LLP**
555 12th Street, Suite 1230
Oakland, CA 94607
Tel: (415) 693-0700
jzahid@zellelaw.com
ebuetzow@zellelaw.com
hrankie@zellelaw.com

James R. Martin (SBN 173329)
Jennifer Duncan Hackett (*pro hac vice*)
**ZELLE LLP**
1775 Pennsylvania Avenue, NW, Suite 375
Washington, D.C. 20006
Tel: (202) 899-4100
jmartin@zellelaw.com
jhackett@zellelaw.com

By: */s/ Hamish P.M. Hume*
Hamish P.M. Hume (*pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, D.C. 20005
Tel: (202) 237-2727
hhume@bsfllp.com

Beko O. Reblitz-Richardson (SBN 238027)
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293-6800
brichardson@bsfllp.com

*Attorneys for Plaintiff United HealthCare Services, Inc.*

**FILER'S ATTESTATION**

I, Dena Sharp, am the docket user whose identification and password are being used to file Plaintiffs' Administrative Motion to File Conditionally Under Seal Plaintiffs' Opposition to Defendants' Motions for Summary Judgment. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

/s/ Dena Sharp
Dena Sharp

# CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record. I also caused a copy of the under-seal documents to be served via electronic mail on defense counsel.

/s/ Dena C. Sharp
Dena C. Sharp

- 5 -
ADMIN. MOT. TO SEAL PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOT. FOR SUMMARY JUDGMENT
Case No. 3:20-md-02966- RS-SVK