[*Submitting counsel on signature page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Actions | Case No. 3:20-md-02966-RS-SVK<br><br>**DECLARATION OF ALEXANDER S. ZOLAN IN SUPPORT OF DEFENDANTS' MOTION TO DECERTIFY THE DAMAGES CLASS** |

I, Alexander S. Zolan, do hereby declare and state as follows:

1. I am a partner of Williams & Connolly LLP. I represent Defendants Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland Limited, and Jazz Pharmaceuticals plc in the above-captioned case.

2. I am submitting this declaration in support of Defendants' Motion to Decertify the Damages Class.

3. Attached as Exhibit 1 is a true and correct copy of a supplemental Expert Report of James W. Hughes, Ph.D.

4. Attached as Exhibit 2 is a true and correct copy of excerpts of the April 11, 2024, deposition of Plaintiffs' expert Thomas G. McGuire, Ph.D.

5. Attached as Exhibit 3 is a true and correct copy of a declaration of Debra J. Stultz, M.D.

6. Attached as Exhibit 4 is a true and correct copy of excerpts of the Rebuttal Expert Report of Oneil Bains, M.D.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on: June 13, 2024          */s/ Alexander S. Zolan*

**FILER'S ATTESTATION**

I, Alexander S. Zolan, am the docket user whose identification and password are being used to file this declaration. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

　　　　　　　　　　　　　　　　/s/ Alexander S. Zolan