# EXHIBIT 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION | Case No. 3:20-md-02966-RS-SVK<br><br>**DECLARATION OF DEBRA J. STULTZ** |

I, Debra J. Stultz, hereby declare as follows:

## INTRODUCTION

1. Defendants Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland Limited, and Jazz Pharmaceuticals Public Limited Company have retained me to offer expert opinions in connection with *In re Xyrem (Sodium Oxybate) Antitrust Litigation*, No. 3:20-md-02966-RS-SVK. I submitted an initial report in this matter on January 18, 2024.

2. I have been asked by counsel to describe my experience prescribing Xyrem (sodium oxybate) and the factors I consider when doing so.

3. The statements set forth in this declaration are based on my personal knowledge and experience. I am being compensated at my usual rate of $450 per hour for in-office time and $600 per hour for out-of-office time spent on this matter. My compensation is not contingent on the outcome of any matter or any of the opinions I provide below. I have no financial interest in the outcome of this matter.

4. My opinions are based on my over 30 years of experience in the field of psychiatry and over 20 years in sleep medicine treating patients, including those with narcolepsy.

5. This declaration is based on information currently available to me. If additional information becomes available, I reserve the right to supplement my opinions or to address that new information.

## QUALIFICATIONS

6. I practice as a psychiatrist and sleep-medicine specialist at Stultz Sleep & Behavioral Health in Barboursville, West Virginia. I have been practicing sleep medicine since 1994. I received my M.D. in 1989 from Marshall University School of Medicine. I completed my psychiatry residency at West Virginia University, Charleston Division in 1992. I then completed a fellowship in child-and-adolescent psychiatry at West Virginia University in 1994.

7. I have been board certified by the American Board of Psychiatry and Neurology since 1995. I became board certified in Behavioral Sleep Medicine in 2003 and in Sleep Medicine in 2005.

1

8. I am licensed to practice medicine in West Virginia, Ohio, and Kentucky.

9. I started my own practice in 2009: Stultz Sleep & Behavioral Health, a psychiatry specialty clinic in Barboursville, West Virginia. Stultz Sleep & Behavioral Health offers comprehensive medical and psychiatric outpatient services. I lead a team of medical providers that helps address mental-health and sleep disorders with diverse interventions and medications.

10. Throughout my 30-year career, I have used my expertise in psychiatry and sleep medicine to help treat patients with psychiatric and medical disorders, including sleep-related conditions such as narcolepsy, sleep apnea, restless-leg syndrome, idiopathic hypersomnia, periodic-limb-movement disorder, nightmares, insomnia, sleep paralysis, and more.

11. My practice often includes treating patients with Xyrem. I have multiple patients currently taking Xyrem, and I have treated over 100 patients with Xyrem during my career.

**XYREM PRESCRIPTION FORMS**

12. I understand that one of Plaintiffs' experts, Dr. Rena Conti, asserts that the prescription form for Xyrem is set up in a confusing way that may cause doctors to indicate "Dispense as Written" (DAW) without intending to. In my experience, prescribing DAW prevents the pharmacy from substituting a generic version of the brand version of a medicine. On the Xyrem prescription form, a prescriber may indicate DAW by signing the prescription form on the **left** side or may permit substitution by signing the form on the right side.

13. I do not find the Xyrem prescription form confusing. The signature line on the **left** side of the form clearly indicates that a prescriber should sign there only if she intends to prescribe Xyrem DAW. As with any prescription form, I read the form carefully before signing and sign in the location that reflects how I intend that prescription to be filled. In my experience, doctors generally, and in particular doctors prescribing controlled substances like Xyrem, review a prescription form carefully.

14. I have not accidentally signed a prescription form for Xyrem to indicate DAW when I intended to permit generic substitution.

2

15. I do intentionally prescribe Xyrem DAW to many of my current patients who take that medication.

16. I understand that all generic versions of Xyrem currently available are manufactured by the same company that manufactures branded Xyrem. I nevertheless prescribe Xyrem DAW to my patients for two reasons:

   a. *First*, my experience treating narcolepsy patients has led me to conclude that consistency—and patients' perception of consistency—is vital to successful treatment. Narcolepsy patients often suffer from the disease for years before finding a medication that works for them. Thus, when Xyrem alleviates a patient's symptoms, that patient is often very reluctant to switch. I am concerned that if my patients were to receive a generic version of the drug, even one that I understand to be identical to the brand drug, their anxiety about switching medications might diminish the effectiveness of the treatment.

   b. *Second*, I am unable to predict when another type of generic Xyrem might become available. Prescribing Xyrem DAW, therefore, ensures that if a new generic version of Xyrem manufactured by a different company were to become available, my patients would continue to receive the precise drug that I know—and they know—works for them.

17. Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on: June 12, 2024        By: _____
                                      Debra J. Stultz, M.D.