1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE: XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Actions | Case No. 3:20-md-02966-RS-SVK<br><br>**DECLARATION OF TOM WATTS IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE REGARDING MOTION TO STRIKE**<br><br>Date:   July 19, 2024<br>Time:   9:30 a.m.<br>Courtroom: 3, 17th Floor<br><br>The Honorable Richard Seeborg |
|---|---|

**Exhibits 10, 30, 32, 39, and 45 Filed Under Seal**

## **DECLARATION OF TOM WATTS**

I, Tom Watts, declare as follows:

1. I am a partner at the law firm Girard Sharp LLP. I am admitted to practice law in California. I am authorized to appear on behalf of Class Plaintiffs in the above captioned litigation.

2. I submit this declaration in support of Plaintiffs' Reply in Support of Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge Regarding Motion to Strike. I am familiar with the facts set forth herein, based on my personal knowledge, involvement with the proceedings, and review of the materials referenced therein.

3. Attached as Exhibit 10 is a true and correct copy of Exhibit 10 to the Joint Declaration of Counsel in Support of the Parties' Dispositive and Daubert Motions (ECF No. 655-12).

4. Attached as Exhibit 30 is a true and correct copy of Exhibit 30 to the Joint Declaration of Counsel in Support of the Parties' Dispositive and Daubert Motions (ECF No. 655-32).

5. Attached as Exhibit 32 is a true and correct copy of Exhibit 32 to the Joint Declaration of Counsel in Support of the Parties' Dispositive and Daubert Motions (ECF No. 655-34).

6. Attached as Exhibit 39 is a true and correct copy of Exhibit 39 to the Joint Declaration of Counsel in Support of the Parties' Dispositive and Daubert Motions (ECF No. 655-41).

7. Attached as Exhibit 45 is a true and correct copy of Exhibit 45 to the Joint Declaration of Counsel in Support of the Parties' Dispositive and Daubert Motions (ECF No. 655-47).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 28, 2024                               /s/ *Tom Watts*
                                                                *Tom Watts*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2024, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system. I also caused a copy of the under-seal documents to be served via electronic mail on defense counsel.

*/s/ Dena C. Sharp*
Dena C. Sharp