# REDACTED – FILED UNDER SEAL

# EXHIBIT 39