July 12, 2024

<u>VIA ECF</u>

Chief District Judge Richard Seeborg
San Francisco Courthouse
Courtroom 3 – 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

   Re: *In re Xyrem (Sodium Oxybate) Antitrust Litigation*, Case No. 3:20-md-02966
      Agenda for July 19, 2024 Hearing on Motions for Summary Judgment and
      Motions to Exclude

Dear Chief Judge Seeborg,

  Given the number of issues raised in the summary judgment and *Daubert* motions noticed for argument before Your Honor on July 19, 2024, the parties jointly provide the below list of briefed issues for the Court's consideration and convenience. The parties have noted with an asterisk (*) those issues on which one or more parties have asked attorneys with less than ten years' experience to be prepared to answer any questions the Court may have. *See* ECF 540 at 2.

   I. *Jazz's Motion for Summary Judgment* [ECF 657-1, 690-2, 715-1]

 A. REMS-Related Conduct Allegations

 B. Opt-Out Plaintiffs' Xywav Damages Claims

 C. Separate Claims for Unilateral Conduct under the laws of California, Kansas, New York, and Tennessee.*

   II. *Defendants' Joint Motion for Summary Judgment* [ECF 658-1, 690-2, 716-1]

 A. Alleged Reverse Payments

 B. Alleged Market Allocation

 C. Causation Allegations (180-Day Exclusivity and Dimer Issues)*

 D. HCSC and Humana's Asserted Authority to Bring Claims on Behalf of Non-Parties*

 E. Claims for Injunctive Relief*

   III. *Plaintiffs' Motion for Partial Summary Judgment* [ECF 661-2, 684-1, 721-2]

 A. Potential for Anticompetitive Effects

 B. Market and Monopoly Power

C. Infringement of REMS Patent*

D. Basic Elements of Plaintiffs' Claims (Type of Injury the Antitrust Laws Were Designed to Prevent)*

E. Defendants' Affirmative Defenses*

      IV.    *Defendants' Motion to Exclude* [ECF 659-3, 689-2, 717-1]

A. Leemore Dafny's Calculations of Xywav Damages

B. Rena Conti's Opinions on Xyrem's Prescription Form

C. Nicholas Fleischer's Opinions on Hikma's Dimer Issues*

D. Donald Allen's Opinion on When Hikma Could Have Launched*

E. Michael Davitz's Opinions on Hikma's Manufacturing Issues*

F. John Thomas's Opinions*

G. Certain of Elaine Morrato's Opinions*

H. Certain of Martin Lessem's Opinions*

I. Certain of Michael Johnson's Opinons

J. Certain of Thomas McGuire's Opinions

      V.    *Plaintiffs' Motion to Exclude* [ECF 660-2, 685-1, 720-2]

A. Several of Pierre Cremieux's Opinions

B. Several of Benoit Cossart's Opinions (180-Day Exclusivity and Dimer Issues)*

C. Thomas Hoxie's Opinion Regarding "Commercial Risks"*

D. Wenda Brennan's Opinions on Shared REMS Negotiations and the Reasonableness of Jazz's Conduct*

E. Several of Oneil Bains's Opinions

F. Opinions on the State of Mind of Defendants and the FDA

G. Kathleen O'Malley's Opinions

H. Opinions Based on Analyst Reports

I. Debra Stultz's Opinions

Dated: July 12, 2024

By: /s/ Jeffrey Faucette
Jeffrey Faucette (State Bar No. 193066)
SKAGGS FAUCETTE LLP
Four Embarcadero Center
Suite 1400 PMB #72
San Francisco CA 94111
Tel: (415) 295-1197
Fax: (888) 980-6547
jeff@skaggsfaucette.com

By: /s/ Heidi K. Hubbard
Heidi K. Hubbard (*pro hac vice*)
Stanley E. Fisher (*pro hac vice*)
Benjamin M. Greenblum (*pro hac vice*)
Alexander S. Zolan (*pro hac vice*)
Teagan J. Gregory (*pro hac vice*)
Lauren H. Uhlig (*pro hac vice*)

**WILLIAMS & CONNOLLY LLP**
725 12th Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
hhubbard@wc.com
sfisher@wc.com
bgreenblum@wc.com
azolan@wc.com
tgregory@wc.com
luhlig@wc.com

*Attorneys for Defendants Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland Limited, and Jazz Pharmaceuticals Public Limited Company*

By: /s/ Jack E. Pace III
Jack E. Pace III (*pro hac vice*)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Fax: (212) 354-8113
jpace@whitecase.com

Heather M. Burke (SBN 284100)
**WHITE & CASE LLP**

Respectfully submitted,

By: /s/ Dena C. Sharp
Dena C. Sharp (State Bar No. 245869)
Scott Grzenczyk (State Bar No. 279309)
Tom Watts (State Bar No. 308853)
Jordan Isern (State Bar No. 343159)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
dsharp@girardsharp.com
scottg@girardsharp.com
tomw@girardsharp.com
jisern@girardsharp.com

By: /s/ Michael M. Buchman
Michael M. Buchman
**MOTLEY RICE LLC**
800 Third Avenue, Suite 2401
New York, NY 10022
Tel: (212) 577-0050
mbuchman@motleyrice.com
*Co-Lead Class Counsel*

By: /s/ Judith Zahid
Judith A. Zahid (State Bar No. 215418)
Eric W. Beutzow (State Bar No. 253803)
**ZELLE LLP**
555 12th Street, Suite 1230
Oakland, CA 94607
Tel: (415) 693-0700
jzahid@zelle.com
ebuetzow@zelle.com

James R. Martin (State Bar No. 173329)
Jennifer Duncan Hackett (*pro hac vice*)
**ZELLE LLP**
1775 Pennsylvania Avenue, NW,
Suite 375
Washington, D.C. 20006
Tel: (202) 899-4100
jmartin@zelle.com
jhackett@zelle.com

By: /s/ Hamish P.M. Hume
Hamish P.M. Hume (*pro hac vice*)

3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Tel: (650) 213-0300
Fax: (650) 213-8158
hburke@whitecase.com

Kathryn J. Mims (*pro hac vice*)
**WHITE & CASE LLP**
701 Thirteenth Street, NW
Washington, District of Columbia 20005
Telephone: (202) 626-3600
Fax: (202) 639-9355
kmims@whitecase.com

*Attorneys for Defendants Hikma Pharmaceuticals PLC, Eurohealth (U.S.A.), Inc., West-Ward Pharmaceuticals Corp. n/k/a Hikma Pharmaceuticals USA Inc., and Roxane Laboratories, Inc. n/k/a Hikma Labs Inc.*

**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, D.C. 20005
Tel: (202) 237-2727
hhume@bsfllp.com

Beko O. Reblitz-Richardson (State Bar No. 238027)
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293-6800
brichardson@bsfllp.com

*Attorneys for United HealthCare Services, Inc.*

By:  /s/ Matthew S. Weiler
Todd M. Schneider (State Bar No. 158253)
Jason H. Kim (State Bar No. 220279)
Matthew S. Weiler (State Bar No. 236052)
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Tel: (415) 421-7100
TSchneider@schneiderwallace.com
KJKim@schneiderwallace.com
MWeiler@schneiderwallace.com

Peter D. St. Phillip (admitted *pro hac vice*)
Noelle Ruggiero (admitted *pro hac vice*)
Uriel Rabinovitz (admitted *pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500
PStPhillip@lowey.com
NRuggiero@lowey.com
URabinovitz@lowey.com

*Attorneys for Plaintiffs Humana Inc., Health Care Service Corporation, Molina Healthcare, Inc., and Blue Cross Blue Shield of Florida, Inc. and Health Options, Inc.*

**FILER'S ATTESTATION**

I, Alexander S. Zolan, am the docket user whose identification and password are being used to file this letter. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

*/s/ Alexander S. Zolan*

**CERTIFICATE OF SERVICE**

I, Alexander S. Zolan, hereby certify that I have electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

*/s/ Alexander S. Zolan*
Alexander S. Zolan