UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION

This Document Relates To: All Actions

Case No. 20-md-02966-RS

**ORDER ON SEALING REQUESTS**

Various parties and non-parties have filed requests to seal portions of the recently issued orders on summary judgment, the parties' motions to exclude, and Plaintiffs' motion for relief. *See* Dkts. 777, 778, 779. Those requests are resolved as follows:

**Dkt. 790 (Teva)**

Teva seeks to seal information it argues would cause it competitive harm were it released. There is no basis for sealing the information to which Teva points, and Teva's request is denied.

**Dkt. 792 (Par)**

Par seeks sealing of a specific financial term from a settlement. Sealing is appropriate in this instance, and Par's request is granted.

**Dkt. 793 (ESSDS)**

ESSDS seeks sealing of a footnote that concerns confidential business information about the only drugs it distributes. ESSDS' sealing request is granted.

**Dkt. 794 (Defendants' Motion)**

Defendants' joint sealing requests are appropriately tailored and targeted at highly sensitive business information. Their sealing motion is granted.

**Dkt. 795 (Amneal)**

Amneal seeks to seal regulatory information, settlement discussion, and sensitive financial information. The request to seal confidential regulatory information is granted. The request to seal settlement terms in the Order on Motions to Exclude is granted in part and denied in part, as Amneal improperly seeks to seal legal arguments.

Additionally, the request to seal settlement terms and strategies in the Order on Motions for Summary Judgment is granted in part and denied in part. Specifically, the request to seal financial terms from settlements are granted, but the remaining request to seal is denied.

**IT IS SO ORDERED**.

Dated: August 26, 2024

_____
RICHARD SEEBORG
Chief United States District Judge