Todd M. Schneider (SBN 158253)
Matthew S. Weiler (SBN 236052)
J. Caleigh Macdonald (SBN 302592)
William T. Stewart (SBN 321421)
**SCHNEIDER WALLACE**
**COTTRELL KONEKCY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
TSchneider@schneiderwallace.com
MWeiler@schneiderwallace.com
JMacdonald@schneiderwallace.com
WStewart@schneiderwallace.com

Jason H. Kim (SBN 220279)
**SCHNEIDER WALLACE**
**COTTRELL KONEKCY LLP**
300 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071
Telephone: (415) 421-7100
JKim@schneiderwallace.com

*Counsel for Non-Party Aetna Inc.*
*[Additional submitting counsel on signature page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION | Case No. 3:20-md-02966-RS-SVK <br><br> **NON-PARTY AETNA INC.'S NOTICE OF APPEAL** <br><br> Courtroom: 3, 17th Floor <br> The Honorable Richard Seeborg |

**NOTICE IS HEREBY GIVEN** that Non-Party Aetna Inc. hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order (ECF No. 855) dated December 16, 2024 denying Motion to Enforce Exclusion Requests (ECF No. 571) and denying Motion for Reconsideration (ECF No. 811).

Dated: January 15, 2025

Respectfully submitted,

By: */s/ Jason H. Kim*
Matthew Weiler (SBN 236052)
Todd Schneider (SBN 158253)
J. Caleigh Macdonald (SBN 302592)
William T. Stewart (SBN 321421)
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
TSchneider@schneiderwallace.com
MWeiler@schneiderwallace.com
JMacdonald@schneiderwallace.com
WStewart@schneiderwallace.com

Jason H. Kim (SBN 220279)
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
300 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071
Telephone: (415) 421-7100
JKim@schneiderwallace.com

Peter D. St. Phillip (pro hac vice)
Uriel Rabinovitz (pro hac vice)
Noelle Ruggiero (pro hac vice)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
pstphillip@lowey.com
urabinovitz@lowey.com
nruggiero@lowey.com

*Attorneys for Non-Party Aetna Inc*