[Counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION | Case No. 3:20-md-02966-RS-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING PRETRIAL SCHEDULE** |

Pursuant to Northern District of California Civil Local Rule 7-12, the Class Plaintiffs, Humana Inc., Molina Healthcare Inc., and Health Care Service Corporation, ("Plaintiffs"), and Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland Limited, Jazz Pharmaceuticals Public Limited Company, Hikma Pharmaceuticals USA Inc., Eurohealth (USA) Inc., and Hikma Pharmaceuticals plc ("Defendants") (with Plaintiffs, "the parties") submit this joint stipulation and proposed order setting pretrial deadlines for the trial continued to May 19, 2025.

WHEREAS the parties have met and conferred on a proposed pretrial schedule;

WHEREAS the parties have agreed to a proposed schedule that includes amendments to some of the interim deadlines for motions for preclusion or production of evidence set by the Court (*see* ECF 826), but provides that briefing will be completed earlier than the Court's deadline;

NOW THEREFORE, the parties, having met and conferred, hereby stipulate to and respectfully request that the Court issue an Order modifying the following deadlines for motions for preclusion or production of evidence:

| Event | Original Date | Modified Date |
|---|---|---|
| Parties file and serve a list of all witnesses likely to be called at trial, other than solely for impeachment or rebuttal | February 14, 2025 | January 31, 2025 |
| Deadline for motion for preclusion or production (combined 25 page limit) | February 19, 2025 | February 7, 2025 |
| Deadline for opposition to motion for preclusion or production (combined 25 page limit) | February 24, 2025 | February 21, 2025 |
| Deadline for reply in support of motion for preclusion or production (combined 15 page limit) | March 3, 2025 | February 28, 2025 |

**IT IS SO STIPULATED.**

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____, 2025

---

The Honorable Richard Seeborg
United States District Court

| | |
|---|---|
| Dated: January 30, 2025 | Respectfully submitted, |

By: */s/ Dena C. Sharp*
Dena C. Sharp (SBN 245869)
Scott Grzenczyk (SBN 279309)
Tom Watts (SBN 308853)
Jordan Isern (SBN 343159)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
dsharp@girardsharp.com
scottg@girardsharp.com
tomw@girardsharp.com
jisern@girardsharp.com

By: */s/ Michael M. Buchman*
Michael M. Buchman (*pro hac vice*)
**MOTLEY RICE LLC**
777 Third Avenue, 27th Floor
New York, NY 10017
Tel: (212) 577-0050
mbuchman@motleyrice.com

*Interim Co-Lead Class Counsel*

By: */s/ Todd M. Schneider*
Todd M. Schneider (SBN 158253)
Jason H. Kim (SBN 220279)
Matthew S. Weiler (SBN 236052)
J. Caleigh Macdonald (SBN 302592)
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Tel: (415) 421-7100
TSchneider@schneiderwallace.com
KJKim@schneiderwallace.com
MWeiler@schneiderwallace.com
JMacdonald@schneiderwallace.com

By: */s/ Peter D. St. Phillip*
Peter D. St. Phillip (admitted *pro hac vice*)
Noelle Ruggiero (admitted *pro hac vice*)
Uriel Rabinovitz (admitted *pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100

By: */s/ Jeffrey Faucette*
Jeffrey Faucette (SBN 193066)
**SKAGGS FAUCETTE LLP**
Four Embarcadero Center
Suite 1400 PMB #72
San Francisco CA 94111
Tel: (415) 295-1197
Fax: (888) 980-6547
jeff@skaggsfaucette.com

By: */s/ Heidi K. Hubbard*
Heidi K. Hubbard (*pro hac vice*)
Stanley E. Fisher (*pro hac vice*)
Benjamin M. Greenblum (*pro hac vice*)
Alexander S. Zolan (*pro hac vice*)
Teagan J. Gregory (*pro hac vice*)
Lauren H. Uhlig (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, S.W.
Washington, D.C. 20024
Tel: (202) 434-5000
Fax: (202) 434-5029
hhubbard@wc.com
sfisher@wc.com
bgreenblum@wc.com
azolan@wc.com
tgregory@wc.com
luhlig@wc.com

*Attorneys for Defendants Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland Limited, and Jazz Pharmaceuticals Public Limited Company*

By: */s/ Jack E. Pace III*
Jack E. Pace III (*pro hac vice*)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Fax: (212) 354-8113
jpace@whitecase.com

3
JOINT STIPULATION AND [PROPOSED] ORDER SETTING PRETRIAL SCHEDULE
CASE NO. 3:20-MD-02966-RS-SVK

| | |
|---|---|
| 1 | |

White Plains, NY 10601
Tel: (914) 997-0500
PStPhillip@lowey.com
NRuggiero@lowey.com
URabinovitz@lowey.com

*Attorneys for Plaintiffs Humana Inc., Health Care Service Corporation,and Molina Healthcare, Inc.*

Kathryn J. Mims (*pro hac vice*)
**WHITE & CASE LLP**
701 Thirteenth Street, NW
Washington, D.C. 20005
Telephone: (202) 626-3600
Fax: (202) 639-9355
kmims@whitecase.com

Heather M. Burke (SBN 284100)
**WHITE & CASE LLP**
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Tel: (650) 213-0300
Fax: (650) 213-8158
hburke@whitecase.com

*Attorneys for Defendants Hikma Pharmaceuticals PLC, Eurohealth (U.S.A.), Inc., West-Ward Pharmaceuticals Corp. n/k/a Hikma Pharmaceuticals USA Inc., and Roxane Laboratories, Inc. n/k/a Hikma Labs Inc.*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

*/s/ Alexander S. Zolan*