[*Submitting Counsel on Signature Page*]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION<br><br>THIS FILING RELATES TO:<br>Class, HCSC, Humana, and Molina Actions | Case No. 3:20-md-02966-RS-SVK<br><br>**NOTICE OF FILING OF JOINT EDITS TO STANDARD JURY QUESTIONNAIRE AND JOINT SUPPLEMENTAL QUESTIONNAIRE**<br><br>Judge: Chief Judge Richard G. Seeborg |

On October 29, 2024, the Court directed the parties to submit "[u]p to 10 stipulated additional questions they wish to include on the standard Jury Questionnaire." ECF 826 at 2. Plaintiffs and Defendants jointly file attached hereto: (1) proposed edits to the standard Jury Questionnaire, attached as Exhibit 1, and (2) ten stipulated additional questions the parties wish to include on the standard Jury Questionnaire, attached as Exhibit 2.

First, cognizant of the number of questions in the standard Jury Questionnaire and the limited additional questions permitted by the Court, Plaintiffs and Defendants agree that certain questions in the standard Jury Questionnaire are less relevant to the disputed issues. Thus, the parties have proposed edits to the standard Jury Questionnaire: five deletions to the standard Jury Questionnaire and two revised alternative questions in their place. These edits, attached as Exhibit 1, are presented as a markup to the standard Jury Questionnaire PDF document available at https://cand.uscourts.gov/wp-content/uploads/forms/SurveyMonkey_Civil-questionnaire_01-01-2025.pdf.

Second, the parties have proposed ten additional questions to the standard Jury Questionnaire in the Joint Supplemental Questionnaire attached as Exhibit 2.

Dated: March 10, 2025                                  Respectfully submitted,

By: */s/ Dena C. Sharp*
Dena C. Sharp (SBN 245869)
Scott Grzenczyk (SBN 279309)
Tom Watts (SBN 308853)
Jordan Isern (SBN 343159)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
dsharp@girardsharp.com
scottg@girardsharp.com
tomw@girardsharp.com
jisern@girardsharp.com

By: */s/ Michael M. Buchman*
Michael M. Buchman (*pro hac vice*)
**MOTLEY RICE LLC**
800 Third Avenue, Suite 2401

By: */s/ Jack E. Pace III*
Jack E. Pace III (*pro hac vice*)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Fax: (212) 354-8113
jpace@whitecase.com

Kathryn J. Mims (*pro hac vice*)
**WHITE & CASE LLP**
701 Thirteenth Street, NW
Washington, D.C. 20005
Telephone: (202) 626-3600
Fax: (202) 639-9355
kmims@whitecase.com

Jeremy Ostrander (SBN 233489)

| | |
|---|---|
| New York, NY 10022<br>Tel: (212) 577-0050<br>mbuchman@motleyrice.com<br><br>*Co-Lead Class Counsel*<br><br>By: */s/ Todd M. Schneider*<br>Todd M. Schneider (SBN 158253)<br>Jason H. Kim (SBN 220279)<br>Matthew S. Weiler (SBN 236052)<br>J. Caleigh Macdonald (SBN 302592)<br>**SCHNEIDER WALLACE**<br>**COTTRELL KONECKY LLP**<br>2000 Powell Street, Suite 1400<br>Emeryville, CA 94608<br>Tel: (415) 421-7100<br>TSchneider@schneiderwallace.com<br>KJKim@schneiderwallace.com<br>MWeiler@schneiderwallace.com<br>JMacdonald@schneiderwallace.com<br><br>Peter D. St. Phillip (admitted *pro hac vice*)<br>Noelle Ruggiero (admitted *pro hac vice*)<br>Uriel Rabinovitz (admitted *pro hac vice*)<br>**LOWEY DANNENBERG, P.C.**<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>Tel: (914) 997-0500<br>PStPhillip@lowey.com<br>NRuggiero@lowey.com<br>URabinovitz@lowey.com<br><br>*Attorneys for Plaintiffs Humana Inc., Molina Healthcare, Inc., and Health Care Service Corporation, Inc.* | **WHITE & CASE LLP**<br>3000 El Camino Real<br>2 Palo Alto Square, Suite 900<br>Palo Alto, CA 94306-2109<br>Tel: (650) 213-0300<br>Fax: (650) 213-8158<br>jostrander@whitecase.com<br><br>*Attorneys for Defendants Hikma Pharmaceuticals PLC, Eurohealth (U.S.A.), Inc., West-Ward Pharmaceuticals Corp. n/k/a Hikma Pharmaceuticals USA Inc., and Roxane Laboratories, Inc. n/k/a Hikma Labs Inc.*<br><br>By: */s/ Jeffrey Faucette*<br>Jeffrey Faucette (SBN 193066)<br>**SKAGGS FAUCETTE LLP**<br>Four Embarcadero Center<br>Suite 1400 PMB #72<br>San Francisco CA 94111<br>Tel: (415) 295-1197<br>Fax: (888) 980-6547<br>jeff@skaggsfaucette.com<br><br>By: */s/ Heidi K. Hubbard*<br>Heidi K. Hubbard (*pro hac vice*)<br>Stanley E. Fisher (*pro hac vice*)<br>Benjamin M. Greenblum (*pro hac vice*)<br>Alexander S. Zolan (*pro hac vice*)<br>Teagan J. Gregory (*pro hac vice*)<br>Lauren H. Uhlig (*pro hac vice*)<br>**WILLIAMS & CONNOLLY LLP**<br>680 Maine Avenue, S.W.<br>Washington, D.C. 20024<br>Tel: (202) 434-5000<br>Fax: (202) 434-5029<br>hhubbard@wc.com<br>sfisher@wc.com<br>bgreenblum@wc.com<br>azolan@wc.com<br>tgregory@wc.com<br>luhlig@wc.com<br><br>*Attorneys for Defendants Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland Limited, and Jazz Pharmaceuticals Public Limited Company* |

**FILER'S ATTESTATION**

I, Jack E. Pace III, am the ECF user whose identification and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

Dated: March 10, 2025      */s/ Jack E. Pace III*
                          Jack E. Pace III