[Counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION | Case No. 3:20-md-02966-RS-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR STATEMENTS ON TRIAL STRUCTURE** |

Pursuant to Northern District of California Civil Local Rule 7-12 and this Court's Order of March 17, 2019, ECF 891, the Class Plaintiffs and Humana Inc., Molina Healthcare Inc., and Health Care Service Corporation ("Opt-Out Plaintiffs"), and Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland Limited, Jazz Pharmaceuticals Public Limited Company, Hikma Pharmaceuticals USA Inc., Eurohealth (USA) Inc., and Hikma Pharmaceuticals plc ("Defendants") (with Class Plaintiffs and Opt-Out Plaintiffs, "the parties") submit this joint stipulation and proposed order setting deadlines for briefing on trial structure.

WHEREAS the parties have met and conferred on a proposed briefing schedule;

NOW THEREFORE, the parties, having met and conferred, hereby stipulate to and respectfully request that the Court issue an Order setting the following schedule for briefing on trial structure:

1. Class Plaintiffs, Opt-Out Plaintiffs, and Defendants shall each file a single position statement on trial structure of no more than 15 pages by March 28, 2025;

2. Class Plaintiffs, Opt-Out Plaintiffs, and Defendants shall each file a single responsive statement on trial structure of no more than 10 pages by April 4, 2025.

**IT IS SO STIPULATED.**

### [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____, 2025

_____
The Honorable Richard Seeborg
United States Chief District Judge

| | |
|---|---|
| Dated: March 26, 2025 | Respectfully submitted, |
| By: */s/ Dena C. Sharp* | By: */s/ Jeffrey Faucette* |
| Dena C. Sharp (SBN 245869) | Jeffrey Faucette (SBN 193066) |
| Scott Grzenczyk (SBN 279309) | **SKAGGS FAUCETTE LLP** |
| Tom Watts (SBN 308853) | Four Embarcadero Center |
| Jordan Isern (SBN 343159) | Suite 1400 PMB #72 |
| **GIRARD SHARP LLP** | San Francisco CA 94111 |
| 601 California Street, Suite 1400 | Tel: (415) 295-1197 |
| San Francisco, CA 94108 | Fax: (888) 980-6547 |
| Tel: (415) 981-4800 | jeff@skaggsfaucette.com |
| dsharp@girardsharp.com | |
| scottg@girardsharp.com | By: */s/ Heidi K. Hubbard* |
| tomw@girardsharp.com | Heidi K. Hubbard (*pro hac vice*) |
| jisern@girardsharp.com | Stanley E. Fisher (*pro hac vice*) |
| | Benjamin M. Greenblum (*pro hac vice*) |
| By: */s/ Michael M. Buchman* | Alexander S. Zolan (*pro hac vice*) |
| Michael M. Buchman (*pro hac vice*) | Teagan J. Gregory (*pro hac vice*) |
| **MOTLEY RICE LLC** | Lauren H. Uhlig (*pro hac vice*) |
| 777 Third Avenue, 27th Floor | **WILLIAMS & CONNOLLY LLP** |
| New York, NY 10017 | 680 Maine Avenue, S.W. |
| Tel: (212) 577-0050 | Washington, D.C. 20024 |
| mbuchman@motleyrice.com | Tel: (202) 434-5000 |
| | Fax: (202) 434-5029 |
| *Interim Co-Lead Class Counsel* | hhubbard@wc.com |
| | sfisher@wc.com |
| By: */s/ Todd M. Schneider* | bgreenblum@wc.com |
| Todd M. Schneider (SBN 158253) | azolan@wc.com |
| Jason H. Kim (SBN 220279) | tgregory@wc.com |
| Matthew S. Weiler (SBN 236052) | luhlig@wc.com |
| J. Caleigh Macdonald (SBN 302592) | |
| **SCHNEIDER WALLACE** | *Attorneys for Defendants Jazz* |
| **COTTRELL KONECKY LLP** | *Pharmaceuticals, Inc., Jazz Pharmaceuticals* |
| 2000 Powell Street, Suite 1400 | *Ireland Limited, and Jazz Pharmaceuticals* |
| Emeryville, CA 94608 | *Public Limited Compan*y |
| Tel: (415) 421-7100 | |
| TSchneider@schneiderwallace.com | By: */s/ Jack E. Pace III* |
| KJKim@schneiderwallace.com | Jack E. Pace III (*pro hac vice*) |
| MWeiler@schneiderwallace.com | **WHITE & CASE LLP** |
| JMacdonald@schneiderwallace.com | 1221 Avenue of the Americas |
| | New York, NY 10020 |
| By: */s/ Peter D. St. Phillip* | Telephone: (212) 819-8200 |
| Peter D. St. Phillip (admitted *pro hac vice*) | Fax: (212) 354-8113 |
| Noelle Ruggiero (admitted *pro hac vice*) | jpace@whitecase.com |
| Uriel Rabinovitz (admitted *pro hac vice*) | |
| **LOWEY DANNENBERG, P.C.** | |

| | | |
|---|---|---|
| 1 | 44 South Broadway, Suite 1100 | Kathryn J. Mims (*pro hac vice*) |
| 2 | White Plains, NY 10601<br>Tel: (914) 997-0500 | **WHITE & CASE LLP**<br>701 Thirteenth Street, NW |
| 3 | PStPhillip@lowey.com<br>NRuggiero@lowey.com | Washington, D.C. 20005<br>Telephone: (202) 626-3600 |
| 4 | URabinovitz@lowey.com | Fax: (202) 639-9355<br>kmims@whitecase.com |

44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500
PStPhillip@lowey.com
NRuggiero@lowey.com
URabinovitz@lowey.com

*Attorneys for Plaintiffs Humana Inc., Health Care Service Corporation, and Molina Healthcare, Inc.*

Kathryn J. Mims (*pro hac vice*)
**WHITE & CASE LLP**
701 Thirteenth Street, NW
Washington, D.C. 20005
Telephone: (202) 626-3600
Fax: (202) 639-9355
kmims@whitecase.com

Jeremy Kent Ostrander (SBN 233489)
**WHITE & CASE LLP**
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Tel: (650) 213-0375
Fax: (650) 213-8158
jostrander@whitecase.com

*Attorneys for Defendants Hikma Pharmaceuticals PLC, Eurohealth (U.S.A.), Inc., West-Ward Pharmaceuticals Corp. n/k/a Hikma Pharmaceuticals USA Inc., and Roxane Laboratories, Inc. n/k/a Hikma Labs Inc.*

4

JOINT STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR STATEMENTS ON TRIAL STRUCTURE
Case No. 3:20-MD-02966-RS-SVK

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

/s/ Alex S. Zolan

5

JOINT STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR STATEMENTS ON TRIAL STRUCTURE
CASE NO. 3:20-MD-02966-RS-SVK