1  [Submitting counsel on signature page]

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11  IN RE XYREM (SODIUM OXYBATE)              Case No. 3:20-md-02966-RS
    ANTITRUST LITIGATION
12                                            **JOINT MOTION AND [PROPOSED]**
                                              **ORDER TO ALLOW THE PARTIES TO**
13  This Document Relates to:                 **ESTABLISH A SECURE VIDEO AND**
                                              **AUDIO FEED OF THE TRIAL**
14  Class Actions                             **PROCEEDINGS**

15

16                                            Hon. Richard Seeborg

17

18          The parties respectfully request that the Court allow counsel and experts for the parties to

19  establish and utilize a secure closed-circuit video and audio feed of the trial proceedings, for the benefit

20  of their offsite trial teams.

21          The parties recognize the policy change enacted by the Judicial Conference of the United States,

22  effective September 22, 2023, permitting courts discretion in offering live audio access for the public in

23  proceedings without witness testimony.[1] The parties are not requesting remote public access to the trial.

24  Rather, the parties seek a secure, closed-circuit feed, limited only to the parties' counsel, paralegals, and

25  experts, under strict security measures, for purposes of accommodating the needs of this trial. The

26

27  _____

28  [1] https://www.uscourts.gov/news/2023/09/12/judicial-conference-revises-policy-expand-remote-
    audioaccess-over-its-pre-covid.

                                              1

parties understand that the Court would permit streaming for this purpose. *See* July 19, 2024 Hr'g Tr. at 180:6-16.

Trial is currently scheduled to start on May 19, 2025, and will likely conclude on June 11, 2025. The case involves counsel and expert witnesses who are based in cities across the country, including in Illinois, Indiana, Massachusetts, New Jersey, New York, Texas, and Washington D.C., as well as multiple trial team members who do not intend to be in the courtroom each day but whose work depends in part on the Court's daily rulings, the testimony that occurs, and the exhibits that are admitted. Allowing access to a real-time secure video and audio feed of trial to the parties' counsel and experts will minimize the disruptions to the courtroom, reducing the need for attorneys and experts to cycle in and out of the courtroom (which can disrupt the Court and distract the jury), and will conserve the parties' resources.

Other federal courts have allowed this type of secure access to trial proceedings from reputable technology vendors. For example, Judge Young recently granted the parties permission to stream their trial over a secure connection in the JetBlue trial.[2] Allowing closed-circuit, secure streaming for the parties will not impose any costs on the Court; the parties will bear all costs. And permitting the streaming should not burden the Court in any way.

The parties propose to restrict access to the closed-circuit video and audio feed and protect confidentiality as follows:

- First, only authorized users who have submitted an official consent form, will have access to the secure closed-circuit video and audio feed. The feed will be accessed through unique passwords and/or links, issued to each authorized user. These measures serve as assurances to the Court and the parties that only those who are properly authorized to access the feed will be able to do so.

- Second, the consent form emphasizes that there will be consequences for any unauthorized conduct, just as there would be for a party in breach of a protective order.

---

[2] *See United States v. JetBlue Airways Corp.*, Case No. 1:23-cv-10511-WGY (D. Mass), ECF No. 333.

- Third, prior to any access to the closed-circuit video and audio feed, the parties shall submit a list to the Court for approval of all proposed authorized users and affirm that each such user has executed an official consent form. Only after the Court has approved them may users access to the closed-circuit video and audio feed.

- Fourth, should it wish to do so, the Court will be given access to monitor who is watching the secure livestream, and when.

- Fifth, if evidence emerges that the secure closed-circuit video and audio feed is being misused or accessed by some unauthorized person, the Court retains the ability at any time to revoke access, either individually or collectively.

- Sixth, the visual and audio streaming devices shall be discretely placed in the courtroom so as to not distract the jury.

The parties do not seek any remote public access to the trial. Nor would the streaming serve as an official record of the proceedings. Rather, the parties seek a secure, closed-circuit video and audio feed for the parties' attorneys and expert witnesses so that they may be informed of the trial's development without needing to be present in the San Francisco courtroom for the duration of the trial. The Judicial Conference's policy change does not prohibit this arrangement. The parties appreciate the potential concern regarding sequestered witnesses hearing other witnesses' testimony, but strict security measures and access controls can mitigate those concerns.

## CONCLUSION

For the reasons set forth above, the parties respectfully request that the Court permit the parties to access the proceedings via a secure, closed-circuit video and audio feed.

Dated: April 23, 2025                          Respectfully submitted,


By: */s/ Dena C. Sharp*                        By: */s/ Jack E. Pace III*
Dena C. Sharp (State Bar No. 245869)           Jack E. Pace III (pro hac vice)
Scott Grzenczyk (State Bar No. 279309)         **WHITE & CASE LLP**
Jordan Isern (State Bar. No. 343159)           1221 Avenue of the Americas
**GIRARD SHARP LLP**                           New York, New York 10020
601 California Street, Suite 1400              Telephone: (212) 819-8200
San Francisco, CA 94108                        Fax: (212) 354-8113

3
JOINT MOTION AND [PROPOSED] ORDER TO ALLOW THE PARTIES TO ESTABLISH A
SECURE VIDEO AND AUDIO FEED OF THE TRIAL PROCEEDINGS
CASE NO. 3:20-md-02966-RS

Tel: (415) 981-4800
dsharp@girardsharp.com
scottg@girardsharp.com
jisern@girardsharp.com

By: */s/ Michael M. Buchman*
Michael M. Buchman (*pro hac vice*)
**MOTLEY RICE LLC**
777 Third Avenue, 27th Floor
New York, NY 10017
Tel: (212) 577-0050
mbuchman@motleyrice.com

*Co-Lead Class Counsel*

jpace@whitecase.com

Kathryn J. Mims (pro hac vice)
**WHITE & CASE LLP**
701 Thirteenth Street, NW
Washington, District of Columbia 20005
Telephone: (202) 626-3600
Fax: (202) 639-9355
kmims@whitecase.com

*Attorneys for Defendants Hikma Pharmaceuticals PLC, Eurohealth (U.S.A.), Inc., West-Ward Pharmaceuticals Corp. n/k/a Hikma Pharmaceuticals USA Inc., and Roxane Laboratories, Inc. n/k/a Hikma Labs Inc.*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

Dated: April 23, 2025

*/s/ Dena C. Sharp*
Dena C. Sharp

JOINT MOTION AND [PROPOSED] ORDER TO ALLOW THE PARTIES TO ESTABLISH A
SECURE VIDEO AND AUDIO FEED OF THE TRIAL PROCEEDINGS
CASE NO. 3:20-md-02966-RS

**[PROPOSED] ORDER**

WHEREAS, the parties request that the Court allow counsel and experts for the parties access to a secure closed-circuit video and audio feed of the trial proceedings, for the benefit of their offsite trial teams.

NOW THEREFORE, for good cause shown, the Court permits the parties to access the proceedings via a secure, closed-circuit video and audio feed in accord with the restrictions outlined in the parties' joint motion.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
The Honorable Richard Seeborg
United States Chief District Judge

JOINT MOTION AND [PROPOSED] ORDER TO ALLOW THE PARTIES TO ESTABLISH A
SECURE VIDEO AND AUDIO FEED OF THE TRIAL PROCEEDINGS
CASE NO. 3:20-md-02966-RS