[Counsel listed on signature page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION | Case No. 3:20-md-02966-RS-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THE BRIEFING SCHEDULE FOR CLASS PLAINTIFFS' FORTHCOMING MOTION TO APPROVE THE CLASS ACTION SETTLEMENT WITH HIKMA** |

Pursuant to Civil Local Rules 6-2 and 7-12, Class Plaintiffs and Hikma Labs, Inc. (formerly known as Roxane Laboratories, Inc.), Hikma Pharmaceuticals USA Inc. (formerly known as West-Ward Pharmaceuticals Corp.), Eurohealth (USA), Inc., and Hikma Pharmaceuticals PLC ("Hikma"), by and through their respective counsel of record, stipulate as follows:

WHEREAS, on April 17, 2025, Class Plaintiffs filed a Motion for Preliminary Approval of the Class Action Settlement with Jazz Pharmaceuticals Ireland Limited ("Jazz") (ECF No. 955);

WHEREAS no responses were filed to the prelimary approval motion concerning the Jazz settlement;

WHEREAS, the hearing for the Motion for Preliminary Approval of the Class Action Settlement with Jazz is scheduled for May 15, 2025 (ECF No. 1000);

WHEREAS, Class Plaintiffs have reached a settlement agreement with Hikma and Class Plaintiffs will move for preliminary approval of that settlement;

WHEREAS, the parties agree that it would streamline proceedings, promote efficiency, and reduce confusion, for the Court to hear both motions for preliminary approval at the May 15, 2025 hearing;

WHEREAS, Class Plaintiffs and Hikma agree, subject to the Court's approval, to modify the briefing deadlines for Class Plaintiffs' forthcoming Motion for Preliminary Approval of the Class Action Settlement with Hikma (the "Motion");

WHEREAS, no party opposes the proposed modification of the deadlines.

NOW THEREFORE, the parties, having met and conferred, hereby stipulate to the following:

1. Class Plaintiffs will file the Motion on or before May 7, 2025;
2. The deadline for oppositions to the Motion will be 7 days after the Motion is filed; and
3. The Motion will be heard at the hearing scheduled for May 15, 2025, at which time Class Plaintiffs will be prepared to address any responses that may be filed.

**IT IS SO STIPULATED.**

### [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____, 2025

_____
The Honorable Richard Seeborg
United States Chief District Judge

| | |
|---|---|
| Dated: May 6, 2025 | Respectfully submitted, |
| By: */s/ Dena C. Sharp* <br> Dena C. Sharp (SBN 245869) <br> Scott Grzenczyk (SBN 279309) <br> Jordan Isern (SBN 343159) <br> **GIRARD SHARP LLP** <br> 601 California Street, Suite 1400 <br> San Francisco, CA 94108 <br> Tel: (415) 981-4800 <br> dsharp@girardsharp.com <br> scottg@girardsharp.com <br> jisern@girardsharp.com | By: */s/ Jack E. Pace III* <br> Jack E. Pace III (*pro hac vice*) <br> **WHITE & CASE LLP** <br> 1221 Avenue of the Americas <br> New York, NY 10020 <br> Telephone: (212) 819-8200 <br> Fax: (212) 354-8113 <br> jpace@whitecase.com <br><br> Kathryn J. Mims (*pro hac vice*) <br> Jaclyn Phillips (*pro hac vice*) <br> **WHITE & CASE LLP** |
| By: */s/ Michael M. Buchman* <br> Michael M. Buchman (*pro hac vice*) <br> **MOTLEY RICE LLC** <br> 777 Third Avenue, 27th Floor <br> New York, NY 10017 <br> Tel: (212) 577-0050 <br> mbuchman@motleyrice.com <br><br> *Co-Lead Class Counsel* | 701 Thirteenth Street, NW <br> Washington, D.C. 20005 <br> Telephone: (202) 626-3600 <br> Fax: (202) 639-9355 <br> kmims@whitecase.com <br> jaclyn.phillips@whitecase.com <br><br> Jeremy Kent Ostrander (SBN 233489) <br> **WHITE & CASE LLP** <br> 3000 El Camino Real <br> 2 Palo Alto Square, Suite 900 <br> Palo Alto, CA 94306-2109 <br> Tel: (650) 213-0375 <br> Fax: (650) 213-8158 <br> jostrander@whitecase.com <br><br> *Attorneys for Defendants Hikma Pharmaceuticals PLC, Eurohealth (U.S.A.), Inc., West-Ward Pharmaceuticals Corp. n/k/a Hikma Pharmaceuticals USA Inc., and Roxane Laboratories, Inc. n/k/a Hikma Labs Inc.* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

*/s/ Dena C. Sharp*
Dena C. Sharp