EXHIBIT 3

**INFORMATION CONCERNING OTHER SETTLEMENTS**

|  | *Bentley v. LG Electronics U.S.A., Inc.*, No. 2:19-cv-13554-MCA-MAH (D. N.J.) | *In re Solodyn Antitrust Litig.*, No. 14-md-02503 (D. Mass.) | *Weeks v. Google LLC*, No. 5:18-CV-00801-NC, 2019 WL 8135563 (N.D. Cal. Dec. 13, 2019) | *In re Lidoderm Antitrust Litig.*, No. 14-md-2521 (WHO) (N.D. Cal.) |
|---|---|---|---|---|
| **Total Settlement Fund** | N.A. (Claims-Made Settlement) | $43 million | $7.25 million | $104.5 million |
| **Number of Class Members** | Approximately 1,550,000 | Over 1 million | Approximately 800,000 | Over 1 million |
| **Potential Class Members to Whom Notice Was Sent** | Approximately 1.2 million | Approximately 44,000 | 596,361 | 44,403 |
| **Method(s) of Notice** | Email, Mail, Online | Email, Mail, Online, Publication | Email, Mail, Online | Email, Mail, Online, Publication |
| **Number and Percentage of Claim Forms Submitted** | 112,205 / 7.2% | Consumers: 11,045  TPPs: 1,431 | 41,971 / 5.25% | 37,826 / 3% (many claim forms submitted on behalf of multiple class members) |

1

|  | *Bentley v. LG Electronics U.S.A., Inc.*, No. 2:19-cv-13554-MCA-MAH (D. N.J.) | *In re Solodyn Antitrust Litig.*, No. 14-md-02503 (D. Mass.) | *Weeks v. Google LLC*, No. 5:18-CV-00801-NC, 2019 WL 8135563 (N.D. Cal. Dec. 13, 2019) | *In re Lidoderm Antitrust Litig.*, No. 14-md-2521 (WHO) (N.D. Cal.) |
|---|---|---|---|---|
| **Average Recovery Per Class Member** | Approximately $375 per approved claim | $3,446.62 per approved claim | $142.76 | $133,977.12 (businesses) $243.95 (consumers) |
| **Amounts Distributed to Cy Pres Recipients, If Any** | N.A. | N.A. | N.A. | $4,687.45 |
| **Administrative Costs** | Paid by Defendant | $894,056.14 | $310,000 | $590,344.94 |
| **Attorneys' Fees and Costs** | **Fees:** $5.5M Base fee + one-third of the amount claimed by Settlement Class Members, excluding the first 16,500 claims **Costs:** $375,000 | **Fees:** one-third of the settlement fund **Costs:** $1,592,811.67 | **Fees:** $2.175 Million **Costs:** $364,855.97 | **Fees**: $35,162,244.35 **Costs**: $3,563,118.06 |

|  | ***Bentley v. LG Electronics U.S.A., Inc.***, No. 2:19-cv-13554-MCA-MAH (D. N.J.) | ***In re Solodyn Antitrust Litig.***, No. 14-md-02503 (D. Mass.) | ***Weeks v. Google LLC***, No. 5:18-CV-00801-NC, 2019 WL 8135563 (N.D. Cal. Dec. 13, 2019) | ***In re Lidoderm Antitrust Litig.***, No. 14-md-2521 (WHO) (N.D. Cal.) |
|---|---|---|---|---|
| **Injunctive and Non-Monetary Relief, If Any** | **Injunctive:** Warranty Extension and enhancements<br><br>**Non-Monetary:** N.A. | **Injunctive:** N.A.<br><br>**Non-Monetary:** N.A. | **Injunctive:** N.A.<br><br>**Non-Monetary:** N.A. | **Injunctive:** N.A.<br><br>**Non-Monetary:** N.A. |

3