[Submitting counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION | Case No. 3:20-md-02966-RS |
| | **NOTICE OF CHANGE OF ADDRESS** |
| This Document Relates to:<br><br>All Actions | |

TO THE CLERK OF COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, pursuant to Local Civil Rule 3-11(a), that effective June 9, 2025, the address for local counsel for Defendants Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland, Ltd., and Jazz Pharmaceuticals plc will change to:

> Skaggs Faucette LLP
> 505 Montgomery Street, 11th Floor
> San Francisco, CA 94111
> Telephone:  (415) 874-3181

Please update your records, send all future communications, and serve all documents and pleadings in this matter accordingly.

Dated:  June 9, 2025         Respectfully submitted,

By: */s/ Jeffrey Faucette*
Jeffrey Faucette (State Bar No. 193066)
**SKAGGS FAUCETTE LLP**
505 Montgomery Street, 11th Floor
San Francisco CA 94111
Tel: (415) 874-3181
Fax: (888) 980-6547
jeff@skaggsfaucette.com

*Attorneys for Defendants Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland, Ltd., and Jazz Pharmaceuticals plc*