LAW OFFICES
## WILLIAMS & CONNOLLY LLP

HEIDI K. HUBBARD
(202) 434-5451
hhubbard@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
(202) 434-5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

July 2, 2025

<u>VIA ECF</u>
Chief District Judge Richard Seeborg
San Francisco Courthouse, Courtroom 3 – 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    *In re Xyrem (Sodium Oxybate) Antitrust Litig.*, No. 3:20-MD-2966

Dear Chief Judge Seeborg,

      The Jazz Defendants respectfully intend to file a renewed motion to seal a very narrow segment of the materials implicated by the Court's Order Denying Sealing Motions, ECF 1022, by July 3. The Jazz Defendants accordingly respectfully request that materials remain sealed until the Court has the opportunity to consider that pleading.

Dated: July 2, 2025

      Respectfully submitted,

By: <u>*/s/ Jeffrey Faucette*</u>
Jeffrey Faucette (State Bar No. 193066)
**SKAGGS FAUCETTE LLP**
Four Embarcadero Center
Suite 1400 PMB #72
San Francisco CA 94111
Tel: (415) 295-1197
Fax: (888) 980-6547
jeff@skaggsfaucette.com

By: <u>*/s/ Heidi K. Hubbard*</u>
Heidi K. Hubbard (*pro hac vice*)
Stanley E. Fisher (*pro hac vice*)
Benjamin M. Greenblum (*pro hac vice*)
Alexander S. Zolan (*pro hac vice*)
Teagan J. Gregory (*pro hac vice*)
Lauren H. Uhlig (*pro hac vice*)

**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington, D.C. 20024
Tel: (202) 434-5000
Fax: (202) 434-5029
hhubbard@wc.com
sfisher@wc.com

WILLIAMS & CONNOLLY LLP                                                          Page 2

bgreenblum@wc.com
azolan@wc.com
tgregory@wc.com
luhlig@wc.com

*Attorneys for Defendants Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland, Ltd., and Jazz Pharmaceuticals plc*

WILLIAMS & CONNOLLY LLP                                                                                   Page 3

## FILER'S ATTESTATION

I, Alexander S. Zolan, am the docket user whose identification and password are being used to file this letter. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

/s/ Alexander S. Zolan

## CERTIFICATE OF SERVICE

I, Alexander S. Zolan, hereby certify that I have electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

/s/ Alexander S. Zolan
Alexander S. Zolan