

| | |
|---|---|
| 2000 Powell Street, Suite 1400 | Todd M. Schneider |
| Emeryville, California, 94608 | tschneider@schneiderwallace.com |
| Main Line: (415) 421-7100 | (510) 740-2196 |

July 9, 2025

<u>*Via ECF*</u>

Chief Judge Richard Seeborg
United States District Court
Northern District of California
San Francisco Courthouse, Courtroom 3 – 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      **Re: *In re Xyrem* (Sodium Oxybate) Antitrust Litigation, 3:20-md-02966-RS**

Dear Chief Judge Seeborg:

Plaintiff Humana Inc. respectfully intends to file a renewed motion to seal a single document that the Court cited in the Court's Order Denying Sealing Motions (ECF 1022), which Humana submitted in support of Plaintiffs' summary judgment briefing. Humana's renewed motion to seal would significantly winnow the sealed material to only that narrow sliver which could potentially be relevant to this litigation. The document at issue is clearly identified as for "Humana's Internal Use Only" that it marked "Proprietary and Confidential" at the time of its creation. The document itself evinces discussions of Xyrem and Xywav, as well as numerous other drugs not relevant to this litigation, and identifies internal and external members of its Pharmacy and Therapeutics committee whose identities deserve protection. Humana will request the Court seal only the portions of the document that do not refer to Xyrem or Xywav, which were cited in support of summary judgment briefing and are relevant to the record in this case.

Plaintiffs Humana, Health Care Service Corporation, and Molina Healthcare Inc. are considering a renewed motion to seal as to narrow aspects of another document, in a manner consistent with the Court's Order Denying Sealing Motions (ECF 1022).

Plaintiffs intend to file a renewed motion to seal by July 14, 2025, and Plaintiffs respectfully request that materials remain sealed until the Court has the opportunity to consider this renewed request.

| | |
|---|---|
| Dated: July 9, 2025 | Respectfully submitted, |
| | By: */s/ Todd M. Schneider* |
| | Todd M. Schneider |
| | Jason H. Kim |

1

Matthew S. Weiler
J. Caleigh Macdonald
**SCHNEIDER WALLACE**
**COTTRELL KIM LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Tel: (415) 421-7100
TSchneider@schneiderwallace.com
JKim@schneiderwallace.com
MWeiler@schneiderwallace.com
JMacdonald@schneiderwallace.com

Peter D. St. Phillip
Uriel Rabinovitz
Noelle Ruggiero
**LOWEY DANNENBERG, P.C**.
44 South Broadway, Suite 1100
White Plains, N.Y. 10601
Tel: (914) 997-0500
PStPhillip@lowey.com
URabinovitz@lowey.com
NRuggiero@lowey.com

*Counsel for Plaintiffs Humana Inc., Health Care Service Corporation, and Molina Healthcare, Inc.*