1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALFORNIA**

11

| | |
|---|---|
| | Case No. 3:20-md-02966-RS |
| IN RE: XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION | [PROPOSED] ORDER GRANTING PLAINTIFFS' HUMANA, INC., HEALTH CARE SERVICE COROPORATION, MOLINA HEALTHCARE, INC., BLUE CROSS AND BLUE SHIELD OF FLORIDA AND HEALTH OPTIONS, INC.'S MOTION FOR VOLUNTARY DISMISSAL OF HIKMA DEFENDANTS |
| HUMANA (CASE NO. 4:21-CV-07934-RS) HCSC (CASE NO. 3:22-CV-00993-RS) MOLINA (CASE NO. 3:21-CV-07935-RS) BCBS FL (CASE NO. 3:24-CV-00514-RS) | |
| | Judge: Honorable Richard Seeborg |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court, having reviewed and considered the Motion of Plaintiffs Humana, Inc. ("Humana"), Health Care Service Corporation ("HCSC"), Molina Healthcare, Inc. ("Molina"), Blue Cross and Blue Shield of Florida and Health Options, Inc. (collectively "BCBS FL") (collectively the "Plaintiffs") for Voluntary Dismissal as to Defendants Hikma Labs, Inc., Hikma Pharmaceuticals USA Inc., Eurohealth (USA), Inc., and Hikma Pharmaceuticals PLC (collectively, "Hikma Defendants"), hereby orders as follows:

Plaintiffs' Motion for Voluntary Dismissal as to Hikma Defendants is GRANTED. Plaintiffs' claims against Hikma Defendants are dismissed from this action with prejudice, with each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: September 19, 2025

_____
Honorable Richard Seeborg
United States District Judge