1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALFORNIA**

11

12

| | |
|---|---|
| IN RE: XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION | Case No. 3:20-md-02966-RS |
| | [PROPOSED] ORDER GRANTING PLAINTIFFS' HUMANA INC., HEALTH CARE SERVICE COROPORATION, MOLINA HEALTHCARE, INC., BLUE CROSS AND BLUE SHIELD OF FLORIDA AND HEALTH OPTIONS, INC.'S MOTION FOR VOLUNTARY DISMISSAL OF JAZZ DEFENDANTS |
| HUMANA (CASE NO. 4:21-CV-07934-RS) HCSC (CASE NO. 3:22-CV-00993-RS) MOLINA (CASE NO. 3:21-CV-07935-RS) BCBS  FL (CASE NO. 3:24-CV-00514-RS) | |
| | Judge: Honorable Richard Seeborg |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Court, having reviewed and considered the Motion of Plaintiffs Humana Inc. ("Humana"), Health Care Service Corporation ("HCSC"), Molina Healthcare, Inc. ("Molina"), Blue Cross and Blue Shield of Florida and Health Options, Inc. (collectively "BCBS FL") (collectively the "Plaintiffs") for Voluntary Dismissal as to Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland Limited, and Jazz Pharmaceuticals Public Limited Company, (collectively, "Jazz Defendants" or "Jazz"), hereby orders as follows:

Plaintiffs' Motion for Voluntary Dismissal as to Jazz Defendants is GRANTED. Plaintiffs' claims against Jazz are dismissed from this action with prejudice, with each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: <u>September 30, 2025</u>

_____
Honorable Richard Seeborg
United States District Judge