UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION | Case No. 20-md-02966-RS |
| THIS FILING RELATES TO: ALL CLASS ACTIONS | **ORDER RECOMMENDING TERMINATION OF MULTDISTRICT LITIGATION** |

The actions underlying this Multidistrict Litigation (MDL) No. 2966 *In re Xyrem Antitrust Litigation* share multiple factual issues based on allegations that defendants Jazz, Hikma, and other pharmaceutical companies executed an anticompetitive scheme to impair and delay generic competition in the market for generic Xyrem, a sodium oxybate drug used to treat narcolepsy.

The litigation began in June 2020 with the filing of the *Blue Cross Blue Shield Association v. Jazz Pharmaceuticals* action in the Northern District of Illinois, No. 1:20-cv-3543 (N.D. Ill.), and other complaints followed. In December 2020, the Judicial Panel on Multidistrict Litigation (JPML) centralized all pending end-payor class actions to the Northern District of California for pretrial proceedings. Additional suits followed and were transferred to the MDL, resulting in thirteen member cases with nine filed originally in the Northern District of California (Nos. 3:20-cv-04056, 3:20-cv-04064, 3:20-cv-04667, 3:20-cv-04671, 3:20-cv-04725, 3:20-cv-06491, 3:21-cv-07934, 3:21-cv-07935, 3:22-cv-00993), two in the Southern District of New York (Nos. 7:20-cv-06003, 7:20-cv-06495) and one each in the Middle District of Florida (No. 3:23-cv-01453) and the District of Minnesota (No. 0:21-cv-00737).

A class encompassing the plaintiffs in the MDL—all entities that paid and/or provided reimbursement for some or all of the purchase price for brand or generic Xyrem in the Class States[1]—have reached settlement agreements with each of the defendants. *See* Dkts 642, 1066. Plaintiffs who opted out have reached settlements as well. *See* Dkts. 1021, 1037, 1038, 1053, 1059, 1060, 1061. Accordingly, at this time final orders of dismissal with prejudice pursuant to stipulated settlements have been entered with regard to all parties.

This court recommends the JPML terminate this multidistrict litigation proceeding. Should the JPML accept this recommendation, the Clerk of Court shall close the matter, subject to this court's continuing jurisdiction to enforce its orders.

**IT IS SO ORDERED**.

Dated: October 29, 2025

_____
RICHARD SEEBORG
Chief United States District Judge

---

[1] The capitalized terms used in this Order shall have the same meaning as defined in the Settlement Agreements except as otherwise noted.